Michael D. Mann
Richards Kibbe & Orbe LLP
701 8th Street NW
Washington, DC 20001
Telephone: (202) 261-2990
Facsimile:  (202) 261-2999

Attorneys for Defendant Melanie Lundquist

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
JOSEPH S. GELMIS, *individually,*                     :
*and on behalf of all others similarly*               :   Civil Action No. 1:08-CV-00980 (RMB) (ECF)
*situated,*                                           :
                      Plaintiffs,  :
    v.                                              :
                                           :
Municipal Mortgage & Equity, LLC, et al.,             :
                                           :
                      Defendants.  :
------------------------------------------------------x

## NOTICE OF APPEARANCE OF MICHAEL D. MANN

PLEASE TAKE NOTICE that the undersigned appears for Defendant Melanie Lundquist in the above-captioned case and requests that service be made of all orders, notices and other pleadings of any nature filed in this case on: Michael D. Mann, Richards Kibbe & Orbe LLP, 701 8th Street NW, Washington, DC 20001.

I certify that I am admitted to practice in this Court.

Dated: March 5, 2008
Washington, DC

           RICHARDS KIBBE & ORBE LLP

           /s/ Michael Mann
           Michael D. Mann
           701 8th Street NW
           Washington, DC 20001
           Telephone: (202) 261-2990
           Facsimile: (202) 261-2999
           MMann@rkollp.com

           Counsel for Defendant Melanie Lundquist

## CERTIFICATE OF SERVICE

I hereby certify that on March 5, 2008, I served the foregoing Notice of Appearance of Michael D. Mann through the Court's electronic notification system to all registered counsel.

_____
Michael A. Schneider