UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSEPH S. GELMIS, Individually and on behalf of all others similarly situated,<br><br>                  Plaintiff,<br><br>-v-<br><br>EARL W. COLE, III, MICHAEL L. FALCONE, WILLIAM S. HARRISON, MARK K. JOSEPH, MELANIE M. LUNDQUIST, GARY A. MENTESANA, ROBERT J. BANKS, CHARLES C. BAUM, RICHARD O. BERNDT, EDDIE C. BROWN, ROBERT S. HILLMAN, DOUGLAS A. McGREGOR, ARTHUR S. MEHLMAN, FRED N. PRATT, JR., and MUNICIPAL MORTGAGE & EQUITY, LLC.,<br><br>                  Defendants. | Case No.: 08-cv-00980<br><br>ECF CASE |
| JULES ROTHAS, Individually and on behalf of all others similarly situated,<br><br>                  Plaintiff,<br><br>-v-<br><br>MUNICIPAL MORTGAGE & EQUITY, LLC., MARK K. JOSEPH, MICHAEL L. FALCONE, WILLIAM S. HARRISON, MELANIE M. LUNDQUIST and DAVID B. KAY,<br><br>                  Defendants. | Case No. 08-cv-01120 |

(Additional captions to follow)

**NOTICE OF MOTION OF ARNOLD J. ROSS FOR THE CONSOLIDATION OF ALL RELATED ACTIONS, FOR APPOINTMENT AS LEAD PLAINTIFF AND FOR APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL**

| | |
|---|---|
| ARNOLD J. ROSS, Individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>  -v-<br><br>EARL W. COLE, III, MICHAEL L. FALCONE, WILLIAM S. HARRISON, MARK K. JOSEPH, and MUNICIPAL MORTGAGE & EQUITY, LLC.<br><br>      Defendants. | Case No. 08-cv-1299 |
| ALEX D'ANGELO, Individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>  -v-<br><br>MUNICIPAL MORTGAGE & EQUITY, LLC, EARL W. COLE, III, MICHAEL L. FALCONE, WILLIAM S. HARRISON, MARK K. JOSEPH, MELANIE M. LUNDQUIST, GARY A. MENTESANA, ROBERT J. BANKS, CHARLES C. BAUM, RICHARD O. BERNDT, EDDIE C. BROWN, ROBERT S. HILLMAN, DOUGLAS A. McGREGOR, ARTHUR S. MEHLMAN, AND FRED N. PRATT, JR.,<br><br>      Defendants. | Case No. 08-cv-01331 RMB |

| | |
|---|---|
| NAOMI RAPHAEL, Individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>  -v-<br><br>MUNICIPAL MORTGAGE & EQUITY, LLC., MARK J. JOSEPH, MICHAEL L. FALCONE, WILLIAM S. HARRISON, MELANIE M. LUNDQUIST, DAVID B. KAY, CHARLES C. BAUM, EDDIE C. BROWN, ROBERT S. HILLMAN, ARTHUR S. MEHLMAN, and FRED N. PRATT, JR.,<br><br>      Defendants. | Case No. 08-cv-02190 |

  PLEASE TAKE NOTICE that, pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, as amended by the Private Securities Litigation Reform Act of 1995 ("PSLRA"), class member Arnold J. Ross ("Ross"), hereby moves this Court at the United States District Court for the Southern District of New York, located at 500 Pearl Street, New York, New York, at a date and time to be determined by the Court, for an Order: (i) consolidating all related cases and any subsequently filed related cases; (ii) appointing the Arnold J. Ross as Lead Plaintiff in the consolidated action and any subsequently filed related cases; and (iii) approving its selection of Abbey Spanier Rodd & Abrams, LLP, as Lead Counsel.

  This Motion is based on the accompanying Memorandum of Points and Authorities in support thereof, the Declaration of Nancy Kaboolian filed herewith, and all prior pleadings and

proceedings herein, and such other written or oral argument as may be permitted by the Court.

