**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK          )
                           )  ss.:
COUNTY OF NEW YORK         )

I, Carolyn Davila, being duly sworn, deposes and says:

1. I am not a party to the action, over the age of 18 years, and am a legal secretary with the firm of Abbey Spanier Rodd & Abrams, LLP, 212 East 39th Street, New York, New York 10016, attorneys for plaintiffs.

2. On March 31, 2008, I Caused A Copy Of The Accompanying:

Notice of Motion of Arnold J. Ross for the Consolidation of All Related Actions; To Be Appointed Lead Plaintiff and for Approval of Lead Plaintiffs' Selection Of Lead Counsel

Memorandum of Points And Authorities In Support Of Arnold J. Ross's Motion for the Consolidation of All Related Cases; To Be Appointed Lead Plaintiff and for Approval of Lead Plaintiff's Selection of Lead Counsel

Declaration of Nancy Kaboolian In Support Of Motion by Arnold J. Ross for the Consolidation of All Related Cases; To Be Appointed Lead Plaintiff and for Approval of Lead Plaintiff's Selection Of Lead Counsel

[Proposed] Order for the Consolidation of Any Related Cases; For The Appointment Of Lead Plaintiff And For Approval Of Lead Plaintiff's Selection Of Counsel

Affidavit Of Service

to be served upon the following persons/entities listed on the attached service list by U.S. mail and the ECF filing rules.

_____
Carolyn Davila

Sworn to before me this
31st day of March, 2008

_____
Notary Public

NANCY KABOOLIAN
Notary Public, State Of New York
No. 01KA4742784
Qualified In New York County
Commission Expires March 30, 200_L_

**SERVICE LIST**

**Counsel for Plaintiffs**

Laurence Matthew Rosen
Phillip C. Kim
The Rosen Law Firm PA
350 Fifth Avenue
Suite 5508
New York, New York 10118
Tel: (212) 686-1060
Fax: (212) 202-3827
lrosen@rosenlegal.com
pkim@rosenlegal.com

Samuel H. Rudman
Coughlin Stoia Geller Rudman & Robbins, LLP
58 South Service Road
Suite 200
Melville, NY 11747
Tel: (631) 367-7100
Fax: (631) 367-1173
srudman@csgrr.com

Evan J. Smith
Brodsky & Smith LLC
240 Mineola Blvd.
Mineola, New York 11501
Tel: (516) 741-4977
esmith@brodsky-smith.com

Marc I. Gross
Fei-Lu Qian
Pomerantz Haudek Block Grossman & Gross, LLP
100 Park Avenue, 26th floor
New York, New York 10017
Tel: (212) 661-1100
Fax: (212) 661-8665
migross@pomlaw.com

Klari Neuwelt
Law Office of Klari Neuwelt
110 East 59th Street
New York, New York 10022
Tel: (212) 593-8800
Fax: (212) 593-9131

**Counsel for Defendants**

David William Tod Daniels
Michael David Mann
Richard Kibbe & Orbe, LLP
701 8th Street, NW
Washington, DC 20001
Tel: (202) 261-2967
Fax: (202) 261-2999
ddaniels@rkollp.com
mmann@rkollp.com

LATHAM & WATKINS, LLP
Laurie B. Smilan
Abid R Qureshi
Two Freedom Square, Suite 500
11955 Freedom Drive,
Reston, Virginia 20190-5651
Tel: (703) 454-1000
Fax: (703) 456-1001


LATHAM & WATKINS, LLP
Peter A. Wald
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Tel (415) 391-0600
Fax: (415) 395-8095


LATHAM & WATKINS, LLP
Jeffrey G. Hammel
885 Third Avenue
New York, New York 10022-4834
Tel:  (212) 906-1200
Fax:  (212) 751-4864