UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————————X

JOSEPH GELMIS, Individually and On Behalf          :          Civil Action No.1:08-cv-00980-RMB
of All Others Similarly Situated,                  :
                                                   :          CLASS ACTION
                        Plaintiff,                 :
                                                   :
             vs.                                   :
                                                   :
MUNICIPAL MORTGAGE & EQUITY, LLC,                  :
et al.,                                            :
                                                   :
                        Defendants.                :
                                                   :
———————————————————————X

JULES ROTHAS, Individually and On Behalf           :          Civil Action No.1:08-cv-01120-RMB
of All Others Similarly Situated,                  :
                                                   :          CLASS ACTION
                        Plaintiff,                 :
                                                   :
             vs.                                   :
                                                   :
MUNICIPAL MORTGAGE & EQUITY, LLC,                  :
et al.,                                            :
                                                   :
                        Defendants.                :
                                                   :
———————————————————————X

[Caption continued on following page.]


**NOTICE OF MOTION FOR CONSOLIDATION, APPOINTMENT AS LEAD
PLAINTIFF AND FOR APPROVAL OF SELECTION OF LEAD COUNSEL**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____X

| | | |
|---|---|---|
| ARNOLD ROSS, Individually and On Behalf of All Others Similarly Situated, | : | Civil Action No.1:08-cv-01299-RMB |
| | : | |
| | : | <u>CLASS ACTION</u> |
| Plaintiff, | : | |
| | : | |
| vs. | : | |
| | : | |
| MUNICIPAL MORTGAGE & EQUITY, LLC, et al., | : | |
| | : | |
| | : | |
| Defendants. | : | |

_____X

| | | |
|---|---|---|
| ALEX D'ANGELO, Individually and On Behalf of All Others Similarly Situated, | : | Civil Action No.1:08-cv-01331-RMB |
| | : | |
| | : | <u>CLASS ACTION</u> |
| Plaintiff, | : | |
| | : | |
| vs. | : | |
| | : | |
| MUNICIPAL MORTGAGE & EQUITY, LLC, et al., | : | |
| | : | |
| | : | |
| Defendants. | : | |
| | : | |

_____X

| | | |
|---|---|---|
| NAOMI RAPAHEL, Individually and On Behalf of All Others Similarly Situated, | : | Civil Action No.1:08-cv-02190-RMB |
| | : | |
| | : | <u>CLASS ACTION</u> |
| Plaintiff, | : | |
| | : | |
| vs. | : | |
| | : | |
| MUNICIPAL MORTGAGE & EQUITY, LLC, et al., | : | |
| | : | |
| | : | |
| Defendants. | : | |
| | : | |

_____X

**NOTICE OF MOTION FOR CONSOLIDATION, APPOINTMENT AS LEAD
PLAINTIFF AND FOR APPROVAL OF SELECTION OF LEAD COUNSEL**

PLEASE TAKE NOTICE that class member Tony Broy ("Broy"), by his counsel, will

hereby move this Court, on a date and at such time as may be designated by the Court, for an

Order (attached hereto as Exhibit A): (i) consolidating the Actions; (ii) appointing Broy as Lead

Plaintiff; (iii) approving Broy's selection of the law firm of Bull & Lifshitz LLP to serve as Lead

Counsel; and (iv) granting such other and further relief as the Court may deem just and proper. In

support of this Motion, Broy submits herewith a Memorandum of Law and Declaration of Joshua

M. Lifshitz dated March 31, 2008.

DATED: March 31, 2008                    BULL & LIFSHITZ, LLP


                                         By: /s/ *Joshua M. Lifshitz*
                                         Joshua M. Lifshitz (JL-9172)
                                         Peter D. Bull (PB-9118)
                                         18 East 41st Street
                                         New York, New York 10017
                                         (212) 213-6222

                                         [Proposed] Lead Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I, Irina Lust, hereby certify that on March 31, 2008, I caused a true and correct copy of

the attached:

> Notice of Motion for Consolidation, Appointment as Lead Plaintiff and for
> Approval of Selection of Lead Counsel;
>
> Memorandum in Support of the Motion of Tony Broy for Consolidation,
> Appointment as Lead Plaintiff and for Approval of Selection of Lead
> Counsel; and
>
> Declaration of Joshua M. Lifshitz in Support of the Motion of Tony Broy
> for Consolidation, Appointment as Lead Plaintiff and for Approval of
> Selection of Lead Counsel

to be served: (i) electronically on all counsel registered for electronic service for this case; and

(ii) by first-class mail to all additional counsel on the attached service list.


*/s/ Irina Lust*
Irina Lust

**MUNICIPAL MORTGAGE & EQUITY, LLC**
Service List - 03/31/2008
Page 1 of 2

### *Counsel for Defendant(s)*

Earl W. Cole
Co/ Municipal Mortgage & Equity, LLC
621 E. Pratt Street, Suite 300
Baltimore, MD 21202

Michael L. Falcone
Co/ Municipal Mortgage & Equity, LLC
621 E. Pratt Street, Suite 300
Baltimore, MD 21202

William S. Harrison
Co/ Municipal Mortgage & Equity, LLC
621 E. Pratt Street, Suite 300
Baltimore, MD 21202

Mark K. Joseph
Co/ Municipal Mortgage & Equity, LLC
621 E. Pratt Street, Suite 300
Baltimore, MD 21202

Gary A. Mentesana
Co/ Municipal Mortgage & Equity, LLC
621 E. Pratt Street, Suite 300
Baltimore, MD 21202

Robert J. Banks
Co/ Municipal Mortgage & Equity, LLC
621 E. Pratt Street, Suite 300
Baltimore, MD 21202

