UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSEPH S. GELMIS, Individually and on Behalf of All Others Similarly Situated, | Civil Action No. 1:08-cv-00980-RMB |
| Plaintiff, | <u>CLASS ACTION</u> |
| vs. | |
| EARL W. COLE, III, et al., | |
| Defendants. | |
| JULES ROTHAS, Individually and on Behalf of All Others Similarly Situated, | Civil Action No. 08-cv-01120-RMB |
| Plaintiff, | <u>CLASS ACTION</u> |
| vs. | |
| MUNICIPAL MORTGAGE & EQUITY L.L.C., et al., | |
| Defendants. | |
| ARNOLD J. ROSS, Individually and on Behalf of All Others Similarly Situated, | Civil Action No. 1:08-cv-01299-RMB |
| Plaintiff, | <u>CLASS ACTION</u> |
| vs. | |
| EARL W. COLE, III, et al., | |
| Defendants. | |

[Caption continued on following page.]

NOTICE OF MOTION FOR CONSOLIDATION, APPOINTMENT
AS LEAD PLAINTIFF AND FOR APPROVAL OF SELECTION OF LEAD COUNSEL

| | |
|---|---|
| ALEX D'ANGELO, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>vs.<br><br>MUNICIPAL MORTGAGE & EQUITY, LLC, et al.,<br><br>    Defendants. | Civil Action No. 1:08-cv-01331-RMB<br><br><u>CLASS ACTION</u> |
| NAOMI RAPHAEL, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>vs.<br><br>MUNICIPAL MORTGAGE & EQUITY, LLC, et al.,<br><br>    Defendants. | Civil Action No. 1:08-cv-02190-RMB<br><br><u>CLASS ACTION</u> |

PLEASE TAKE NOTICE that Robert Yates, Trustee for Robert L. Yates Living Trust, Debra Yates Jerdon Family Trust and Kathleen Yates Carter Family Trust; Alan S. Barry; David Young; Carlo Hornsby; and Ed Friedlander as Trustee for the Ed Friedlander Trust (collectively, the "Yates Group"), will hereby move this Court, on a date and at such time as may be designated by the Court, for an Order (attached hereto as Exhibit A): (i) consolidating the Actions; (ii) appointing the Yates Group as Lead Plaintiff; (iii) approving the Yates Group's selection of the law firms of Coughlin Stoia Geller Rudman & Robbins LLP and Berger & Montague, P.C. to serve as Lead Counsel; and (iv) granting such other and further relief as the Court may deem just and proper. In support of this Motion, the Yates Group submits herewith a Memorandum of Law and Declaration of David A. Rosenfeld dated March 31, 2008.

DATED: March 31, 2008

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
SAMUEL H. RUDMAN
DAVID A. ROSENFELD
MARIO ALBA, JR.

        /s/ David A. Rosenfeld
DAVID A. ROSENFELD

58 South Service Road, Suite 200
Melville, NY 11747
Telephone: 631/367-7100
631/367-1173 (fax)

BERGER & MONTAGUE, P.C.
SHERRIE R. SAVETT
BARBARA A. PODELL
ERIC LECHTZIN
1622 Locust Street
Philadelphia, PA 19103
Telephone: 215/875-3000
215/875-4604 (fax)

*[Proposed] Co-Lead Counsel for Plaintiffs*

- 1 -

## CERTIFICATE OF SERVICE

I, David A. Rosenfeld, hereby certify that on March 31, 2008, I caused a true and correct copy of the attached:

> Notice Of Motion For Consolidation, Appointment As Lead Plaintiff And For Approval Of Selection Of Lead Counsel;
>
> Memorandum In Support Of The Motion Of The Yates Group For Consolidation, Appointment As Lead Plaintiff And For Approval Of Selection Of Lead Counsel; and
>
> Declaration Of David A. Rosenfeld In Support Of The Motion Of The Yates Group For Consolidation, Appointment As Lead Plaintiff And For Approval Of Selection Of Lead Counsel

to be served: (i) electronically on all counsel registered for electronic service for this case; and (ii) by first-class mail to all additional counsel on the attached service list.