Dated: March 31, 2008
      New York, New York

                                      Respectfully Submitted,

**ABBEY SPANIER RODD &**
**ABRAMS, LLP**

By: _/s/ Nancy Kaboolian_
Nancy Kaboolian (NK 6346)
212 East 39th Street
New York, New York 10016
nkaboolian@abbeyspanier.com
Tel: (212) 889-3700
Fax: (212) 684-5191

Proposed Lead Counsel for Proposed Lead
Plaintiff Arnold J. Ross

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSEPH S. GELMIS, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>-v-<br><br>EARL W. COLE, III, MICHAEL L. FALCONE, WILLIAM S. HARRISON, MARK K. JOSEPH, MELANIE M. LUNDQUIST, GARY A. MENTESANA, ROBERT J. BANKS, CHARLES C. BAUM, RICHARD O. BERNDT, EDDIE C. BROWN, ROBERT S. HILLMAN, DOUGLAS A. McGREGOR, ARTHUR S. MEHLMAN, FRED N. PRATT, JR., and MUNICIPAL MORTGAGE & EQUITY, LLC.,<br><br>Defendants. | Case No.: 08-cv-00980<br><br>ECF CASE |
| JULES ROTHAS, Individually and on Behalf Of all others similarly situated,<br><br>Plaintiff,<br><br>-v-<br><br>MUNICIPAL MORTGAGE & EQUITY, LLC., MARK K. JOSEPH, MICHAEL L. FALCONE, WILLIAM S. HARRISON, MELANIE M. LUNDQUIST and DAVID B. KAY,<br>Defendants. | Case No. 08-cv-01120 |

(Additional captions to follow)

**[PROPOSED] ORDER FOR THE CONSOLIDATION OF
ALL RELATED ACTIONS, APPOINTMENT LEAD
PLAINTIFF AND APPROVAL OF LEAD PLAINTIFF'S
<u>SELECTION OF LEAD COUNSEL</u>**

1

| | |
|---|---|
| ARNOLD J. ROSS, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>      Plaintiff,<br><br>  -v-<br><br>EARL W. COLE, III, MICHAEL L. FALCONE, WILLIAM S. HARRISON, MARK K. JOSEPH, and MUNICIPAL MORTGAGE & EQUITY, LLC.<br><br>      Defendants. | Case No. 08-cv-1299 |
| ALEX D'ANGELO, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>      Plaintiff,<br><br>  -V-<br><br>MUNICIPAL MORTGAGE & EQUITY, LLC, EARL W. COLE, III, MICHAEL L. FALCONE, WILLIAM S. HARRISON, MARK K. JOSEPH, MELANIE M. LUNDQUIST, GARY A. MENTESANA, ROBERT J. BANKS, CHARLES C. BAUM, RICHARD O. BERNDT, EDDIE C. BROWN, ROBERT S. HILLMAN, DOUGLAS A. McGREGOR, ARTHUR S. MEHLMAN, AND FRED N. PRATT, JR.,<br><br>      Defendants. | Case No. 08-cv-01331 RMB |

2

| | |
|---|---|
| NAOMI RAPHAEL, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　　-v-<br><br>MUNICIPAL MORTGAGE & EQUITY, LLC., MARK J. JOSEPH, MICHAEL L. FALCONE, WILLIAM S. HARRISON, MELANIE M. LUNDQUIST, DAVID B. KAY, CHARLES C. BAUM, EDDIE C. BROWN, ROBERT S. HILLMAN, ARTHUR S. MEHLMAN, and FRED N. PRATT, JR.,<br><br>　　　　　　　　　　Defendants. | Case No. 08-cv-02190 |

Upon good cause shown and all of the records and proceedings herein, **IT IS HEREBY ORDERED THAT**:

**Consolidation**

1.　The above-captioned actions are appropriate for consolidation and are consolidated for all purposes including, but not limited to, discovery, pre-trial proceedings and trial proceedings, pursuant to Rule 42(c) of the Federal Rules of Civil Procedure. This matter shall be identified as *In re Municipal Mortgage & Equity Securities Litigation*, Civil Action No. 08-CV- 00980 –RMB, and the files of the action shall be maintained in one file under Master File No. 08-CV-00980-RMB.

**Appointment Of Lead Plaintiff**

2.　Arnold J. Ross is hereby appointed the Lead Plaintiff in the consolidated action pursuant to Section (3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. 78n-4(a)(3)(B).

**Plaintiff's Counsel**

　　　　Lead Plaintiff's selection of the law firm of Abbey Spanier Rodd & Abrams, LLP, as Lead

3

Counsel in the consolidated action is approved.

**SO ORDERED**, this ___ day of _____, 2008

_____
Honorable Richard M. Berman
United States District Judge