Charles C. Baum
Co/ Municipal Mortgage & Equity, LLC
621 E. Pratt Street, Suite 300
Baltimore, MD 21202

Richard O. Berndt
Co/ Municipal Mortgage & Equity, LLC
621 E. Pratt Street, Suite 300
Baltimore, MD 21202

Eddie C. Brown
Co/ Municipal Mortgage & Equity, LLC
621 E. Pratt Street, Suite 300
Baltimore, MD 21202

Robert S. Hillman
Co/ Municipal Mortgage & Equity, LLC
621 E. Pratt Street, Suite 300
Baltimore, MD 21202

Douglas A. McGregor
Co/ Municipal Mortgage & Equity, LLC
621 E. Pratt Street, Suite 300
Baltimore, MD 21202

Arthur S. Mehlman
Co/ Municipal Mortgage & Equity, LLC
621 E. Pratt Street, Suite 300
Baltimore, MD 21202

Fred N. Pratt Jr.
Co/ Municipal Mortgage & Equity, LLC
621 E. Pratt Street, Suite 300
Baltimore, MD 21202

### *Counsel for Plaintiff(s)*

Laurence Matthew Rosen
Phillip C. Kim
The Rosen Law Firm, P.A.
3505th Avenue, Suite 5508
New York, NY 10118
**Counsel for Joseph S. Gelmis**

**MUNICIPAL MORTGAGE & EQUITY, LLC**
Service List - 03/31/2008
Page 2 of 2

### _Counsel for Plaintiff(s) [cont.]_

Samuel Howard Rudman
Coughlin, Stoia, Geller,
Rudman & Robbins, LLP
58 South Service Road, Suite 200
Melville, NY 11747
**Counsel for Jules Rothas**

Nancy Kaboolian
Abbey Spanier Rodd
Abrams & Paradis, LLP
212 East 39th Street
New York, NY 10016
**Counsel for Arnold J. Ross**

Joshua B. Silverman
One North LaSalle Street
Suite 2225
Chicago, IL 60602
**Counsel for Naomi Raphael**

Klari Neuwelt
Law Office of Klari Neuwelt
110 East 59th Street, 29th Floor
New York, NY 10022
**Counsel for Naomi Raphael**

Evan J. Smith
Brodsky & Smith L.L.C.
240 Mineola Blvd.
Mineola, NY 11501
**Counsel for Alex D'Angelo**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____X

JOSEPH GELMIS, Individually and On Behalf    :    Civil Action No.1:08-cv-00980-RMB
of All Others Similarly Situated,            :
                                             :    <u>CLASS ACTION</u>
                          Plaintiff,         :
                                             :
           vs.                               :
                                             :
MUNICIPAL MORTGAGE & EQUITY, LLC,            :
et al.,                                      :
                                             :
                          Defendants.        :
                                             :
_____X

JULES ROTHAS, Individually and On Behalf     :    Civil Action No.1:08-cv-01120-RMB
of All Others Similarly Situated,            :
                                             :    <u>CLASS ACTION</u>
                          Plaintiff,         :
                                             :
           vs.                               :
                                             :
MUNICIPAL MORTGAGE & EQUITY, LLC,            :
et al.,                                      :
                                             :
                          Defendants.        :
                                             :
_____X

[Caption continued on following page.]

**[PROPOSED] ORDER CONSOLIDATING THE ACTIONS, APPOINTING LEAD
<u>PLAINTIFF AND APPROVING SELECTION OF COUNSEL</u>**

_____X

ARNOLD ROSS, Individually and On Behalf    :    Civil Action No.1:08-cv-01299-RMB
of All Others Similarly Situated,          :

                            :    <u>CLASS ACTION</u>

             Plaintiff,       :

                            :

      vs.                  :

                            :

MUNICIPAL MORTGAGE & EQUITY, LLC,    :
et al.,                        :

                            :

            Defendants.    :

_____X

ALEX D'ANGELO, Individually and On Behalf    :    Civil Action No.1:08-cv-01331-RMB
of All Others Similarly Situated,          :

                            :    <u>CLASS ACTION</u>

             Plaintiff,       :

                            :

      vs.                  :

                            :

MUNICIPAL MORTGAGE & EQUITY, LLC,    :
et al.,                        :

                            :

            Defendants.    :

                            :

_____X

NAOMI RAPAHEL, Individually and On Behalf    :    Civil Action No.1:08-cv-02190-RMB
of All Others Similarly Situated,          :

                            :    <u>CLASS ACTION</u>

             Plaintiff,       :

                            :

      vs.                  :

                            :

MUNICIPAL MORTGAGE & EQUITY, LLC,    :
et al.,                        :

                            :

            Defendants.    :

                            :

_____X

**[PROPOSED] ORDER CONSOLIDATING THE ACTIONS, APPOINTING LEAD
PLAINTIFF AND APPROVING SELECTION OF COUNSEL**

Having considered the motion of Broy for Consolidation, Appointment As Lead Plaintiff

And Approval Of Selection of Lead Counsel and the Memorandum of Law and Declaration of

Joshua M. Lifshitz, in support thereof, and good cause appearing therefor:

1.    The Actions are hereby consolidated;

2.    Broy is hereby appointed Lead Plaintiff for the Class pursuant to Section 21D of

the Securities Exchange Act of 1934; and

3.    The law firm of Bull & Lifshitz, LLP is hereby appointed Lead Counsel.

IT IS SO ORDERED.

DATED: _____        _____
                                      **THE HONORABLE RICHARD M BERMAN**
                                      UNITED STATES DISTRICT JUDGE