/s/ *David A. Rosenfeld*
David A. Rosenfeld

MUNIMAE (NY)

Service List - 3/28/2008    (08-0030)

Page 1 of 2

**Counsel For Defendant(s)**

David W.T. Daniels
Michael D. Mann
Richards Kibbe & Orbe LLP
701 8th Street, N.W.
Washington, DC  20001
   202/261-2990
   202/261-2999 (Fax)

**Counsel For Plaintiff(s)**

Arthur N. Abbey
Nancy Kaboolian
Abbey Spanier Rodd & Abrams, LLP
212 East 39th Street
New York, NY  10016
   212/889-3700
   212/684-5191 (Fax)

Sherrie R. Savett
Barbara A. Podell
Eric Lechtzin
Berger & Montague, P.C.
1622 Locust Street
Philadelphia, PA  19103
   215/875-3000
   215/875-4604 (Fax)

Evan J. Smith
Brodsky & Smith, LLC
240 Mineola Blvd., 1st Floor
Mineola, NY  11501
   516/741-4977
   516/741-0626 (Fax)

Samuel H. Rudman
David A. Rosenfeld
Mario Alba, Jr.
Coughlin Stoia Geller Rudman & Robbins LLP
58 South Service Road, Suite 200
Melville, NY  11747
   631/367-7100
   631/367-1173 (Fax)

Klari Neuwelt
Law Office of Klari Neuwelt
110 East 59th Street, 29th Floor
New York, NY  10022
   212/593-8800
   212/593-9131 (Fax)

Marc I. Gross
Fei-Lu Qian
Pomerantz Haudek Block Grossman & Gross LLP
100 Park Avenue, 26th Floor
New York, NY  10017-5516
   212/661-1100
   212/661-8665 (Fax)

MUNIMAE (NY)

Service List - 3/28/2008    (08-0030)

Page 2 of 2

Patrick V. Dahlstrom
Joshua B . Silverman
Pomerantz Haudek Block Grossman & Gross LLP
One North LaSalle Street, Suite 2225
Chicago, IL  60602-3908
   312/377-1181
   312/377-1184 (Fax)

Richard A. Maniskas
D. Seamus Kaskela
David M. Promisloff
Schiffrin Barroway Topaz & Kessler, LLP
280 King of Prussia Road
Radnor, PA  19087
   610/667-7706
   610/667-7056 (Fax)

Phillip  Kim
Laurence M. Rosen
The Rosen Law Firm P.A.
350 Fifth Avenue
New York, NY  10118
   212/686-1060
   212/202-3827 (Fax)

# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSEPH S. GELMIS, Individually and on Behalf of All Others Similarly Situated,<br><br>          Plaintiff,<br><br>   vs.<br><br>EARL W. COLE, III, et al.,<br><br>          Defendants. | Civil Action No. 1:08-cv-00980-RMB<br><br>CLASS ACTION |
| JULES ROTHAS, Individually and on Behalf of All Others Similarly Situated,<br><br>          Plaintiff,<br><br>   vs.<br><br>MUNICIPAL MORTGAGE & EQUITY L.L.C., et al.,<br><br>          Defendants. | Civil Action No. 08-cv-01120-RMB<br><br>CLASS ACTION |
| ARNOLD J. ROSS, Individually and on Behalf of All Others Similarly Situated,<br><br>          Plaintiff,<br><br>   vs.<br><br>EARL W. COLE, III, et al.,<br><br>         Defendants. | Civil Action No. 1:08-cv-01299-RMB<br><br>CLASS ACTION |

[Caption continued on following page.]

[PROPOSED] ORDER CONSOLIDATING THE ACTIONS, APPOINTING
LEAD PLAINTIFF AND APPROVING SELECTION OF LEAD COUNSEL

|  |  |
|---|---|
| ALEX D'ANGELO, Individually and on Behalf of All Others Similarly Situated, : : : Plaintiff, : : vs. : : MUNICIPAL MORTGAGE & EQUITY, LLC, et al., : : : Defendants. : : | Civil Action No. 1:08-cv-01331-RMB <br><br> <u>CLASS ACTION</u> |
| NAOMI RAPHAEL, Individually and on Behalf of All Others Similarly Situated, : : : Plaintiff, : : vs. : : MUNICIPAL MORTGAGE & EQUITY, LLC, et al., : : : Defendants. : | Civil Action No. 1:08-cv-02190-RMB <br><br> <u>CLASS ACTION</u> |

Having considered the motion of Robert Yates, Trustee for Robert L. Yates Living Trust, Debra Yates Jerdon Family Trust and Kathleen Yates Carter Family Trust; Alan S. Barry; David Young; Carlo Hornsby; and Ed Friedlander as Trustee for the Ed Friedlander Trust (collectively, the "Yates Group") for Consolidation, Appointment as Lead Plaintiff and Approval of Selection of Lead Counsel and the Memorandum of Law and Declaration of David A. Rosenfeld, in support thereof, and good cause appearing therefore:

1. The Actions are hereby consolidated;

2. The Yates Group is hereby appointed Lead Plaintiff for the Class pursuant to Section 21D of the Securities Exchange Act of 1934; and

3. The law firms of Coughlin Stoia Geller Rudman & Robbins LLP and Berger & Montague, P.C. are hereby appointed Lead Counsel.

*   *   *

**O R D E R**

IT IS SO ORDERED.

DATED: _____  _____
THE HONORABLE RICHARD M. BERMAN
UNITED STATES DISTRICT JUDGE