## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSEPH S. GELMIS, Individually and On Behalf OF All Others Similarly Situated,<br><br>                     Plaintiff,<br><br>    vs.<br><br>EARL W. COLE, III, MICHAEL L. FALCONE, WILLIAM S. HARRISON, MARK K. JOSEPH, MELANIE M. LUNDQUIST, GARY A. MENTESANA, ROBERT J. BANKS, CHARLES C. BAUM, RICHARD O. BERNDT, EDDIE C. BROWN, ROBERT S. HILLMAN, DOUGLAS A. McGREGOR, ARTHUR S. MEHLMAN, FRED N. PRATT, JR., and MUNICIPAL MORTGAGE & EQUITY, LLC,<br><br>                     Defendants. | Civil Action No. 1:08-cv-00980-RMB |
| JULES ROTHAS, Individually and On Behalf OF All Others Similarly Situated,<br><br>                     Plaintiff,<br><br>    vs.<br><br>MICHAEL L. FALCONE, WILLIAM S. HARRISON, MARK K. JOSEPH, MELANIE M. LUNDQUIST, DAVID B. KAY, and MUNICIPAL MORTGAGE & EQUITY, LLC,<br><br>                     Defendants. | Civil Action No. 1:08-cv-01120-RMB |

[Captions continued on the following pages.]

## DECLARATION OF THOMAS H. BURT, ESQ. IN SUPPORT OF THE MOTION OF THE FAFN/SLATER GROUP FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF AND CONCOMITANT SELECTION OF LEAD COUNSEL

ALEX D'ANGELO, Individually and On Behalf OF All Others Similarly Situated,

Plaintiff,

vs.

EARL W. COLE, III, MICHAEL L. FALCONE, WILLIAM S. HARRISON, MARK K. JOSEPH, MELANIE M. LUNDQUIST, GARY A. MENTESANA, ROBERT J. BANKS, CHARLES C. BAUM, RICHARD O. BERNDT, EDDIE C. BROWN, ROBERT S. HILLMAN, DOUGLAS A. McGREGOR, CHARLES M. PINKNEY, ARTHUR S. MEHLMAN, FRED N. PRATT, JR., and MUNICIPAL MORTGAGE & EQUITY, LLC,

Defendants.

Civil Action No. 1:08-cv-01331-RMB

JUDITH GREENBERG, Individually and On Behalf OF All Others Similarly Situated,

Plaintiff,

vs.

EARL W. COLE, III, MICHAEL L. FALCONE, WILLIAM S. HARRISON, MARK K. JOSEPH, MELANIE M. LUNDQUIST, GARY A. MENTESANA, ROBERT J. BANKS, CHARLES C. BAUM, RICHARD O. BERNDT, EDDIE C. BROWN, ROBERT S. HILLMAN, DOUGLAS A. McGREGOR, BARBARA C. LUCAS, ANGELA A. BARONE, ARTHUR S. MEHLMAN, FRED N. PRATT, JR., and MUNICIPAL MORTGAGE & EQUITY, LLC,

Defendants.

Civil Action No. 1:08-cv-02005-MGC

[Captions continued on the following page.]

| | |
|---|---|
| NAOMI RAPAHEL, Individually and On Behalf OF All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL L. FALCONE, WILLIAM S. HARRISON, MELANIE M. LUNDQUIST, CHARLES C. BAUM, EDDIE C. BROWN, ROBERT S. HILLMAN, ARTHUR S. MEHLMAN, FRED N. PRATT, JR., and MUNICIPAL MORTGAGE & EQUITY, LLC,<br><br>Defendants. | Civil Action No. 1:08-cv-02190-RMB |
| ARNOLD J. ROSS, Individually and On Behalf OF All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>EARL W. COLE, III, MICHAEL L. FALCONE, WILLIAM S. HARRISON, MARK K. JOSEPH, and MUNICIPAL MORTGAGE & EQUITY, LLC,<br><br>Defendants. | Civil Action No. 1:08-cv-02199-RMB |

Thomas H. Burt, Esq. duly declares as follows:

1.     I am counsel to the FAFN/Slater Group (the "Proposed Lead Plaintiff") and submit this declaration in support of its motion for consolidation, appointment as lead plaintiff and concomitant selection of lead counsel.

2.     Attached hereto as Exhibit A is a true and correct copy of the notice to class members concerning the first-filed, above-captioned actions, published on January 30, 2008 with *Prime NewsWire*, advising the public of the pendency of a class action filed against Municipal Mortgage & Equity, LLC and certain officers and directors.

3.      Attached hereto as Exhibit B is a true and correct copy of the Proposed Lead Plaintiff's transaction charts in Municipal Mortgage & Equity, LLC securities during the Class Period and the approximate losses of the Proposed Lead Plaintiff.

4.      Attached hereto as Exhibit C is a true and correct copy of the Wolf Haldenstein Adler Freeman & Herz LLP firm biography.

I declare under the penalty of perjury that the foregoing is true and correct. My electronic signature was executed on this 31st day of March, 2008.


_s/ Thomas H. Burt_____
Thomas H. Burt

505487

3

EXHIBIT A

PZM          The Rosen Law Firm Files Securities Class Action Charging Munici
             Jan 30 2008  20:00

*T
     The Rosen Law Firm Files Securities Class Action Charging
        Municipal Mortgage & Equity, LLC With Violations of the
                    Federal Securities Laws -- MMA
*T
NEW YORK, Jan. 30, 2008 (PRIME NEWSWIRE) -- The Rosen Law Firm today
announced that it has filed a class action lawsuit on behalf of all
purchasers of Municipal Mortgage & Equity, LLC ("MMA" or the "Company")
(NYSE:MMA) stock during the period from January 30, 2003 through
January 28, 2008 (the "Class Period").

To join the MMA class action, go to the website at
http://www.rosenlegal.com or call Laurence Rosen, Esq. or Phillip Kim,
Esq. toll-free at 866-767-3653 or email lrosen@rosenlegal.com or
pkim@rosenlegal.com for information on the class action.

NO CLASS HAS YET BEEN CERTIFIED IN THE ABOVE ACTION. UNTIL A CLASS IS
CERTIFIED, YOU ARE NOT REPRESENTED BY COUNSEL UNLESS YOU RETAIN ONE.
YOU MAY ALSO REMAIN AN ABSENT CLASS MEMBER.

The case is pending in the United States District Court for the
Southern District of New York as case no. 08-CV-980 (RMB). You can
obtain a copy of the complaint from the clerk of court or you may
contact counsel for plaintiffs Laurence Rosen, Esq. or Phillip Kim,
Esq. toll-free at 866-767-3653 or email lrosen@rosenlegal.com or
pkim@rosenlegal.com.

The complaint charges that MMA and certain of its present and former
officers, directors, and control persons violated Sections 10(b) and
20(a) of the Securities Exchange Act of 1934 by issuing materially
false and misleading statements pertaining to MMA's business prospects,
financial condition, and financial performance.

The lawsuit charges that, during the Class Period, the Company and its
officers and directors, caused to be issued numerous false and
misleading statements concerning the adequacy of the Company's internal
controls and the value and performance of its tax-exempt bond
portfolio. The Complaint alleges that defendants failed to disclose and
misrepresented the true financial condition and operations of the
Company.

On January 28, 2008, the Company announced that it was slashing its
dividend and would again delay the filing of its restated financials.
Before the market opened the following day, the Company disclosed that
the previously announced restatement would impact an even greater
portion of the Company's business. As a result of these disclosures,

Copyright (c) 2008

PZM       The Rosen Law Firm Files Securities Class Action Charging Munici
          Jan 30 2008  20:00

the Company's stock opened for trading at $12.33 per share and closed
at $9.19 per share, or 46% below the prior day's close.

A class action lawsuit has been filed on behalf of MMA shareholders. If
you wish to serve as lead plaintiff, you must move the Court no later
than March 31, 2008. If you wish to join the litigation or to discuss
your rights or interests regarding this class action, please contact
plaintiff's counsel, Laurence Rosen, Esq. or Phillip Kim, Esq. of The
Rosen Law Firm toll free at 866-767-3653 or via e-mail at
lrosen@rosenlegal.com or pkim@rosenlegal.com.

The Rosen Law Firm has expertise in prosecuting investor securities
litigation and extensive experience in actions involving financial
fraud. The Rosen Law Firm represents investors throughout the nation,
concentrating its practice in securities class actions.

More information on this and other class actions can be found on the
Class Action Newsline at www.primenewswire.com/ca.

*T
-0-
CONTACT:  The Rosen Law Firm P.A.
          Laurence Rosen, Esq.
            lrosen@rosenlegal.com
          Phillip Kim, Esq.
            pkim@rosenlegal.com
          (212) 686-1060
          1-866-767-3653
          Fax: (212) 202-3827
          www.rosenlegal.com
*T


Provider ID: 00135364
-0- Jan/31/2008  1:00 GMT

Copyright (c) 2008

EXHIBIT B

Muni Mae

| Name | Date Puchased | # Shares | Price | Purchase Cost | Total | Date Sold | # Shares | Price | Redeemed Value | Total Loss |
|---|---|---|---|---|---|---|---|---|---|---|
| First Affirmative Financial Network | 3/18/2003 | 100.000000 | $23.67 | $2,367.00 | | 1/2/2004 | 0.373000 | $24.61 | $9.18 | |
| | 4/15/2003 | 150.000000 | $24.75 | $3,712.50 | | 3/12/2004 | 9.475010 | $25.39 | $240.55 | |
| | 4/16/2003 | 200.000000 | $24.60 | $4,920.00 | | 3/12/2004 | 1.461600 | $25.39 | $37.11 | |
| | 5/28/2003 | 200.000000 | $25.52 | $5,104.00 | | 3/12/2004 | 11.383150 | $25.39 | $289.01 | |
| | 6/2/2003 | 74.040220 | $26.00 | $1,925.00 | | 3/12/2004 | 1.578730 | $25.39 | $40.08 | |
| | 6/2/2003 | 39.231700 | $26.00 | $1,020.00 | | 3/12/2004 | 5.962130 | $25.39 | $151.37 | |
| | 6/5/2003 | 100.000000 | $26.22 | $2,622.00 | | 3/12/2004 | 12.974340 | $25.22 | $327.20 | |
| | 6/24/2003 | 100.000000 | $25.24 | $2,524.00 | | 3/12/2004 | 3.874880 | $25.22 | $97.72 | |
| | 8/5/2003 | 9.475010 | $23.81 | $225.60 | | 3/12/2004 | 4.053020 | $25.22 | $102.21 | |
| | 8/11/2003 | 3.595300 | $24.89 | $89.50 | | 3/12/2004 | 9.276930 | $25.22 | $233.95 | |
| | 8/26/2003 | 200.000000 | $24.40 | $4,880.00 | | 3/12/2004 | 53.731120 | $25.22 | $1,355.04 | |
| | 10/7/2003 | 11.383150 | $24.51 | $279.00 | | 3/12/2004 | 74.040220 | $25.22 | $1,867.22 | |
| | 10/7/2003 | 12.974340 | $24.51 | $318.00 | | 3/12/2004 | 22.377140 | $25.22 | $564.33 | |
| | 10/17/2003 | 3.874880 | $24.28 | $94.08 | | 3/12/2004 | 23.201650 | $25.22 | $585.12 | |
| | 10/17/2003 | 22.377140 | $24.28 | $543.32 | | 3/12/2004 | 39.231700 | $25.39 | $996.05 | |
| | 10/27/2003 | 100.000000 | $23.89 | $2,389.00 | | 3/12/2004 | 5.794040 | $25.39 | $147.10 | |
| | 11/10/2003 | 3.778100 | $24.25 | $91.62 | | 3/12/2004 | 50.343040 | $25.39 | $1,278.16 | |
| | 11/21/2003 | 4.053020 | $23.89 | $96.83 | | 3/12/2004 | 7.008600 | $25.39 | $177.94 | |
| | 11/21/2003 | 23.201650 | $23.89 | $554.29 | | 7/21/2004 | 100.000000 | $23.99 | $2,398.94 | |
| | 12/11/2003 | 200.000000 | $23.97 | $4,794.00 | | 7/21/2004 | 100.000000 | $23.99 | $2,398.94 | |
| | 1/15/2004 | 53.731120 | $25.14 | $1,350.79 | | 4/4/2005 | 100.000000 | $24.32 | $2,431.59 | |
| | 1/16/2004 | 50.343040 | $25.42 | $1,279.72 | | 4/4/2005 | 200.000000 | $24.32 | $4,863.79 | |
| | 1/22/2004 | 1.461600 | $25.27 | $36.93 | | 5/8/2006 | 0.255000 | $26.67 | $6.80 | |
| | 1/22/2004 | 1.578730 | $25.27 | $39.89 | | 5/8/2006 | 1.000000 | $26.64 | $26.64 | |
| | 1/22/2004 | 5.794040 | $25.27 | $146.42 | | 5/8/2006 | 92.745000 | $26.65 | $2,471.57 | |
| | 1/22/2004 | 7.008600 | $25.27 | $177.11 | | 5/8/2006 | 1.837800 | $26.65 | $48.97 | |
| | 1/29/2004 | 5.962130 | $25.30 | $150.84 | | 5/8/2006 | 1.732100 | $26.65 | $46.16 | |
| | 1/29/2004 | 9.276930 | $25.30 | $234.71 | | 5/8/2006 | 1.884000 | $26.65 | $50.21 | |
| | 2/17/2004 | 200.000000 | $25.52 | $5,104.00 | | 5/8/2006 | 1.801100 | $26.65 | $48.00 | |
| | 2/26/2004 | 200.000000 | $26.01 | $5,202.00 | | 5/8/2006 | 0.255000 | $26.67 | $6.80 | |
| | 3/12/2004 | 200.000000 | $25.10 | $5,020.00 | | 5/8/2006 | 1.000000 | $26.64 | $26.64 | |

Muni Mae

| Date | Shares | Price | Amount | Date | Shares | Price | Amount |
|---|---|---|---|---|---|---|---|
| 3/12/2004 | 600.000000 | $25.10 | $15,060.00 | 5/8/2006 | 92.745000 | $26.65 | $2,471.57 |
| 3/12/2004 | 100.000000 | $25.10 | $2,510.00 | 5/8/2006 | 1.837800 | $26.65 | $48.97 |
| 12/23/2004 | 200.000000 | $26.74 | $5,348.00 | 5/8/2006 | 1.732100 | $26.65 | $46.16 |
| 2/16/2005 | 94.000000 | $26.49 | $2,490.06 | 5/8/2006 | 1.884000 | $26.65 | $50.21 |
| 2/16/2005 | 94.000000 | $26.49 | $2,490.06 | 5/8/2006 | 1.801100 | $26.65 | $48.00 |
| 3/29/2005 | 500.000000 | $24.76 | $12,380.00 | 6/6/2006 | 100.000000 | $27.55 | $2,754.91 |
| 3/29/2005 | 500.000000 | $24.78 | $12,390.00 | 6/6/2006 | 50.000000 | $27.55 | $1,377.45 |
| 4/4/2005 | 230.000000 | $24.36 | $5,602.80 | 12/5/2006 | 350.000000 | $29.09 | $10,181.18 |
| 5/6/2005 | 87.000000 | $24.00 | $2,088.00 | 12/5/2006 | 150.000000 | $29.12 | $4,367.86 |
| 5/6/2005 | 87.000000 | $24.00 | $2,088.00 | 4/5/2007 | 230.000000 | $28.24 | $6,494.18 |
| 5/16/2005 | 1.837800 | $24.43 | $44.89 | 8/2/2007 | 46.000000 | $20.85 | $959.08 |
| 5/16/2005 | 1.837800 | $24.43 | $44.89 | 8/2/2007 | 46.000000 | $20.85 | $959.08 |
| 8/15/2005 | 1.732100 | $26.70 | $46.24 | 9/4/2007 | 100.000000 | $23.62 | $2,361.96 |
| 8/15/2005 | 1.732100 | $26.70 | $46.24 | 9/4/2007 | 300.000000 | $23.63 | $7,088.89 |
| 11/15/2005 | 1.884000 | $25.25 | $47.57 | 9/4/2007 | 400.000000 | $23.52 | $9,407.85 |
| 11/15/2005 | 1.884000 | $25.25 | $47.57 | 9/5/2007 | 100.000000 | $23.50 | $2,349.96 |
| 2/13/2006 | 1.801800 | $27.18 | $48.98 | 9/5/2007 | 100.000000 | $23.49 | $2,348.96 |
| 2/13/2006 | 1.801800 | $27.18 | $48.98 | 10/22/2007 | 400.000000 | $20.75 | $8,300.67 |
| 1/3/2007 | 185.000000 | $31.90 | $5,901.50 | 11/30/2007 | 185.000000 | $16.22 | $3,000.65 |
| 1/3/2007 | 185.000000 | $31.90 | $5,901.50 | 11/30/2007 | 185.000000 | $16.22 | $3,000.65 |
| 2/20/2007 | 46.000000 | $29.98 | $1,379.08 | 4/24/2003 | 173.000000 | $23.69 | $4,098.17 |
| 2/20/2007 | 46.000000 | $29.98 | $1,379.08 | 1/15/2004 | 1.935110 | $25.13 | $48.63 |
| 3/26/2007 | 400.000000 | $29.48 | $11,790.20 | 3/12/2004 | 32.784380 | $25.39 | $832.36 |
| 2/20/2003 | 0.782840 | $23.36 | $18.29 | 3/12/2004 | 0.059580 | $25.34 | $1.51 |
| 2/20/2003 | 1.462690 | $23.37 | $34.18 | 3/12/2004 | 1.351140 | $25.39 | $34.30 |
| 3/4/2003 | 8.691950 | $23.47 | $204.00 | 3/12/2004 | 0.782840 | $25.39 | $19.88 |
| 4/30/2003 | 15.602840 | $23.97 | $374.00 | 3/12/2004 | 4.866190 | $25.39 | $123.55 |
| 4/30/2003 | 20.963700 | $23.97 | $502.50 | 3/12/2004 | 3.825760 | $25.22 | $96.48 |
| 5/6/2003 | 3.222560 | $24.02 | $77.41 | 3/12/2004 | 1.363770 | $25.22 | $34.39 |
| 5/13/2003 | 1.363770 | $24.15 | $32.94 | 3/12/2004 | 3.132570 | $25.22 | $79.00 |
| 5/13/2003 | 1.508010 | $24.15 | $36.42 | 3/12/2004 | 2.829350 | $25.22 | $71.35 |
| 5/13/2003 | 0.785650 | $24.15 | $18.97 | 3/12/2004 | 4.251950 | $25.22 | $107.23 |
| 5/13/2003 | 0.928850 | $24.15 | $22.43 | 3/12/2004 | 3.502420 | $25.22 | $88.33 |
| 6/13/2003 | 30.338790 | $25.68 | $779.10 | 3/12/2004 | 27.000000 | $25.39 | $685.50 |
| 6/13/2003 | 41.199380 | $25.68 | $1,058.00 | 3/12/2004 | 3.222560 | $25.39 | $81.82 |
| 6/18/2003 | 14.229910 | $25.58 | $364.00 | 3/12/2004 | 0.785650 | $25.39 | $19.95 |
| 6/18/2003 | 11.434750 | $25.58 | $292.50 | 3/12/2004 | 4.502260 | $25.39 | $114.31 |

#505645

Muni Mae

| Date | | | | | Date | | |
|---|---|---|---|---|---|---|---|
| 7/7/2003 | 24.161400 | $25.65 | | $619.74 | 3/12/2004 | 15.602840 | $25.22 | $393.49 |
| 8/28/2003 | 7.784420 | $24.07 | $187.37 | 3/12/2004 | 5.676940 | $25.22 | $143.17 |
| 8/29/2003 | 41.832710 | $23.67 | $990.00 | 3/12/2004 | 5.107100 | $25.22 | $128.80 |
| 9/4/2003 | 2.731200 | $24.04 | $65.66 | 3/12/2004 | 20.963700 | $25.39 | $532.24 |
| 9/9/2003 | 29.122950 | $24.40 | $710.60 | 3/12/2004 | 0.928850 | $25.39 | $23.58 |
| 9/11/2003 | 11.563460 | $24.19 | $279.72 | 3/12/2004 | 3.126600 | $25.39 | $79.38 |
| 9/16/2003 | 22.572960 | $24.19 | $546.04 | 3/12/2004 | 30.338790 | $25.22 | $765.11 |
| 9/16/2003 | 11.082680 | $24.19 | $268.09 | 3/12/2004 | 9.973570 | $25.22 | $251.52 |
| 9/18/2003 | 7.339070 | $24.20 | $177.61 | 3/12/2004 | 9.659160 | $25.22 | $243.59 |
| 10/1/2003 | 13.974110 | $24.64 | $344.32 | 3/12/2004 | 11.742610 | $25.22 | $296.14 |
| 10/8/2003 | 2.070010 | $24.14 | $49.97 | 3/12/2004 | 41.199380 | $25.39 | $1,046.01 |
| 10/16/2003 | 38.321620 | $24.19 | $927.00 | 3/12/2004 | 6.887540 | $25.39 | $174.87 |
| 10/17/2003 | 3.132570 | $24.28 | $76.06 | 3/12/2004 | 16.606040 | $25.39 | $421.61 |
| 10/17/2003 | 5.676940 | $24.28 | $137.84 | 3/12/2004 | 14.229910 | $25.22 | $358.86 |
| 10/17/2003 | 9.973570 | $24.28 | $242.16 | 3/12/2004 | 4.841990 | $25.22 | $122.11 |
| 10/17/2003 | 4.841990 | $24.28 | $117.56 | 3/12/2004 | 4.577630 | $25.22 | $115.44 |
| 10/17/2003 | 12.046960 | $24.28 | $292.50 | 3/12/2004 | 11.434750 | $25.39 | $290.31 |
| 10/17/2003 | 3.257560 | $24.28 | $79.09 | 3/12/2004 | 1.776790 | $25.39 | $45.11 |
| 10/17/2003 | 11.566610 | $24.28 | $280.84 | 3/12/2004 | 24.161400 | $25.39 | $613.43 |
| 10/23/2003 | 17.166670 | $24.00 | $412.00 | 3/12/2004 | 3.539000 | $25.39 | $89.85 |
| 10/27/2003 | 59.605700 | $23.84 | $1,421.00 | 3/12/2004 | 41.832710 | $25.22 | $1,054.98 |
| 10/29/2003 | 17.571610 | $23.95 | $420.84 | 3/12/2004 | 12.046960 | $25.22 | $303.81 |
| 11/21/2003 | 2.829350 | $23.89 | $67.59 | 3/12/2004 | 12.963290 | $25.22 | $326.92 |
| 11/21/2003 | 5.107100 | $23.89 | $122.01 | 3/12/2004 | 7.784420 | $25.39 | $197.63 |
| 11/21/2003 | 9.659160 | $23.89 | $230.76 | 3/12/2004 | 2.731200 | $25.39 | $69.34 |
| 11/21/2003 | 4.577630 | $23.89 | $109.36 | 3/12/2004 | 1.460400 | $25.39 | $37.08 |
| 11/21/2003 | 12.963290 | $23.89 | $309.69 | 3/12/2004 | 29.122950 | $25.39 | $739.40 |
| 11/21/2003 | 3.430290 | $23.89 | $81.95 | 3/12/2004 | 4.024650 | $25.39 | $102.18 |
| 11/21/2003 | 0.568230 | $23.72 | $13.48 | 3/12/2004 | 11.563460 | $25.39 | $293.58 |
| 11/21/2003 | 3.860960 | $23.89 | $92.24 | 3/12/2004 | 1.624150 | $25.39 | $41.23 |
| 11/21/2003 | 11.656550 | $23.89 | $278.47 | 3/12/2004 | 22.572960 | $25.39 | $573.10 |
| 11/21/2003 | 14.781040 | $23.89 | $353.12 | 3/12/2004 | 3.211830 | $25.39 | $81.54 |
| 11/25/2003 | 31.428170 | $23.97 | $753.33 | 3/12/2004 | 11.082680 | $25.22 | $279.49 |
| 12/2/2003 | 7.323130 | $24.17 | $177.00 | 3/12/2004 | 3.257560 | $25.22 | $82.15 |
| 12/8/2003 | 10.805950 | $24.22 | $261.72 | 3/12/2004 | 3.430290 | $25.22 | $86.51 |
| 12/10/2003 | 0.730660 | $24.07 | $17.59 | 3/12/2004 | 7.339070 | $25.39 | $186.33 |
| 12/29/2003 | 32.802660 | $24.45 | $802.03 | 3/12/2004 | 0.959480 | $25.39 | $24.36 |

#505645

Muni Mae

| Date | Units | Price | Amount |
|---|---|---|---|
| 1/20/2004 | 4.251950 | $25.44 | $108.17 |
| 1/20/2004 | 17.115570 | $25.44 | $435.42 |
| 1/20/2004 | 13.761030 | $25.44 | $350.08 |
| 1/20/2004 | 104.147440 | $25.44 | $2,649.51 |
| 1/22/2004 | 3.502420 | $25.27 | $88.51 |
| 1/22/2004 | 4.502260 | $25.27 | $113.77 |
| 1/22/2004 | 3.126600 | $25.27 | $79.01 |
| 1/22/2004 | 6.887540 | $25.27 | $174.05 |
| 1/22/2004 | 1.776790 | $25.27 | $44.90 |
| 1/22/2004 | 3.539000 | $25.27 | $89.43 |
| 1/22/2004 | 1.460400 | $25.27 | $36.90 |
| 1/22/2004 | 4.024650 | $25.27 | $101.70 |
| 1/22/2004 | 1.624150 | $25.27 | $41.04 |
| 1/22/2004 | 3.211830 | $25.27 | $81.16 |
| 1/22/2004 | 0.959480 | $25.27 | $24.25 |
| 1/22/2004 | 1.854190 | $25.27 | $46.86 |
| 1/22/2004 | 1.042970 | $25.27 | $26.36 |
| 1/22/2004 | 4.267410 | $25.27 | $107.84 |
| 1/22/2004 | 2.412540 | $25.27 | $60.96 |
| 1/22/2004 | 3.699140 | $25.27 | $93.48 |
| 1/29/2004 | 11.742610 | $25.30 | $297.09 |
| 1/29/2004 | 16.606040 | $25.30 | $420.13 |
| 2/5/2004 | 37.574320 | $25.59 | $961.53 |
| 2/10/2004 | 27.586830 | $25.48 | $702.90 |
| 2/13/2004 | 12.598690 | $25.68 | $323.53 |
| 2/19/2004 | 12.525920 | $26.00 | $325.67 |
| 2/24/2004 | 4.364100 | $25.74 | $112.33 |
| 3/3/2004 | 876.784650 | $25.53 | $22,387.50 |
| 3/3/2004 | 10.451210 | $25.53 | $266.86 |
| 3/3/2004 | 212.366930 | $25.53 | $5,422.50 |
| 3/5/2004 | 26.481690 | $25.56 | $676.87 |
| 3/5/2004 | 10.176650 | $25.56 | $260.12 |
| 3/10/2004 | 7.240940 | $25.40 | $183.92 |
| 6/8/2007 | 136.524400 | $26.38 | $3,601.50 |
| 6/8/2007 | 136.524400 | $26.38 | $3,601.50 |
| 6/8/2007 | 136.524400 | $26.38 | $3,601.50 |
| 9/25/2007 | 138.722090 | $22.75 | $3,155.91 |
| 3/12/2004 | 13.974110 | $25.39 | $354.79 |
| 3/12/2004 | 0.568230 | $25.39 | $14.43 |
| 3/12/2004 | 1.854190 | $25.39 | $47.08 |
| 3/12/2004 | 17.166670 | $25.22 | $432.92 |
| 3/12/2004 | 3.860960 | $25.22 | $97.37 |
| 3/12/2004 | 38.321620 | $25.22 | $966.43 |
| 3/12/2004 | 11.566610 | $25.22 | $291.70 |
| 3/12/2004 | 11.656550 | $25.22 | $293.96 |
| 3/12/2004 | 100.000000 | $25.22 | $2,521.90 |
| 3/12/2004 | 59.605700 | $25.22 | $1,503.19 |
| 3/12/2004 | 14.781040 | $25.22 | $372.76 |
| 3/12/2004 | 31.428170 | $25.22 | $792.59 |
| 3/12/2004 | 7.323130 | $25.39 | $185.93 |
| 3/12/2004 | 0.730660 | $25.39 | $18.55 |
| 3/12/2004 | 1.042970 | $25.39 | $26.48 |
| 3/12/2004 | 32.802660 | $25.39 | $832.82 |
| 3/12/2004 | 4.267410 | $25.39 | $108.34 |
| 3/12/2004 | 17.115570 | $25.39 | $434.55 |
| 3/12/2004 | 2.412540 | $25.39 | $61.25 |
| 3/12/2004 | 13.761030 | $25.22 | $347.03 |
| 3/12/2004 | 104.147440 | $25.22 | $2,626.49 |
| 3/12/2004 | 37.574320 | $25.22 | $947.59 |
| 3/12/2004 | 12.598690 | $25.22 | $317.73 |
| 3/12/2004 | 27.586830 | $25.22 | $695.71 |
| 3/12/2004 | 12.525920 | $25.22 | $315.88 |
| 3/12/2004 | 876.784650 | $25.39 | $22,260.69 |
| 3/12/2004 | 10.451210 | $25.22 | $263.56 |
| 3/12/2004 | 26.481690 | $25.22 | $667.84 |
| 3/12/2004 | 212.366930 | $25.22 | $5,355.68 |
| 3/12/2004 | 7.240940 | $25.22 | $182.61 |
| 3/12/2004 | 17.571610 | $25.22 | $446.12 |
| 3/12/2004 | 10.805950 | $25.39 | $274.35 |
| 3/12/2004 | 3.699140 | $25.39 | $93.92 |
| 3/12/2004 | 10.176650 | $25.39 | $258.37 |
| 6/21/2004 | 39.429690 | $23.10 | $910.80 |
| 6/21/2004 | 1.462690 | $23.10 | $33.79 |
| 6/21/2004 | 1.508010 | $23.10 | $34.83 |

Muni Mae

| Date | Shares | Price | Amount |
|---|---|---|---|
| 9/25/2007 | 138.722080 | $22.75 | $3,155.91 |
| 9/25/2007 | 138.722090 | $22.75 | $3,155.91 |
| 11/26/2007 | 1,358.018660 | $17.19 | $23,349.00 |
| 11/28/2007 | 246.399770 | $16.47 | $4,058.18 |
| 12/19/2007 | 93.533600 | $16.96 | $1,586.33 |
| 1/23/2008 | 30.060060 | $16.39 | $492.67 |
| 1/23/2008 | 29.636970 | $16.39 | $485.74 |
| 1/23/2008 | 30.168390 | $16.39 | $494.45 |
| 2/28/2003 | 125.000000 | $23.58 | $2,947.50 |
| 3/14/2003 | 300.000000 | $23.59 | $7,077.00 |
| 3/27/2003 | 200.000000 | $23.63 | $4,726.00 |
| 5/16/2003 | 100.000000 | $24.10 | $2,410.00 |
| 5/19/2003 | 250.000000 | $24.32 | $6,080.00 |
| 6/3/2003 | 400.000000 | $26.06 | $10,424.00 |
| 6/11/2003 | 130.000000 | $25.51 | $3,316.30 |
| 7/1/2003 | 100.000000 | $25.35 | $2,535.00 |
| 7/8/2003 | 100.000000 | $25.53 | $2,553.00 |
| 7/8/2003 | 100.000000 | $25.53 | $2,553.00 |
| 8/11/2003 | 3.595300 | $24.89 | $89.50 |
| 8/11/2003 | 12.583500 | $24.89 | $313.25 |
| 8/11/2003 | 5.392900 | $24.89 | $134.25 |
| 8/11/2003 | 5.392900 | $24.89 | $134.25 |
| 8/11/2003 | 2.337100 | $24.89 | $58.18 |
| 8/18/2003 | 100.000000 | $24.60 | $2,460.00 |
| 8/26/2003 | 100.000000 | $24.31 | $2,431.00 |
| 11/10/2003 | 3.778100 | $24.25 | $91.62 |
| 11/10/2003 | 15.078800 | $24.25 | $365.66 |
| 11/10/2003 | 5.667200 | $24.25 | $137.43 |
| 11/10/2003 | 5.667200 | $24.25 | $137.43 |
| 11/10/2003 | 2.455700 | $24.25 | $59.55 |
| 2/9/2004 | 3.617600 | $25.94 | $93.84 |
| 2/9/2004 | 14.437900 | $25.94 | $374.52 |
| 2/9/2004 | 5.426000 | $25.94 | $140.75 |
| 2/9/2004 | 5.426000 | $25.94 | $140.75 |
| 2/9/2004 | 2.351200 | $25.94 | $60.99 |
| 2/26/2004 | 375.000000 | $25.95 | $9,731.25 |
| 3/19/2004 | 200.000000 | $25.37 | $5,074.00 |
| 6/21/2004 | 2.070010 | $23.10 | $47.82 |
| 6/21/2004 | 4.364100 | $23.10 | $100.81 |
| 6/8/2005 | 500.000000 | $25.58 | $12,790.00 |
| 8/25/2005 | 180.000000 | $26.16 | $4,708.60 |
| 8/25/2005 | 20.000000 | $26.16 | $523.17 |
| 4/4/2008 | 400.000000 | $26.68 | $10,671.67 |
| 8/6/2007 | 136.524400 | $20.68 | $2,822.81 |
| 8/6/2007 | 136.524400 | $20.68 | $2,822.81 |
| 8/6/2007 | 136.524400 | $20.68 | $2,822.81 |
| 1/31/2008* | 138.722090 | $7.17 | $994.64 |
| 1/31/2008* | 30.060060 | $7.17 | $215.53 |
| 1/31/2008* | 138.722080 | $7.17 | $994.64 |
| 1/31/2008* | 29.636970 | $7.17 | $212.50 |
| 1/31/2008* | 138.722090 | $7.17 | $994.64 |
| 1/31/2008* | 30.168390 | $7.17 | $216.31 |
| 1/31/2008* | 1,358.018660 | $7.17 | $9,736.99 |
| 1/31/2008* | 93.533600 | $7.17 | $670.64 |
| 1/31/2008* | 246.399770 | $7.17 | $1,766.69 |
| 2/17/2005 | 100.000000 | $26.35 | $2,634.91 |
| 2/17/2005 | 200.000000 | $26.35 | $5,269.83 |
| 2/17/2005 | 100.000000 | $26.35 | $2,634.91 |
| 2/17/2005 | 200.000000 | $26.35 | $5,269.82 |
| 2/25/2005 | 500.000000 | $25.49 | $12,744.08 |
| 6/17/2005 | 200.000000 | $25.92 | $5,184.98 |
| 6/17/2005 | 200.000000 | $25.95 | $5,189.78 |
| 9/20/2005 | 85.000000 | $25.49 | $2,166.55 |
| 10/13/2005 | 250.000000 | $24.11 | $6,027.25 |
| 10/13/2005 | 300.000000 | $24.11 | $7,232.69 |
| 1/10/2006 | 100.000000 | $26.62 | $2,661.94 |
| 3/3/2006 | 100.000000 | $26.56 | $2,655.71 |
| 3/24/2006 | 100.000000 | $26.88 | $2,687.91 |
| 3/24/2006 | 190.000000 | $26.88 | $5,107.04 |
| 3/24/2006 | 175.000000 | $26.88 | $4,703.85 |
| 3/24/2006 | 125.000000 | $26.88 | $3,359.89 |
| 3/24/2006 | 275.000000 | $26.88 | $7,391.77 |
| 6/6/2006 | 100.000000 | $27.56 | $2,755.91 |
| 6/6/2006 | 150.000000 | $27.56 | $4,133.87 |

Muni Mae

| Date | Price | Shares | Value | Date | Shares | Price | Value |
|---|---|---|---|---|---|---|---|
| 4/6/2004 | $24.77 | 15.000000 | $371.55 | 9/20/2006 | 100.000000 | $28.70 | $2,869.91 |
| 4/6/2004 | $24.77 | 200.000000 | $4,954.00 | 1/16/2007 | 200.000000 | $31.57 | $6,313.92 |
| 5/17/2004 | $23.54 | 4.099900 | $96.53 | 2/12/2007 | 200.000000 | $28.66 | $5,731.96 |
| 5/17/2004 | $23.54 | 6.149600 | $144.79 | 3/6/2007 | 170.000000 | $28.07 | $4,771.41 |
| 5/17/2004 | $23.54 | 8.549700 | $201.30 | 3/6/2007 | 100.000000 | $28.06 | $2,805.91 |
| 5/17/2004 | $23.54 | 6.149600 | $144.79 | 3/6/2007 | 180.000000 | $28.04 | $5,047.04 |
| 5/17/2004 | $23.54 | 2.664700 | $62.74 | 3/6/2007 | 100.000000 | $28.04 | $2,803.91 |
| 8/13/2004 | $24.12 | 200.000000 | $4,824.00 | 3/6/2007 | 300.000000 | $28.05 | $8,414.74 |
| 8/16/2004 | $24.51 | 4.058100 | $99.48 | 3/6/2007 | 500.000000 | $28.05 | $14,024.56 |
| 8/16/2004 | $24.51 | 6.087100 | $149.22 | 3/6/2007 | 675.000000 | $28.07 | $18,945.31 |
| 8/16/2004 | $24.51 | 8.462500 | $207.45 | 3/6/2007 | 600.000000 | $28.05 | $16,829.48 |
| 8/16/2004 | $24.51 | 6.087100 | $149.22 | 3/6/2007 | 7.000000 | $28.05 | $196.34 |
| 8/16/2004 | $24.51 | 2.637700 | $64.66 | 3/6/2007 | 100.000000 | $28.05 | $2,804.91 |
| 8/17/2004 | $24.34 | 200.000000 | $4,868.00 | 3/6/2007 | 100.000000 | $28.05 | $2,804.92 |
| 10/18/2004 | $25.80 | 200.000000 | $5,160.00 | 3/6/2007 | 193.000000 | $28.05 | $5,413.48 |
| 11/15/2004 | $25.76 | 3.977100 | $102.45 | 3/6/2007 | 150.000000 | $28.05 | $4,207.37 |
| 11/15/2004 | $25.76 | 3.629700 | $93.50 | 4/10/2007 | 100.000000 | $27.91 | $2,790.95 |
| 11/15/2004 | $25.76 | 5.965900 | $153.68 | 4/10/2007 | 100.000000 | $27.93 | $2,792.95 |
| 11/15/2004 | $26.00 | 500.000000 | $13,000.00 | 4/10/2007 | 10.000000 | $27.90 | $278.99 |
| 11/15/2004 | $25.76 | 8.294000 | $213.65 | 5/3/2007 | 50.000000 | $27.60 | $1,379.97 |
| 11/15/2004 | $25.76 | 3.629700 | $93.50 | 5/3/2007 | 100.000000 | $27.60 | $2,759.95 |
| 11/15/2004 | $25.76 | 9.599600 | $247.18 | 11/27/2007 | 1,000.000000 | $16.20 | $16,199.74 |
| 11/15/2004 | $25.76 | 2.585000 | $66.59 | 11/27/2007 | 1,000.000000 | $16.20 | $16,199.76 |
| 11/19/2004 | $26.07 | 200.000000 | $5,214.00 | 12/18/2007 | 200.000000 | $16.64 | $3,328.94 |
| 11/22/2004 | $26.02 | 100.000000 | $2,602.00 | 12/18/2007 | 200.000000 | $16.64 | $3,328.95 |
| 11/22/2004 | $26.03 | 300.000000 | $7,809.00 | 1/31/2008* | 575.000000 | $7.32 | $4,210.68 |
| 12/23/2004 | $26.74 | 200.000000 | $5,348.00 | 1/31/2008* | 330.000000 | $7.32 | $2,416.56 |
| 12/29/2004 | $27.08 | 210.000000 | $5,686.80 | 1/31/2008* | 200.000000 | $7.31 | $1,462.38 |
| 12/29/2004 | $27.08 | 100.000000 | $2,708.00 | 2/13/2008* | 300.000000 | $6.57 | $1,971.00 |
| 2/9/2005 | $26.27 | 200.000000 | $5,254.00 | 2/13/2008* | 300.000000 | $6.57 | $1,971.00 |
| 2/14/2005 | $26.45 | 3.986700 | $105.43 | 2/13/2008* | 300.000000 | $6.57 | $1,971.00 |
| 2/14/2005 | $26.44 | 3.638500 | $96.22 | 2/13/2008* | 200.000000 | $6.57 | $1,314.00 |
| 2/14/2005 | $26.45 | 3.752300 | $99.23 | 2/13/2008* | 600.000000 | $6.57 | $3,942.00 |
| 2/14/2005 | $26.45 | 5.979900 | $158.14 | 2/13/2008* | 425.000000 | $6.57 | $2,792.25 |
| 2/14/2005 | $26.45 | 7.146800 | $189.00 | 2/13/2008* | 375.000000 | $6.57 | $2,463.75 |
| 2/14/2005 | $26.45 | 8.313800 | $219.86 | | 38,543.437200 | $6.56 | $252,844.95 |
| 2/14/2005 | $26.44 | 3.638500 | $96.22 | | 62,019.308880 | | $726,814.36 |

Muni Mae

| Date | Shares | Price | Amount |
|---|---|---|---|
| 2/14/2005 | 14.293700 | $26.45 | $378.00 |
| 2/14/2005 | 9.618400 | $26.45 | $254.36 |
| 2/14/2005 | 2.591400 | $26.45 | $68.53 |
| 2/22/2005 | 290.000000 | $25.75 | $7,467.50 |
| 2/24/2005 | 100.000000 | $25.53 | $2,553.00 |
| 4/13/2005 | 210.000000 | $23.99 | $5,037.90 |
| 4/13/2005 | 300.000000 | $23.88 | $7,164.00 |
| 4/26/2005 | 200.000000 | $24.34 | $4,868.00 |
| 4/28/2005 | 80.000000 | $23.94 | $1,915.20 |
| 4/28/2005 | 80.000000 | $23.94 | $1,915.20 |
| 4/28/2005 | 4,000.000000 | $24.10 | $96,400.00 |
| 4/28/2005 | 2,300.000000 | $24.10 | $55,430.00 |
| 4/28/2005 | 1,000.000000 | $23.95 | $23,950.00 |
| 4/28/2005 | 600.000000 | $23.91 | $14,346.00 |
| 4/28/2005 | 100.000000 | $23.92 | $2,392.00 |
| 4/28/2005 | 400.000000 | $24.00 | $9,600.00 |
| 4/28/2005 | 600.000000 | $24.00 | $14,400.00 |
| 4/28/2005 | 600.000000 | $23.98 | $14,388.00 |
| 4/28/2005 | 600.000000 | $24.07 | $14,442.00 |
| 5/16/2005 | 4.440000 | $24.43 | $108.45 |
| 5/16/2005 | 4.051800 | $24.43 | $98.97 |
| 5/16/2005 | 4.178800 | $24.43 | $102.07 |
| 5/16/2005 | 6.659700 | $24.43 | $162.67 |
| 5/16/2005 | 7.959200 | $24.43 | $194.41 |
| 5/16/2005 | 9.258600 | $24.43 | $226.15 |
| 5/16/2005 | 4.051800 | $24.43 | $98.97 |
| 5/16/2005 | 15.918800 | $24.43 | $388.83 |
| 5/16/2005 | 10.711600 | $24.43 | $261.64 |
| 5/16/2005 | 2.885900 | $24.43 | $70.49 |
| 5/24/2005 | 200.000000 | $24.83 | $4,966.00 |
| 5/24/2005 | 200.000000 | $24.84 | $4,968.00 |
| 6/7/2005 | 300.000000 | $25.45 | $7,635.00 |
| 6/7/2005 | 250.000000 | $25.47 | $6,367.50 |
| 6/7/2005 | 300.000000 | $25.45 | $7,635.00 |
| 6/7/2005 | 600.000000 | $25.47 | $15,282.00 |
| 6/9/2005 | 600.000000 | $25.52 | $15,312.00 |
| 7/8/2005 | 375.000000 | $26.45 | $9,918.75 |

#505645

Muni Mae

| Date | Quantity | Price | Amount |
| --- | --- | --- | --- |
| 7/26/2005 | 400.000000 | $26.93 | $10,772.00 |
| 8/15/2005 | 7.229500 | $26.70 | $193.00 |
| 8/15/2005 | 4.184900 | $26.70 | $111.72 |
| 8/15/2005 | 3.938800 | $26.70 | $105.15 |
| 8/15/2005 | 6.277700 | $26.70 | $167.59 |
| 8/15/2005 | 7.502600 | $26.70 | $200.29 |
| 8/15/2005 | 8.727500 | $26.70 | $232.99 |
| 8/15/2005 | 3.819300 | $26.70 | $101.96 |
| 8/15/2005 | 6.777800 | $26.70 | $180.94 |
| 8/15/2005 | 15.005200 | $26.70 | $400.58 |
| 8/15/2005 | 10.097000 | $26.70 | $269.55 |
| 8/15/2005 | 2.720200 | $26.70 | $72.62 |
| 8/15/2005 | 10.844300 | $26.70 | $289.50 |
| 9/15/2005 | 100.000000 | $26.06 | $2,606.00 |
| 9/15/2005 | 100.000000 | $26.01 | $2,601.00 |
| 9/15/2005 | 200.000000 | $26.08 | $5,216.00 |
| 11/15/2005 | 7.862500 | $25.25 | $198.52 |
| 11/15/2005 | 4.551500 | $25.25 | $114.92 |
| 11/15/2005 | 4.283700 | $25.25 | $108.16 |
| 11/15/2005 | 6.827200 | $25.25 | $172.38 |
| 11/15/2005 | 8.159500 | $25.25 | $206.02 |
| 11/15/2005 | 9.491800 | $25.25 | $239.66 |
| 11/15/2005 | 4.153800 | $25.25 | $104.88 |
| 11/15/2005 | 7.371400 | $25.25 | $186.12 |
| 11/15/2005 | 16.319000 | $25.25 | $412.04 |
| 11/15/2005 | 300.000000 | $25.34 | $7,602.00 |
| 11/15/2005 | 10.981000 | $25.25 | $277.26 |
| 11/15/2005 | 2.958500 | $25.25 | $74.70 |
| 11/15/2005 | 11.794100 | $25.25 | $297.79 |
| 11/16/2005 | 400.000000 | $25.02 | $10,008.00 |
| 12/29/2005 | 390.000000 | $25.93 | $10,112.70 |
| 12/30/2005 | 200.000000 | $25.85 | $5,170.00 |
| 2/10/2006 | 275.000000 | $26.80 | $7,370.00 |
| 2/13/2006 | 7.520300 | $27.18 | $204.43 |
| 2/13/2006 | 4.353300 | $27.18 | $118.34 |
| 2/13/2006 | 4.097300 | $27.18 | $111.38 |
| 2/13/2006 | 6.530000 | $27.18 | $177.51 |

Muni Mae

| Date | Quantity | Price | Amount |
|---|---|---|---|
| 2/13/2006 | 7.804300 | $27.18 | $212.15 |
| 2/13/2006 | 9.078600 | $27.18 | $246.79 |
| 2/13/2006 | 3.973000 | $27.18 | $108.00 |
| 2/13/2006 | 7.050500 | $27.18 | $191.66 |
| 2/13/2006 | 15.609000 | $27.18 | $424.31 |
| 2/13/2006 | 15.938600 | $27.18 | $433.27 |
| 2/13/2006 | 2.829600 | $27.18 | $76.92 |
| 2/13/2006 | 11.280700 | $27.18 | $306.65 |
| 2/14/2006 | 275.000000 | $27.20 | $7,480.00 |
| 2/14/2006 | 675.000000 | $27.20 | $18,360.00 |
| 2/14/2006 | 150.000000 | $27.20 | $4,080.00 |
| 4/17/2006 | 100.000000 | $26.40 | $2,640.00 |
| 4/17/2006 | 300.000000 | $26.40 | $7,920.00 |
| 5/10/2006 | 100.000000 | $26.66 | $2,666.00 |
| 5/10/2006 | 100.000000 | $26.67 | $2,667.00 |
| 5/10/2006 | 200.000000 | $26.66 | $5,332.00 |
| 5/24/2006 | 7.524100 | $27.94 | $210.25 |
| 5/24/2006 | 4.355600 | $27.94 | $121.71 |
| 5/24/2006 | 4.896000 | $27.94 | $136.81 |
| 5/24/2006 | 4.099300 | $27.94 | $114.55 |
| 5/24/2006 | 6.533200 | $27.94 | $182.56 |
| 5/24/2006 | 7.808300 | $27.94 | $218.19 |
| 5/24/2006 | 9.083000 | $27.94 | $253.81 |
| 5/24/2006 | 3.974800 | $27.94 | $111.07 |
| 5/24/2006 | 7.053900 | $27.94 | $197.11 |
| 5/24/2006 | 15.616500 | $27.94 | $436.38 |
| 5/24/2006 | 15.946100 | $27.94 | $445.59 |
| 5/24/2006 | 7.121500 | $27.94 | $199.00 |
| 5/24/2006 | 2.831100 | $27.94 | $79.11 |
| 5/24/2006 | 11.286000 | $27.94 | $315.37 |
| 6/9/2006 | 200.000000 | $27.39 | $5,478.00 |
| 8/16/2006 | 7.486700 | $28.87 | $216.14 |
| 8/16/2006 | 4.333900 | $28.87 | $125.12 |
| 8/16/2006 | 4.351600 | $28.87 | $125.63 |
| 8/16/2006 | 4.871800 | $28.87 | $140.65 |
| 8/16/2006 | 4.079000 | $28.87 | $117.76 |
| 8/16/2006 | 6.500900 | $28.87 | $187.68 |

Muni Mae

| Date | Shares | Price | Amount |
|---|---|---|---|
| 8/16/2006 | 7.769700 | $28.87 | $224.31 |
| 8/16/2006 | 9.038100 | $28.87 | $260.93 |
| 8/16/2006 | 3.955300 | $28.87 | $114.19 |
| 8/16/2006 | 7.018700 | $28.87 | $202.63 |
| 8/16/2006 | 15.539000 | $28.87 | $448.61 |
| 8/16/2006 | 15.867000 | $28.87 | $458.08 |
| 8/16/2006 | 7.086200 | $28.87 | $204.58 |
| 8/16/2006 | 2.817100 | $28.87 | $81.33 |
| 8/16/2006 | 18.192600 | $28.87 | $525.22 |
| 9/7/2006 | 150.000000 | $28.31 | $4,246.50 |
| 9/8/2006 | 427.000000 | $28.42 | $12,135.34 |
| 9/8/2006 | 193.000000 | $28.42 | $5,485.06 |
| 11/10/2006 | 265.000000 | $28.05 | $7,433.25 |
| 11/10/2006 | 450.000000 | $28.05 | $12,622.50 |
| 11/15/2006 | 7.715900 | $28.78 | $222.09 |
| 11/15/2006 | 10.931600 | $28.78 | $314.65 |
| 11/15/2006 | 4.466800 | $28.78 | $128.57 |
| 11/15/2006 | 4.484500 | $28.78 | $129.08 |
| 11/15/2006 | 5.020900 | $28.78 | $144.52 |
| 11/15/2006 | 1.375400 | $28.78 | $39.59 |
| 11/15/2006 | 2.828700 | $28.78 | $81.42 |
| 11/15/2006 | 6.171200 | $28.78 | $177.63 |
| 11/15/2006 | 6.700000 | $28.78 | $192.85 |
| 11/15/2006 | 8.007400 | $28.78 | $230.48 |
| 11/15/2006 | 4.076300 | $28.78 | $117.33 |
| 11/15/2006 | 7.233600 | $28.78 | $208.21 |
| 11/15/2006 | 16.014700 | $28.78 | $460.96 |
| 11/15/2006 | 16.353100 | $28.78 | $470.70 |
| 11/15/2006 | 7.303100 | $28.78 | $210.21 |
| 11/15/2006 | 2.903400 | $28.78 | $83.57 |
| 11/15/2006 | 18.749200 | $28.78 | $539.67 |
| 12/11/2006 | 280.000000 | $29.02 | $8,124.76 |
| 1/3/2007 | 1,000.000000 | $31.30 | $31,295.00 |
| 1/19/2007 | 170.000000 | $31.66 | $5,382.01 |
| 1/19/2007 | 900.000000 | $31.66 | $28,493.01 |
| 1/29/2007 | 200.000000 | $31.47 | $6,293.94 |
| 2/2/2007 | 200.000000 | $32.18 | $6,435.94 |

#505645

Muni Mae

| Date | Quantity | Price | Amount |
|---|---|---|---|
| 2/9/2007 | 200.000000 | $28.20 | $5,639.92 |
| 2/12/2007 | 100.000000 | $28.80 | $2,880.00 |
| 2/12/2007 | 200.000000 | $28.92 | $5,784.00 |
| 2/12/2007 | 200.000000 | $28.93 | $5,786.00 |
| 2/12/2007 | 300.000000 | $28.85 | $8,655.00 |
| 2/12/2007 | 100.000000 | $28.93 | $2,893.00 |
| 2/12/2007 | 700.000000 | $28.93 | $20,251.00 |
| 2/12/2007 | 7.000000 | $29.19 | $204.33 |
| 2/12/2007 | 100.000000 | $29.19 | $2,919.00 |
| 2/12/2007 | 100.000000 | $29.19 | $2,919.00 |
| 2/12/2007 | 193.000000 | $29.20 | $5,635.60 |
| 2/14/2007 | 1,000.000000 | $29.35 | $29,350.00 |
| 2/21/2007 | 7.612400 | $29.98 | $228.24 |
| 2/21/2007 | 10.784500 | $29.98 | $323.35 |
| 2/21/2007 | 15.383800 | $29.98 | $461.25 |
| 2/21/2007 | 4.406500 | $29.98 | $132.12 |
| 2/21/2007 | 4.424200 | $29.98 | $132.65 |
| 2/21/2007 | 4.953500 | $29.98 | $148.52 |
| 2/21/2007 | 1.356800 | $29.98 | $40.68 |
| 2/21/2007 | 2.790600 | $29.98 | $83.67 |
| 2/21/2007 | 6.088100 | $29.98 | $182.54 |
| 2/21/2007 | 6.609800 | $29.98 | $198.18 |
| 2/21/2007 | 7.899900 | $29.98 | $236.86 |
| 2/21/2007 | 4.021600 | $29.98 | $120.58 |
| 2/21/2007 | 7.136400 | $29.98 | $213.97 |
| 2/21/2007 | 12.221700 | $29.98 | $366.44 |
| 2/21/2007 | 15.799400 | $29.98 | $473.71 |
| 2/21/2007 | 16.132900 | $29.98 | $483.71 |
| 2/21/2007 | 7.204800 | $29.98 | $216.02 |
| 2/21/2007 | 2.864300 | $29.98 | $85.88 |
| 2/21/2007 | 18.497200 | $29.98 | $554.60 |
| 2/21/2007 | 3.418600 | $29.98 | $102.50 |
| 3/28/2007 | 1,000.000000 | $29.15 | $29,153.00 |
| 4/13/2007 | 300.000000 | $27.74 | $8,322.36 |
| 5/16/2007 | 100.000000 | $26.07 | $2,607.00 |
| 5/16/2007 | 100.000000 | $26.07 | $2,607.00 |
| 5/16/2007 | 100.000000 | $26.05 | $2,605.00 |

#505645

Muni Mae

| Date | Quantity | Price | Amount |
|---|---|---|---|
| 5/16/2007 | 200.000000 | $26.07 | $5,214.00 |
| 5/16/2007 | 200.000000 | $26.05 | $5,210.00 |
| 5/16/2007 | 300.000000 | $26.06 | $7,819.20 |
| 5/16/2007 | 100.000000 | $26.03 | $2,603.00 |
| 5/16/2007 | 100.000000 | $26.01 | $2,601.00 |
| 5/16/2007 | 175.000000 | $26.02 | $4,553.50 |
| 5/24/2007 | 8.497800 | $27.58 | $234.40 |
| 5/24/2007 | 12.039400 | $27.58 | $332.09 |
| 5/24/2007 | 17.173700 | $27.58 | $473.71 |
| 5/24/2007 | 4.919200 | $27.58 | $135.69 |
| 5/24/2007 | 4.939200 | $27.58 | $136.24 |
| 5/24/2007 | 5.529800 | $27.58 | $152.53 |
| 5/24/2007 | 18.761200 | $27.58 | $517.50 |
| 5/24/2007 | 1.514700 | $27.58 | $41.78 |
| 5/24/2007 | 3.115300 | $27.58 | $85.93 |
| 5/24/2007 | 6.796500 | $27.58 | $187.47 |
| 5/24/2007 | 7.379100 | $27.58 | $203.54 |
| 5/24/2007 | 8.818700 | $27.58 | $243.25 |
| 5/24/2007 | 4.489300 | $27.58 | $123.83 |
| 5/24/2007 | 7.966700 | $27.58 | $219.75 |
| 5/24/2007 | 13.643700 | $27.58 | $376.34 |
| 5/24/2007 | 17.637700 | $27.58 | $486.51 |
| 5/24/2007 | 5.628400 | $27.58 | $155.25 |
| 5/24/2007 | 18.010000 | $27.58 | $496.78 |
| 5/24/2007 | 8.043200 | $27.58 | $221.86 |
| 5/24/2007 | 3.197600 | $27.58 | $88.20 |
| 5/24/2007 | 20.649300 | $27.58 | $569.58 |
| 5/24/2007 | 3.816400 | $27.58 | $105.27 |
| 7/12/2007 | 125.000000 | $24.64 | $3,079.38 |
| 8/2/2007 | 100.000000 | $21.38 | $2,138.00 |
| 8/2/2007 | 100.000000 | $21.38 | $2,138.00 |
| 8/2/2007 | 100.000000 | $21.38 | $2,138.00 |
| 8/2/2007 | 100.000000 | $21.39 | $2,139.00 |
| 8/2/2007 | 100.000000 | $21.39 | $2,139.00 |
| 8/2/2007 | 100.000000 | $21.40 | $2,140.00 |
| 8/2/2007 | 100.000000 | $21.40 | $2,140.00 |
| 8/2/2007 | 100.000000 | $21.40 | $2,140.00 |

#505645

Muni Mae

| Date | Quantity | Price | Amount |
|---|---|---|---|
| 8/2/2007 | 100.000000 | $21.41 | $2,141.00 |
| 8/2/2007 | 100.000000 | $21.48 | $2,148.00 |
| 8/2/2007 | 200.000000 | $21.39 | $4,278.00 |
| 8/2/2007 | 300.000000 | $21.38 | $6,414.00 |
| 8/2/2007 | 400.000000 | $21.30 | $8,520.00 |
| 8/2/2007 | 2,100.000000 | $21.44 | $45,028.20 |
| 8/2/2007 | 400.000000 | $21.52 | $8,608.00 |
| 8/2/2007 | 100.000000 | $21.37 | $2,137.00 |
| 8/2/2007 | 100.000000 | $21.51 | $2,151.00 |
| 8/2/2007 | 100.000000 | $21.52 | $2,152.00 |
| 8/2/2007 | 100.000000 | $21.52 | $2,152.00 |
| 8/2/2007 | 600.000000 | $21.53 | $12,918.00 |
| 8/21/2007 | 200.000000 | $23.22 | $4,644.00 |
| 8/23/2007 | 10.100300 | $23.87 | $241.11 |
| 8/23/2007 | 14.309500 | $23.87 | $341.59 |
| 8/23/2007 | 20.411800 | $23.87 | $487.26 |
| 8/23/2007 | 5.846700 | $23.87 | $139.57 |
| 8/23/2007 | 5.870200 | $23.87 | $140.13 |
| 8/23/2007 | 6.572300 | $23.87 | $156.89 |
| 8/23/2007 | 22.298500 | $23.87 | $532.30 |
| 8/23/2007 | 22.000000 | $24.25 | $533.50 |
| 8/23/2007 | 50.000000 | $24.18 | $1,209.00 |
| 8/23/2007 | 50.000000 | $24.24 | $1,212.00 |
| 8/23/2007 | 78.000000 | $24.22 | $1,889.16 |
| 8/23/2007 | 100.000000 | $24.16 | $2,416.00 |
| 8/23/2007 | 1.800100 | $23.87 | $42.97 |
| 8/23/2007 | 3.702700 | $23.87 | $88.39 |
| 8/23/2007 | 8.077800 | $23.87 | $192.83 |
| 8/23/2007 | 8.770300 | $23.87 | $209.36 |
| 8/23/2007 | 10.481500 | $23.87 | $250.21 |
| 8/23/2007 | 5.336100 | $23.87 | $127.38 |
| 8/23/2007 | 9.469000 | $23.87 | $226.04 |
| 8/23/2007 | 16.216000 | $23.87 | $387.10 |
| 8/23/2007 | 20.963500 | $23.87 | $500.43 |
| 8/23/2007 | 6.689600 | $23.87 | $159.69 |
| 8/23/2007 | 21.405800 | $23.87 | $510.99 |
| 8/23/2007 | 9.559900 | $23.87 | $228.21 |

Muni Mae

| Date | Shares | Price | Amount |
|---|---|---|---|
| 8/23/2007 | 3.800300 | $23.87 | $90.72 |
| 8/23/2007 | 24.543000 | $23.87 | $585.88 |
| 8/23/2007 | 4.535900 | $23.87 | $108.28 |
| 8/29/2007 | 100.000000 | $23.48 | $2,348.00 |
| 8/29/2007 | 220.000000 | $23.47 | $5,162.30 |
| 9/4/2007 | 400.000000 | $23.81 | $9,524.40 |
| 9/4/2007 | 300.000000 | $23.81 | $7,143.30 |
| 9/17/2007 | 1,000.000000 | $22.90 | $22,904.00 |
| 11/1/2007 | 300.000000 | $20.92 | $6,275.25 |
| 11/23/2007 | 14.171200 | $17.47 | $247.56 |
| 11/23/2007 | 32.098100 | $17.47 | $560.73 |
| 11/23/2007 | 28.639400 | $17.47 | $500.31 |
| 11/23/2007 | 14.214100 | $17.47 | $248.31 |
| 11/23/2007 | 8.236700 | $17.47 | $143.89 |
| 11/23/2007 | 9.221300 | $17.47 | $161.09 |
| 11/23/2007 | 31.286900 | $17.47 | $546.56 |
| 11/23/2007 | 2.525600 | $17.47 | $44.12 |
| 11/23/2007 | 5.194800 | $17.47 | $90.75 |
| 11/23/2007 | 11.334200 | $17.47 | $198.00 |
| 11/23/2007 | 12.305000 | $17.47 | $214.96 |
| 11/23/2007 | 14.706400 | $17.47 | $256.91 |
| 11/23/2007 | 7.486900 | $17.47 | $130.79 |
| 11/23/2007 | 13.285600 | $17.47 | $232.09 |
| 11/23/2007 | 22.752500 | $17.47 | $397.47 |
| 11/23/2007 | 29.413300 | $17.47 | $513.83 |
| 11/23/2007 | 9.386200 | $17.47 | $163.97 |
| 11/23/2007 | 30.033900 | $17.47 | $524.67 |
| 11/23/2007 | 13.413300 | $17.47 | $234.32 |
| 11/23/2007 | 5.332200 | $17.47 | $93.15 |
| 11/23/2007 | 34.435300 | $17.47 | $601.56 |
| 11/23/2007 | 6.364300 | $17.47 | $111.18 |
| 11/27/2007 | 1,600.000000 | $16.20 | $25,920.00 |
| 12/7/2007 | 1,310.000000 | $14.66 | $19,200.67 |
| 12/13/2007 | 275.000000 | $14.39 | $3,957.25 |
| 12/13/2007 | 100.000000 | $14.35 | $1,435.00 |
| 12/19/2007 | 27.000000 | $16.46 | $444.50 |
| 12/19/2007 | 100.000000 | $16.48 | $1,648.00 |

#505645

Muni Mae

| Date | Shares | Price | Value |
|---|---|---|---|
| 12/19/2007 | 173.000000 | $16.49 | $2,852.77 |
| 12/19/2007 | 100.000000 | $16.47 | $1,647.00 |
| 12/19/2007 | 100.000000 | $16.46 | $1,646.00 |
| 12/19/2007 | 100.000000 | $16.44 | $1,644.00 |
| 12/19/2007 | 300.000000 | $16.45 | $4,935.60 |
| 12/19/2007 | 218.000000 | $16.49 | $3,594.82 |
| 12/19/2007 | 82.000000 | $16.46 | $1,349.97 |
| 12/19/2007 | 322.000000 | $16.44 | $5,293.04 |
| 12/19/2007 | 100.000000 | $16.45 | $1,645.00 |
| 12/19/2007 | 100.000000 | $16.45 | $1,645.00 |
| 12/19/2007 | 100.000000 | $16.45 | $1,645.00 |
| 12/19/2007 | 38.000000 | $16.45 | $625.10 |
| 1/4/2008 | 160.000000 | $15.69 | $2,511.04 |
| 1/16/2008 | 1,400.000000 | $15.80 | $22,113.00 |
| 1/16/2008 | 160.000000 | $15.80 | $2,528.00 |
| 1/16/2008 | 100.000000 | $15.79 | $1,579.00 |
| 1/16/2008 | 100.000000 | $15.78 | $1,578.00 |
| 1/16/2008 | 100.000000 | $15.78 | $1,578.00 |
| 1/16/2008 | 100.000000 | $15.78 | $1,578.00 |
| 1/16/2008 | 40.000000 | $15.78 | $631.20 |
| | 62,019.308880 | | $1,490,337.16 |

$1,490,337.16

$763,522.80

*Shares sold after the class period have been valued at the higher price between the sales price and the average closing price from the end of the class period
to the sales date.

KT Investments
LLC

| Date | Shares | Price | Value |
|---|---|---|---|
| 10/26/2004 | 2,000 | $25.87 | $51,740.00 |
| 10/26/2004 | 2,173 | $25.89 | $56,258.97 |
| 10/26/2004 | 1,000 | $25.97 | $25,970.00 |
| 10/27/2004 | 1,000 | $25.98 | $25,980.00 |
| 10/27/2004 | 2,000 | $25.99 | $51,980.00 |
| 10/27/2004 | 3,000 | $25.99 | $77,970.00 |
| 11/8/2007 | 5,000 | $18.69 | 93,434.25 |
| 11/13/2007 | 4,000 | $18.21 | 72,845.25 |
| 11/21/2007 | 1,000 | $16.93 | 16,931.25 |
| 11/21/2007 | 1,000 | $16.51 | 16,505.25 |

#505645

**Muni Mae**

| Date | Shares | Price | Amount | | | | |
|---|---|---|---|---|---|---|---|
| 12/6/2007 | 3,000 | $15.06 | 45,185.25 | | | | |
| 12/31/2007 | 3,000 | $14.21 | 42,630.00 | | | | |
| 12/31/2007 | 2,000 | $14.54 | 29,083.25 | | | | |
| 12/31/2007 | 1,000 | $14.21 | 14,205.50 | | | | |
| 12/31/2007 | 1,000 | $14.22 | 14,219.00 | | | | |
| | 32,173 | | $634,937.97 | $634,937.97 | 32,173 | 6.56 | $211,054.88 | $423,883.09 |

**Kendall Investments LLC**

| Date | Shares | Price | Amount | | | | |
|---|---|---|---|---|---|---|---|
| 8/1/2007 | 3,000 | $18.60 | $55,800.00 | | | | |
| 8/1/2007 | 5,000 | $18.78 | $93,900.00 | | | | |
| 8/1/2007 | 10,000 | $18.42 | $184,200.00 | | | | |
| 11/20/2007 | 1,000 | $17.23 | $17,230.00 | | | | |
| 11/20/2007 | 500 | $17.22 | $8,610.00 | | | | |
| 11/26/2007 | 2,000 | $16.81 | $33,620.00 | | | | |
| 12/12/2007 | 2,000 | $14.13 | $28,260.00 | | | | |
| | 23,500 | | $421,620.00 | $421,620.00 | 23,500 | 6.56 | $154,160.00 | $267,460.00 |

**TOTAL LOSS:   $1,454,865.89**

#505645



# FIRM
# RESUME

# WOLF
# HALDENSTEIN
# ADLER FREEMAN
# & HERZ LLP

## Wolf Haldenstein Adler Freeman & Herz LLP

Founded in 1888, Wolf Haldenstein Adler Freeman & Herz LLP is a full service law firm with practice groups in corporate/tax, pension/benefits, real estate, trusts and estates, healthcare, bankruptcy, limited partnerships, and civil and commercial litigation, with a particular specialty in complex class and shareholder litigation under both federal and state law.

Wolf Haldenstein's total practice approach, supported by the Firm's mid-range size, distinguishes the Firm from other firms.  Our longstanding tradition of a close attorney/client relationship ensures that each one of our clients receives prompt, individual attention and does not become lost in an institutional bureaucracy.  Our team approach is at the very heart of Wolf Haldenstein's practice.  All of our lawyers are readily available to all of our clients and to each other.  The result of this approach is that we provide our clients with an efficient legal team having the broad perspective, expertise and experience required for any matter at hand.   We are thus able to provide our clients with cost effective and thorough counsel focused on our clients' overall goals.

The Firm has its principal office with lawyers in the various practice areas, at 270 Madison Avenue, New York, NY 10016.   The Firm's general telephone number in New York is (212) 545-4600.  The fax number in New York is (212) 545-4653.  The Firm also has offices at Symphony Towers, 750 B Street, Suite 2770, San Diego, CA 92101, telephone: (619) 239-4599, fax: (619) 234-4599; 55 W. Monroe Street, Suite 1111, Chicago, IL 60603, telephone: (312) 984-0000, fax: (312) 984-0001; and 625 N. Flagler Drive, West Palm Beach, Florida 33401.   The Firm's web site is accessible at http://www.whafh.com.

Wolf
Haldenstein
Adler Freeman
& Herz LLP

# The Firm

Wolf Haldenstein's Class Action Litigation Group has been recognized by courts throughout the country as being highly experienced in complex litigation, particularly with respect to securities, consumer, ERISA, and antitrust class actions and shareholder rights litigation. The Class Action Litigation Group consists of 30 attorneys and 10 paraprofessional assistants. Brief resumes of these attorneys begin on page 13.

Also included are the resumes of attorneys from other areas of the Firm's practice who routinely lend their expertise to the Firm's class action litigators in the areas of tax, bankruptcy, corporate, trusts, labor, and ERISA law. The ability to call upon the internal expertise of practitioners in such varied areas of the law greatly enhances the strength and efficiency of the Firm's representative litigation practice and, indeed, makes Wolf Haldenstein unique among national firms specializing in class action litigation.

The nature of the Firm's activities in representative litigation is extremely broad. In addition to a large case load of securities fraud and other investor class actions, Wolf Haldenstein has represented classes of corn farmers in connection with the devaluation of their crops; contact lens purchasers for contact lens manufacturers' violations of the antitrust laws; merchants compelled to accept certain types of debit cards; insurance policyholders for insurance companies' deceptive sales practices; victims of unlawful strip searches under the civil rights laws; and various cases involving violations of Internet users' on-line privacy rights.

The Firm's experience in class action securities litigation, in particular public shareholder rights under state law and securities fraud claims arising under the federal securities laws and regulations, including the Private Securities Litigation Reform Act of 1995 ("PSLRA"), is particularly extensive. The Firm was one of the lead or other primary counsel in securities class action cases that have recouped billions of dollars on behalf of investor classes, in stockholder rights class actions that have resulted in billions of dollars in increased merger consideration to shareholder classes, and in derivative litigation that has recovered billions of dollars for corporations.

3

Among its colleagues in the plaintiffs' securities bar, as well as among its adversaries in the defense bar, Wolf Haldenstein is known for the high ability of its attorneys, the exceptionally high quality of its written and oral advocacy on behalf of class action clients, and its pioneering efforts in difficult or unusual areas of securities or investor protection laws, including: groundbreaking claims that have been successfully brought under the Investment Company Act of 1940 regarding fiduciary responsibilities of investment companies and their advisors toward their shareholders; claims under ERISA involving fiduciary duties of ERISA trustees who are also insiders in possession of adverse information regarding their fund's primary stockholdings; the fiduciary duties of the directors of Delaware corporations in connection with change of control transactions; the early application of the fraud-on-the-market theory to claims against public accounting firms in connection with their audits of publicly traded corporations; and the application of federal securities class certification standards to state law claims often thought to be beyond the reach of class action treatment.

Wolf Haldenstein's performance in representative litigation has repeatedly received favorable judicial recognition.  The following representative judicial comments over two decades indicate the high regard in which the Firm is held:

- *In Re Dynamic Random Access Memory Antitrust Litigation*, MDL-02-1486 (N.D. Cal.), where the Firm was co-lead counsel, Judge Hamilton said (on August 15, 2007): "I think I can conclude on the basis with my five years with you all, watching this litigation progress and seeing it wind to a conclusion, that the results are exceptional.  The percentages, as you have outlined them, do put this [case] in one of the upper categories of results of this kind of [antitrust] class action.  I am aware of the complexity . . . I thought that you all did an exceptionally good job of bringing to me only those matters that really required the Court's attention.  You did an exceptionally good job at organizing and managing the case, assisting me in management of the case.  There was excellent coordination between all the various different plaintiffs' counsel with your group and the other groups that are part of this litigation. . . . So my conclusion is the case was well litigated by both sides, well managed as well by both sides."

- *In In re Comdisco Sec. Litig.,* No. 01 C 2110 (July 14, 2005), Judge Milton Shadur observed: "It has to be said . . . that the efforts that have been extended [by Wolf Haldenstein] on behalf of the plaintiff class in the face of these obstacles have been exemplary.  And in my view [Wolf Haldenstein] reflected the kind of professionalism that the critics of class actions . . . are

4



WOLF
HALDENSTEIN
ADLER FREEMAN
& HERZ LLP

never willing to recognize. . . . I really cannot speak too highly of the services rendered by class counsel in an extraordinary difficult situation."

- *In In re MicroStrategy Securities Litigation*, 150 F. Supp. 2d 896, 903 (E.D. Va. 2001), where the Firm was a co-lead counsel, Judge Ellis commented: "Clearly, the conduct of all counsel in this case and the result they have achieved for all of the parties confirms that they deserve the national recognition they enjoy."

- *In In Re Toys R Us Antitrust Litigation*, 98 MDL 1211 (NG) 191 F.R.D. 347, 351, 356 (E.D.N.Y. 2000),  where the Firm served as co-lead and liaison counsel, Judge Gershon wrote:  "Class counsel are highly skilled and experienced and can fairly and adequately represent the interests of the class . . . . Counsel for both the class plaintiffs and the States have well-earned the compensation that they request."

- *In Yud v. Saf T Lok,* No. 98-8507-Civ-Hurley (S.D. Fla. Dec. 15, 1999), where the Firm was sole lead counsel, the court stated:  "The attorneys have done an outstanding amount of work and fine legal work in a short period of time to bring this class action to resolution in a successful fashion."

- *In Kurzweil v. Philip Morris Companies,* 94 Civ. 2373, 94 Civ. 2546 (MBM) (S.D.N.Y. Nov. 13, 1998), where the Firm was sole lead counsel, then Chief Judge Mukasey, in approving a $116.5 million settlement stated: "In this case, this represents a lot of good, hard, serious work by a lot of talented lawyers and I appreciate it on both sides."

- *In Paramount Communications v. QVC Network Inc.*; In re Paramount Communications Inc. Shareholders' Litigation, 637 A.2d 34, 37 n.2 (Sup. Ct. Del. 1994), where the Firm was co-lead counsel for the Paramount shareholders, the Supreme Court of Delaware noted "its appreciation of  . . . the professionalism of counsel in this matter in handling this expedited litigation with the expertise and skill which characterize Delaware proceedings of this nature."  The Court further "commended the parties for their professionalism in conducting expedited discovery, assembling and organizing the record, and preparing and presenting very helpful briefs, a joint appendix, and oral argument."

- *In In re Laser Arms Corp. Securities Litigation,* 794 F. Supp. 475, 496 (S.D.N.Y. 1989), where the Firm was lead counsel, the Court stated "plaintiffs' counsel have demonstrated their experience in securities litigation and the Court is confident that counsel will proceed vigorously on behalf of all class and subclass members."

- *In In re Public Service Co. of  Indiana Derivative Litigation,* 125 F.R.D. 484, 486 (S.D. Ind. 1988), concerning the construction of the Marble Hill Nuclear Power Plant, where the Firm was lead counsel, the court said:

5


WOLF
HALDENSTEIN
ADLER FREEMAN
& HERZ LLP

"Throughout the life of this litigation, it has been both vigorously prosecuted and aggressively defended by thoroughly competent counsel on all sides."

- *In In re Public Service Co. of New Hampshire Derivative Litigation,* 84-220-D (D.N.H. 1986), involving the construction of the Seabrook Nuclear Power Plant, where the Firm was lead counsel, the court said of plaintiffs' counsel that "the skill required and employed was of the highest caliber."

- *In In re Warner Communications Securities Litigation,* 618 F. Supp. 735, 749 (S.D.N.Y. 1985), where the Firm served as co-lead counsel, the court noted the defendants' concession that "'plaintiffs' counsel constitute the cream of the plaintiffs' bar.'  The Court cannot find fault with that characterization."

- *In Steiner v. Equimark Corp.,* No. 81-1988 (W.D. Pa. 1983), a case involving complex issues concerning banking practices in which the Firm was lead counsel, then District Judge Mannsman described, in part, the work the Firm performed:

> We look at the complexity of the issue, the novelty of it, the quality of work that, as the trial judge, I am able to perceive, and then, finally, the amount of recovery obtained: I think I have certainly said a lot in that regard.  I think it's been an extraordinary case.   I think it's an extraordinary settlement. Certainly defense counsel and plaintiffs' counsel as well are all experienced counsel with a tremendous amount of experience in these particular kinds of cases.  And under those circumstances . . . I think it was, really, the strategy and ingenuity of counsel in dividing up the workload and strategizing the cases as to who was to do what and what ultimately should be done to bring about the settlement that was achieved.

### Current Cases

Wolf Haldenstein is a leader in the class action litigation field and is currently the court-appointed lead counsel, co-lead counsel, or executive committee member in some of the largest and most significant class action lawsuits currently pending across the United States, including:

6



- *In re Initial Public Offering Securities Litigation*, 21 MC 92 (SAS) (S.D.N.Y.).

- *J.P. Morgan Chase Securities Litigation, (Blau v. Harrison)*, Civ. No. 04 C 6592 (N.D. Ill.).

- *In re Collins & Aikman Corp. Sec. Litigation,* 06-cv-13555-AJT-VMM (E.D. Mich.).

- *Lewis v. CNL Restaurant Properties,* No. 05-00083-F (Tex. Dist. Ct.).

- *In re Adelphia Communications Corp. Securities and Derivative Litigation* ("Adelphia Business Actions"), 03-ML 1529, 03 CV 5755 (LMM) (S.D.N.Y.).

- *In re Iridium Securities Litigation,* C.A. No. 99-1002 (D.D.C.).

- *In re Transkaryotic Therapies, Inc., Securities Litigation*, C.A. No. 03-10165-RWZ (D. Mass.).

- *In re Loral Space & Communications Shareholders' Securities Litigation,* 03 Civ. 8262 (JES) (S.D.N.Y.

- *In re St. Paul Travelers Securities Litigation II,* Civ. No. 04-cv-4697 (JRT/FLN) (D. Minn.).

- *In re LNR Property Corp. Shareholder Litigation*, Consolidated C.A. No. 647-N (Del. Ch. Ct.).

- *In re Triad Hospitals, Inc. Shareholder Litigation*, Case No. 296-00435-07 (Tex. 296th Dist. Ct.).

- *Station Casinos Shareholder Litigation,* Master Case No. A 532367.

- *Swift Transportation Company Shareholder Litigation,* Case No. A519396 (Nev.).

- *In re Harrah's Entertainment Inc. Shareholder Litigation,* Consolidated Class Action No. 2453-N (Del. Ch.).

- *In re TXU Shareholder Litigation,* Consolidated Case No. 07-01707 (Tex. 44th Dist. Ct.).

- *In re EGL, Inc. Shareholder Litigation,* Cause No. 2007-00139 (Tex. 125th Dist. Ct.).



WOLF
HALDENSTEIN
ADLER FREEMAN
& HERZ LLP

- *Clear Channel Shareholder Litigation,* Cause No. 2006-CI-17492 (Tex. 408th Dist. Ct.)

- *In re Tyson Foods, Inc. Consolidated Shareholder Litigation*, Consolidated C.A. No. 1106-N (Del. Ch. Ct.).

- *In re American Pharmaceutical Partners, Inc. Shareholder Litigation,* Consolidated C.A. No. 1823-N (Del. Ch. Ct.).

- *In re Tower Automotive ERISA Litigation*, No. 05 CV 2184 (LLS) (S.D.N.Y.).

- *MBNA Corp. ERISA Litigation,* C.A. No. 05-429 GMN (D. Del.).

- *In re Aon ERISA Litigation,* No. 04 C 6875 (N.D. Ill.).

- *In re Aquila, Inc.,* (ERISA Litigation), 04-865 (W.D. Mo.).

- *Spiziri v. The St. Paul Travelers Companies, Inc*. (ERISA Litigation), Civ. No. 04-5096 JRT/FLN (D. Minn.).

- *In re Harley Davidson, Inc. ERISA Litigation,* Case No. 05-C-00547-CNC (E.D. Wisc).

- *In re Guidant Corp. ERISA Litigation,* 1:05-cv-1009-LJM-TAB (S.D. Ind.)

- *Harris v. Amgen, Inc., et al.,* Case No. CV 07-5442- PSG (C.D. Cal.) (ERISA Action).

- *Schoenbaum v. E.I. DuPont de Nemours and Company, et al.,* Case No. 4:05-cv-01108 ERW (E.D. Mo.) (consolidated antitrust cases concerning genetically modified corn and soybean seeds).

- *In re Genetically Modified Rice Litigation,* MDL 1811 (E.D. Mo.).

- *In re Sulfuric Acid Antitrust Litigation,* Master File No. 03 C 4576 (N.D. Ill.).

- *In re McDonough, et al. v. Toys "R" Us, Inc., et al.,* No 2:06 CV 00242-AB (E.D. Pa.).

- *In re Copper Tubing Antitrust Litigation,* No. 04-2771-DV.

- *In re ACR Copper Tubing Antitrust Litigation,* No. 06-2207-DP (W.D. Tenn.).

- *In re Evanston Northwestern Healthcare Corp. (ENH) Antitrust Litigation,* No. 07-4446-JHL (N.D. Ill.).

8



WOLF
HALDENSTEIN
ADLER FREEMAN
& HERZ LLP

Beginning on page 25 is a representative listing of cases in which the Firm has been lead or one of the plaintiffs' primary counsel and the results achieved in those cases. In addition, a representative list of published decisions in cases in which Wolf Haldenstein has played a lead or other significant role begins on page 29.

## Derivative Cases

Wolf Haldenstein is a leader in the derivative litigation field and is currently leading counsel in some of the most significant derivative actions pending in the United States, including:

- *In re Mutual Fund Investment Litigation,* MDL No. 1586 (D. Md.).

- *Levin v. Kozlowski, (Tyco Derivative Litigation)*, No. 602113/2002 (N.Y. Sup. Ct.).

- *AIG, Inc. Consolidated Derivative Litigation,* C.A. No. 769-N (Del. Chanc.).

- *In re R&G Financial Corp. Derivative Litigation*, 1:05-CV-5547 (S.D.N.Y.).

- *In re Cablevision Systems Corp. Shareholder Derivative Litigation*, Master File No. 06-CV-4130-DGT-AKT.

- *General Motors Derivative Litigation*, MDL Docket No. 1749 (E.D. Mich.).

- *In re Applied Micro Circuits Corp., Inc. Derivative Litigation*, Lead Case No. CV 06-04269 JW (N.D. Cal.).

- *In re Atmel Corp. Derivative Litigation*, Master File No. 06-4592 JF (HRL) (N.D. Cal.).

- *In re Monster Worldwide, Inc. Stock Option Derivative Litigation,* Master File No. 06cv4622 (S.D.N.Y.).

- *In re Novellus Systems, Inc. Derivative Litigation,* Master File No.  C 06-03514 RMW (N.D. Cal.).

- *In re Verisign, Inc. Derivative Litigation,* Master File No. C-06-4165-PJH (N.D. Cal.).

- *In re Western Digital Corp. Derivative Litigation*, Master File No. SACV 06-729-AG (RNBx) (C.D. Cal.).



WOLF
HALDENSTEIN
ADLER FREEMAN
& HERZ LLP

- *Teitelbaum v. Cohen*, No. 2833-VCS (Del. Ch.) (*L-3 Communications Holdings, Inc. Derivative action*).

## OVERTIME AND COMPENSATION CLASS ACTIONS

Wolf Haldenstein is a leader in the field of class action litigation on behalf of employees who have not been paid overtime or other compensation they are entitled to receive, or have had improper deductions taken from their compensation. These claims for violations of the federal Fair Labor Standards Act and state labor laws, allege improper failure to pay overtime and other wages, and improper deductions from compensation for various company expenses. Wolf Haldenstein is currently lead or co-lead counsel, or other similar lead role, in some of the most significant overtime class actions pending in the United States, including those listed below:

- *Lavoice v. Citigroup Global Markets, Inc.*, 06-0756 (S.D.N.Y.)

- *Basile v. A.G. Edwards, Inc.*, 06-cv-0833 (N.D.N.Y)

- *Rosenthal v. A.G. Edwards & Sons, Inc.*, 06-3995 (D.N.J.)

- *Palumbo v. Merrill Lynch*, 06-2104 (E.D.N.Y.)

- *Garrison v. Merrill Lynch*, 06-3553 (D.N.J.)

- *Roles v. Morgan Stanley*, 05-7889 (E.D.N.Y.)

- *Lenihan v. Morgan Stanley*, 06-00794 (D. Conn.)

- *Klein v. Ryan Beck*, 06-03460 (S.D.N.Y.)

- *Badain v. Wachovia*, 06-06321 (W.D.N.Y.)

- *Garcia v. Lowe's Home Centers, Inc.*, Case No. GIC 841120 (S.D. Supr.)

- *Weinstein v. MetLife, Inc.*, 06-cv-04444-SI (N.D. Cal.)

## BIOTECHNOLOGY AND AGRICULTURAL LITIGATION

Wolf Haldenstein is a leader in biotechnology and agricultural litigation. The firm has represented U.S. row crop farmers and others harmed by crop supply contamination, price fixing of genetically-modified crop seeds, and false claims and representations relating to purportedly "organic" products. The firm has prosecuted actions in these fields against domestic and international biotechnology and crop science companies under the federal

10



WOLF
HALDENSTEIN
ADLER FREEMAN
& HERZ LLP

and state antitrust laws, consumer protection and deceptive trade practice statues, and the common law.  As a leader in this field, Wolf Haldenstein pioneered approaches now commonly used in these types of cases, including the use of futures-based efficient market analyses to fashion damages models relating to the underlying commodity crops.  The firm has served or is currently serving as lead or co-lead counsel in some of the most significant biotechnology and agricultural class actions pending in the United States, including:

*In re StarLink Corn Products Liability Litigation*, MDL No. 1403 (N.D. Illinois) – class action that recovered $110 million for U.S. corn farmers who sustained market losses arising from defendants' contamination of the U.S. food corn supply with an improperly bioengineered corn seed product.

*Schoenbaum v. E.I. DuPont de Nemours and Company, et al.*, Case No. 4:05-cv-01108 ERW (E.D. Mo.) – Consolidated antitrust cases concerning genetically modified corn and soybean seeds.

*In Re Genetically Modified Rice Litigation*, MDL 1811 (E.D. Mo.) – Consolidated class actions  representing the interests of United States long-grain rice producers seeking to recover damages they sustained resulting from the contamination of the U.S. rice supply with unapproved, genetically-modified rice seed traits developed and tested by Bayer CropScience LP and related entities.  The website the firm maintains on the case is www.bayerricelitigation.com.

For more information about our efforts in these fields, please contact Wolf Haldenstein partner Adam Levitt at (312) 984-0000.

## PRIVATE ACTIONS FOR INSTITUTIONAL INVESTORS

In addition to its vast class action practice, the Firm also regularly represents institutional clients such as public funds, investment funds, limited partnerships, and qualified institutional buyers.  The Firm has represented institutional clients in non-class federal and state actions concerning a variety of matters, including private placements, disputes with investment advisors, and disputes with corporate management.  Examples of such cases include:



WOLF
HALDENSTEIN
ADLER FREEMAN
& HERZ LLP

- *Steed Finance LDC v. Laser Advisers, Inc.,* 99 Civ. 4222 (PKC)(S.D.N.Y.), a fraud, negligence, breach of contract and breach of fiduciary duty action brought by a hub fund, a related feeder fund and individual investors in the feeder fund against the funds' former investment advisors for mispricing certain securities and derivative instruments in the funds' fixed-income securities portfolio.

- *Diversified Asset Securitization Holdings I, L.P. v. Enterprise Mortgage Acceptance Co, LLC, et al.,* 02 Civ. 10228 (SWK) (S.D.N.Y.), a federal and state securities fraud action brought by limited partnerships that pooled the investments of various insurance companies against the issuer and management and controlling shareholder of the issuer, concerning misrepresentations made in connection with a private placement of certificates representing interests in a securitized pool of loans made to franchise operations of car care businesses, gas stations, convenience stores and quick service restaurants.

- *Gramercy Park Investments v. Airfund International,* No. 97-22734B (Mass.Super. Ct.); *Gramercy Park Investments v. The Krupp Realty Fund,* No. 97-1612 (Mass.Super.Ct.); *Geodyne Resources v. Gramercy Park Investments,* No. CJ-96-05548 (Dist.Ct.Okla.); *Gramercy Park Investments v. Wells Real Estate Fund,* No. 97-A-0241-3 (Ga.Super.Ct.); *Gramercy Park Investments v. Swift Energy,* No. 96-61729 (Dist.Ct.Tex.); and *Lexington Family Investments v. Dean Witter,* No. 15217-96 (N.Y.Sup.Ct.); actions brought on behalf of institutional investors in state courts throughout the nation demanding inspection of investor lists and other corporate and partnership information.

- *Madison Partnership Liquidity Investors v. American Cable TV Investors,* 97 Civ. 4950 (JSM) (S.D.N.Y.); and *Madison Partnership Liquidity Investors v. PLM Equipment Growth Fund,* 98 Civ. 4057 (JSM)(S.D.N.Y.); actions brought on behalf of institutional investors against fund management for improper defensive actions taken in response to investors' acquisitions of large positions in funds.

The Firm has also acted as special counsel to investors' committees in efforts to assert the investors' interests without resort to litigation. For example, the Firm served as Counsel to the Courtyard by Marriott Limited Partners Committee for several years in its dealings with Host Marriott Corporation, and as Special Counsel to the Windsor Park Properties 7 and 8 limited partners to insure the fairness of their liquidation transactions.



WOLF
HALDENSTEIN
ADLER FREEMAN
& HERZ LLP

## THE CLASS ACTION LITIGATION GROUP

The qualifications of the attorneys in the Wolf Haldenstein Litigation Group are set forth below and are followed by descriptions of some of the Firm's attorneys who normally practice outside the Litigation Group who contribute significantly to the class action practice from time to time.

## PARTNERS

**DANIEL W. KRASNER**: *admitted*: New York; Supreme Court of the United States; U.S. Courts of Appeals for the Second, Third, Fourth, Sixth, Eighth, Ninth, Tenth and Eleventh Circuits; U.S. District Courts for the Southern and Eastern Districts of New York, Central District of Illinois, and Northern District of Michigan. *Education*: Yeshiva College (B.A. 1962); Yale Law School (LL.B., 1965). Lecturer: Practicing Law Institute; Rutgers Graduate School of Business. Member: the Association of the Bar of the City of New York; Rockland County, New York State and American Bar Associations; Federal Bar Council. Mr. Krasner has lectured frequently before bar groups and has educated groups on securities laws and investors rights. His qualifications have received favorable judicial recognition on many occasions. *See, e.g., Shapiro v. Consolidated Edison Co.*, [1978 Transfer Binder] Fed. Sec. L. Rep. (CCH) & 96,364 at 93,252 (S.D.N.Y. 1978) ("in the Court's opinion the reputation, skill and expertise of . . . [Mr.] Krasner, considerably enhanced the probability of obtaining as large a cash settlement as was obtained"); *Steiner v. BOC Financial Corp.*, [1980 Transfer Binder] Fed. Sec. L. Rep. (CCH) & 97,656, at 98,491.4, (S.D.N.Y. 1980) ("This Court has previously recognized the high quality of work of plaintiffs' lead counsel, Mr. Krasner"). *The New York Law Journal*, August 1, 1983, at p. 5 (referring to Mr. Krasner as one of the "top rank plaintiffs' counsel" in the securities and class action fields.).

**FRED TAYLOR ISQUITH**: *admitted*: New York; District of Columbia; Supreme Court of the United States; U.S. Courts of Appeals for the First, Second, Third, Fourth and Eighth Circuits; U.S. District Courts for the Southern, Eastern and Northern Districts of New York, District of Arizona, District of Colorado, Central District of Illinois, Western District of Michigan and District of Nebraska. *Education*: Brooklyn College of the City University of New York (B.A., 1968); Columbia University (J.D., 1971).

WOLF
HALDENSTEIN
ADLER FREEMAN
& HERZ LLP

Author, "Post Arbitration Remedies," for an Introduction to Securities Arbitration (NYSBA, 1994); "A Plaintiff's Lawyer Examines Limited Partnership Roll-ups for Real Estate Exit Strategies" (American Conference Institute, 1994); Federal Civil Practice Supplement, "Representative Actions," (NYSBA, 2000). Columnist for weekly column "From the Courts," for *The Class Act*, National Association of Securities and Class Action Attorneys. Lecturer, IPO Tie In/Claims Seminar, Professional Liability Underwriter Society; Securities Arbitration New York State Bar Association; Real Estate Exit Strategies, American Conference Institute; Fundamental Strategies in Securities Litigation (NYSBA, CLE Program). He is an arbitrator with the American Arbitration Association and with the Civil Court of the City of New York and a mediator for the ADR Program of the Supreme Court, County of New York, Complex Litigation Panel. Member: The Association of the Bar of the City of New York (Committee on Federal Courts); New York County Lawyers' Association (Former Chair: Business Tort/Consumer Fraud-Tort Law Section); Brooklyn (Member: Committee on Civil Practice Law and Rules, 1983-; Committees on Legislation and Federal Courts, 1984-), New York State (Member: Committee on Legislation, Trial Lawyers Section, 1981- ); Committee on Securities, Commercial and Federal Litigation Section, 1989- ), and American (Member: Sections on: Litigation; International Law; Individual Rights and Responsibilities) Bar Associations; the District of Columbia Bar; and Legislation and Civil Practice Law and Rules Committee of the Brooklyn Bar Association. Mr. Isquith has been Chairman of the Business Tort/Consumer Fraud Committee of the Tort Law Section of the New York State Bar Association and is a member of that association's Committees on Securities Law and Legislation. He has served as a judge for the Moot Court Competition of Columbia University Law School and Fordham University's National Competition. Mr. Isquith served as President of the National Association of Securities and Commercial Law Attorneys in 2003 and 2004. The April 1987 issue of *Venture* magazine listed Mr. Isquith as among the nation's top securities class action attorneys.

**JEFFREY G. SMITH**: *admitted:* New York; California; Supreme Court of the United States; U.S. Courts of Appeals for the Second, Third, Fourth, Fifth, Sixth, Eighth and Ninth Circuits; U.S. Tax Court; U.S. District Courts for the Southern and Eastern Districts of New York, Southern and Central Districts of California and the Districts of Colorado and Nebraska. *Education*: Vassar College (A.B., *cum laude generali*, 1974); Woodrow Wilson School of Public and International Affairs, Princeton University (M.P.A., 1977); Yale Law School (J.D., 1978). At Yale Law School, Mr. Smith was a teaching

14


WOLF
HALDENSTEIN
ADLER FREEMAN
& HERZ LLP

assistant for the Trial Practice course and a student supervisor in the Legal Services Organization, a clinical program.  Member: The Association of the Bar of the City of New York; New York State and American (Section on Litigation) Bar Associations; State Bar of California (Member: Litigation Section).  Mr. Smith has frequently lectured on corporate governance issues to professional groups of Fund trustees and investment advisors as well as to graduate and undergraduate business student groups, and regularly serves as a moot court judge for the A.B.A. and at New York University Law School.  Mr. Smith has substantial experience in complex civil litigation, including class and derivative actions, tender offer, merger, and takeover litigation.

**FRANCIS M. GREGOREK**:  *admitted*:  New York; California; U.S. Courts of Appeals for the District of Columbia and Ninth Circuit; U.S. District Courts for the Eastern and Southern Districts of New York, and Central, Southern and Northern Districts of California; *Education*: University of Virginia (B.A., with high distinction, 1975); New York University (J.D., 1978); Durham University, Durham, England. Phi Beta Kappa; Phi Alpha Theta. Member: State Bar of California; American Bar Association.

**MARY JANE FAIT**:  *admitted*:  New York; Illinois; U.S. District Courts for the Southern and Eastern Districts of New York, and Northern District of Illinois; U.S. Court of Appeals for the Seventh Circuit.  *Education*: St. John's College and University of Illinois (B.A., Economics, 1976); Cornell Law School (J.D., 1979). Member: Chicago Bar Association; Illinois Bar Association; Antitrust Division of the American Bar Association.

**PETER C. HARRAR**:  *admitted*:  New York; U.S. District Courts for the Southern, Eastern and Northern Districts of New York.  *Education*: Princeton University (A.B., with high honors, 1980); Columbia University (J.D., 1984). Phi Beta Kappa.  Mr. Harrar has extensive experience in complex securities and commercial litigation on behalf of individual and institutional clients.

**LAWRENCE P. KOLKER**:  *admitted*:  New York; U.S. Courts of Appeals for the Second and Eleventh Circuits; U.S. District Courts for the Southern and Eastern Districts of New York, Western District of Michigan and the District of Colorado.  *Education*:  State University of New York at Binghamton (B.A., 1978); Brooklyn Law School (J.D., 1983). Editor, *Brooklyn Law Review*, 1982-1983.  Panelist, Early Neutral Evaluator for the Eastern District of New

WOLF
HALDENSTEIN
ADLER FREEMAN
& HERZ LLP

York, 1992-1997. Lecturer, Brooklyn Law School, 1989. Assistant Corporation Counsel, City of New York, 1983-1987. Member: The Association of the Bar of the City of New York; New York State Bar Association.   Mr. Kolker has spoken at numerous conferences of the Investment Program Association and the Strategic Research Institute concerning limited partnership tender offers and litigation strategies, and has published articles entitled "Litigation Strategies for Limited Partnership Tender Offers" (February 1996) and "Limited Partnership Five Percent Tender Offers" (October 1997) in Standard & Poor's *Review of Securities and Commodities Regulation*.   Mr. Kolker has acted as lead counsel in numerous class and derivative actions asserting the rights of investors since joining Wolf Haldenstein in 1989.   Mr. Kolker also counsels investment management firms in transactional and securities matters and represents them in corporate and business litigation.

**MARK C. RIFKIN:   *admitted*:**   New York; Pennsylvania; New Jersey; U.S. Supreme Court; U.S. Courts of Appeals for the Second, Third, Fifth, and D.C. Circuits; U.S. District Courts for the Southern and Eastern Districts of New York, the Eastern and Western Districts of Pennsylvania, the District of New Jersey, the Eastern District of Wisconsin and the Western District of Michigan. ***Education*:**   Princeton University (A.B., 1982); Villanova University School of Law (J.D. 1985).   Contributor, PACKEL & POULIN, *Pennsylvania Evidence* (1987).   Mr.   Rifkin has extensive experience in complex class and derivative actions in securities, ERISA, antitrust, intellectual property, and consumer protection litigation.   Mr. Rifkin has extensive trial experience in class and derivative actions, including *In re National Media Corp. Derivative Litig*., C.A. 90-7574 (E.D.Pa.), *Upp v. Mellon Bank, N.A.*, C.A. No. 91-5229 (E.D.Pa.), where the verdict awarded more than $60 million in damages to the Class (later reversed on appeal, 997 F.2d 1039 (3d Cir. 1993)), and *In re AST Research Securities Litigation*, No. 94-1370 SVW (C.D. Cal.), as well as a number of commercial matters for individual clients.   Mr. Rifkin has lectured before diverse business and professional organizations in the areas of securities and complex litigation and corporate governance, serves as a moot court judge for the A.B.A. and at New York University Law School, and is a frequent guest lecturer to graduate and undergraduate economics and finance students on corporate governance topics.

**MICHAEL JAFFE**: ***admitted*:**   California; New York; U.S. District Courts for the Southern and Eastern Districts of New York. ***Education*:**   University of

16


WOLF
HALDENSTEIN
ADLER FREEMAN
& HERZ LLP

California at Berkeley (B.S., with highest distinction, 1982); Hastings College of the Law, University of California (J.D., 1987). Judicial Extern to the Honorable Thelton E. Henderson, Northern District of California, 1986-1987. Member: The Association of the Bar of the City of New York. Languages: French.

**BETSY C. MANIFOLD**: *admitted*: Wisconsin; New York; California; U.S. District Courts for the Western District of Wisconsin, Eastern and Southern Districts of New York, and Northern, Central and Southern Districts of California. *Education*: Elmira College; Middlebury College (B.A., *cum laude*, 1980); Marquette University (J.D., 1986); New York University. Thomas More Scholar. Recipient, American Jurisprudence Award in Agency. Member: The Association of the Bar of the City of New York. Languages: French.

**GREGORY M. NESPOLE**: *admitted*: New York; U.S. District Courts for the Southern and Eastern Districts of New York. *Education*: Bates College (B.A., 1989); Brooklyn Law School (J.D., 1993). Member: The Association of the Bar of the City of New York; New York State Bar Association. Mr. Nespole's experience includes complex civil and criminal litigation.

**DAVID L. WALES**: *admitted*: New York; District of Columbia; United States Court of Appeals for the Second and Fourth Circuits, the United States District Courts for the Southern, Eastern and Western Districts of New York, and the District of Columbia. *Education*: State University of New York, Albany (B.A., *magna cum laude*, 1984); Georgetown University Law Center, (J.D., *cum laude*, 1987); Notes and Comments Editor, *Georgetown Journal of Law and Technology*. Mr. Wales is a member of the Federal Bar Council and the Federal Courts Committee of the New York County Lawyers Association, and is AV rated by Martindale Hubbell. Mr. Wales is an experienced trial and appellate attorney who specializes in handling complex securities and class action litigation. Mr. Wales was an Assistant United States Attorney for the Southern District of New York (1992-1998), where he specialized in investigating and prosecuting fraud and white collar criminal cases. Mr. Wales has personally tried more than 15 federal jury trials, and his recent trials include: (i) a jury verdict in May 2005 for more than $11 million, including $1 million in punitive damages, in a derivative action against the general partner of a hedge fund; and (ii) a multi-million dollar settlement with an accounting firm reached during trial of a class action in April 2003. Mr. Wales has been lead or co-lead counsel

17

WOLF
HALDENSTEIN
ADLER FREEMAN
& HERZ LLP

in numerous securities class actions and derivative actions, including; *In re Sepracor Corp. Securities Litigation*, C.A. No. 02-12338 (D. Mass.) ($52,500,000 recovery in securities fraud class action); *In re Luxottica Group S.p.A. Securities Litigation*, CV-01-3285 (E.D.N.Y.) ($18,250,000 recovery in a Williams Act case); *In re Marque Partners L.P. Derivative Action*, No. 01-604724 (Sup. Ct., N.Y. Co.) ($11,000,000 jury verdict in a derivative action); *In re Jennifer Convertibles Securities Litigation*, CV-94-5570 (E.D.N.Y.) ($9,550,000 recovery, part of the recovery obtained in the middle of trial); and *In re Curative Health Services Securities Litigation*, CV-99-2074 (E.D.N.Y.) ($10,500,000 recovery in a securities fraud action).

**DEMET BASAR**:  *admitted*:  New York; New Jersey; U.S. District Court for the District of New Jersey, Southern District of New York, and Eastern District of Wisconsin.  *Education*: Fairleigh Dickinson University (B.A., *summa cum laude*, 1984), Phi Omega Epsilon; Rutgers University School of Law (J.D., 1990). Recipient, West's Scholarship Award, Senior Notes and Comments Editor, *Rutgers Law Review*.  Member: The Association of the Bar of the City of New York.  Languages: Turkish.

**ADAM J. LEVITT**:  *admitted:*  Illinois; Supreme Court of the United States; U.S. Courts of Appeals for the First and Seventh Circuits; U.S. District Courts for the Northern and Southern Districts of Illinois, Northern District of Indiana, District of Nebraska, District of Colorado, and the Northern and Eastern Districts of Texas.  *Education*: Columbia College, Columbia University (A.B., *magna cum laude*, 1990); Northwestern University School of Law (J.D., 1993).  *Member:* American Law Institute (Members Consultative Groups:  Principles of the Law of Aggregate Litigation, the Restatement of the Law (Third) Restitution and Unjust Enrichment, and the Restatement of the Law (Third) Torts: Liability for Economic Loss); Seventh Circuit Contributing Editor, *Class Actions & Derivative Suits* (ABA); Consulting Participant:  "Calculation of Securities Litigation Damages" (National Association of Public Pension Attorneys, Securities Litigation Damages Calculation Taskforce).  *Publications:* Foreign Investors Serving as Lead Plaintiffs in U.S.-Based Securities Cases, International Practice Section Newsletter (Association of Trial Lawyers of America, Washington, D.C.), Winter 2004 and Spring 2005.; Proposed Rule 225: A Death Warrant for Class Actions in Illinois, 93 Illinois Bar Journal 202 (2005); The Big Business Wish List: Proposed Illinois Supreme Court Rule 225 and the Demolition of Consumer Rights, The Class Act (The Newsletter of the National Association of Securities and Consumer Law Attorneys), February 25, 2005;

18

and An Illinois Lawyer's Guide to Service of Process in Mexico, 82 Illinois Bar Journal 434 (1994). Mr. Levitt has also testified before the Illinois Supreme Court Rules Committee on class action practice and related issues. Mr. Levitt regularly serves as a moot court judge in the Julius H. Miner Moot Court Competition, Northwestern University School of Law. In recognition of his achievements to date, Mr. Levitt was named one of the "40 Illinois Attorneys Under 40 Years Old to Watch" by the *Chicago Daily Law Bulletin* and the *Chicago Lawyer*. He is rated "AV" by Martindale-Hubbell.

Substantially all of Mr. Levitt's practice is focused on complex commercial litigation and class action practice on both the trial and appellate court levels, in federal and state courts nationwide, in the areas of securities, consumer protection, technology, and agricultural law. Since 1993, Mr. Levitt has served as lead counsel, co-lead counsel, or in other leadership positions in numerous class and other complex litigations throughout the United States, including *In re StarLink Corn Products Liability Litigation*, MDL No. 1403 (N.D. Illinois) (recovered $110 million for U.S. corn farmers who sustained market losses arising from defendants' contamination of the U.S. food corn supply with an improperly bioengineered corn seed product); *Court Reporting Services, et al. v. Compaq Computer Corporation*, C.A. No. 02 CV 044 (E.D. Texas) (obtained full recovery, valued at not less than $35 million, on behalf of Compaq Presario purchasers with improperly partitioned hard disk drives); and various Internet privacy cases, including *Supnick v. Amazon.com*, Inc. (W.D. Wash.) and *In re DoubleClick, Inc. Privacy Litigation* (S.D.N.Y.).

Mr. Levitt is currently co-lead counsel in a series of thirteen class action lawsuits against the Monsanto Company, Pioneer Hi-Bred International, and E.I. DuPont de Nemours and Company, predicated upon those companies' alleged improper conduct arising from their sale of genetically-engineered soybean and corn seeds or traits; is Class Counsel in *In re Aon ERISA Litigation* (ERISA class action lawsuit on behalf of all participants and beneficiaries of Aon's 401(k) savings plan against Aon and certain of its officers and directors, alleging that during the class period, defendants, as fiduciaries of the Plan, each violated ERISA by breaching their duties owed to plaintiffs and the other participants and beneficiaries of the Plan in connection with the Plan's holding of Aon stock); and was recently appointed Designated Co-Lead and Co-Interim Class Counsel in *In Re Genetically Modified Rice Litigation*, MDL 1811 (E.D. Mo.), in which he is

WOLF
HALDENSTEIN
ADLER FREEMAN
& HERZ LLP

representing the interests of United States long-grain rice producers seeking to recover damages they sustained resulting from the contamination of the U.S. rice supply with unapproved, genetically-modified rice seed traits developed and tested by Bayer CropScience LP and related entities. Mr. Levitt is also actively involved in the *In re Initial Public Offering Sec. Litig.*, Master File No. 21 MC 92 (SAS) (S.D.N.Y.) (consolidated action against 309 issuers and 55 underwriters alleging manipulation, misrepresentations, and omissions relating to the market for various high-tech initial public offerings), and also recently served as lead counsel in *In re Comdisco Securities Litigation* (securities class action lawsuit against former Comdisco executives relating to Comdisco's misrepresentations and omissions with respect to its Prism division).  Mr. Levitt also provides, or has provided legal services to various private companies involving complex litigation and general corporate matters.



THOMAS H. BURT:  *admitted*:   New York; U.S. District Courts for the Southern and Eastern Districts of New York.   *Education*: American University (B.A., 1993); New York University (J.D., 1997).  Articles Editor with New York University Review of Law and Social Change.

## OF COUNSEL

ROBERT ABRAMS:  *admitted*:  New York; U.S. Court of Appeals for the Third Circuit; U.S. District Courts for the Southern and Eastern Districts of New York, Eastern District of Missouri, District of Maryland, and District of Delaware.  *Education:* Haverford College (B.A., 1961); Columbia University (Ph.D., 1966), Brooklyn Law School (J.D., 1992).  Woodrow Wilson Fellow; International Business Law Fellow.  Adjunct Professor, Mediation Clinic, Brooklyn Law School, 1983-1984. Mr. Abrams was formerly a Professor of Political Science at Brooklyn College and the Graduate Center of the City University of New York.  Member: New York State Bar Association.  Mr. Abrams is the author of books on the theory of collective choice (Columbia University Press) and voting theory (Sage), as well as articles on Soviet politics, game theory and bargaining and negotiations.   He has focused his practice on complex securities, ERISA, and consumer actions.

ROBERT B. WEINTRAUB:  *admitted*:  New York; Supreme Court of the United States; U.S. Court of Appeals for the Federal and Second Circuits; District of Columbia; U.S. District Courts for the Southern and Eastern

WOLF
HALDENSTEIN
ADLER FREEMAN
& HERZ LLP

Districts of New York.  **Education**: Syracuse University (B.A., *cum laude*, 1972); Georgetown University Law Center (J.D., 1977). Member: 1975-1977, Articles Editor and Member: Executive Board, 1976-1977, Law and Policy in International Business, *Georgetown International Law Journal*. Assistant Editor, Competition Working Group, "The OECD Guidelines for Multinational Enterprises: A Business Appraisal," 1977.  Author, "Law Backs Women Warriors," *National Law Journal*, June 7, 1993. Co-contributor: Chapter 7, "The Celler-Kefauver Act of 1950," 4 *Legislative History of the Federal Antitrust Laws and Related Statutes*, edited by E. Kintner, Chelsea House Publishers, 1980.  Mediator, U.S. District Court, Southern District of New York.  Member: The Association of the Bar of the City of New York (Member: Committee on Securities Regulation; Council on International Affairs; Chair, 1991-1994 and Member: 1987-1990, Committee on Military Affairs and Justice; International Arms Control and Security Affairs, 1990-1991); and American Bar Association. He has counseled corporations on contract negotiation and antitrust matters, and provided antitrust advice on mergers to the arbitrage department of a major brokerage house.  He has served as an arbitrator for the NYSE, the NASD and the Municipal Securities Rulemaking Board and as a mediator for the federal District Court in New York.  Mr. Weintraub also previously served as Senior Vice President and General Counsel of a broker-dealer investment bank which is a member of the NYSE, the NASD and other principal exchanges.  Mr. Weintraub has particular experience in litigation involving investment firms and broker-dealers.

### ASSOCIATES

**THEODORE B. BELL:** *admitted:* Michigan; Illinois; 7th Circuit Court of Appeals; United States District Courts for the Northern, Central and Southern Districts of Illinois.  **Education:** University of Michigan (B.A., 1988); University of Detroit Mercy School of Law (J.D., 1992).

**RACHELE R. RICKERT**:  *admitted*:  California; U.S. District Court for the Southern District of California.  **Education**:  Point Loma Nazarene College (B.A., 1994); University of California, Hastings College of the Law (J.D., 1997).  Member: State Bar of California.  Former Deputy Alternate Public Defender for the County of San Diego.

**SCOTT J. FARRELL**: *admitted*:  New York; New Jersey; U.S. District Courts for the Southern and Eastern Districts of New York, the District of New

WOLF
HALDENSTEIN
ADLER FREEMAN
& HERZ LLP

Jersey, and the District of Colorado. *Education*: Yeshiva University (B.A., *magna cum laude,* 1996), where he was a Max Stern Scholar and Gruss Scholar; New York University School of Law (J.D., 1999), where he was an Article and Note Editor of the *Journal of Legislation and Public Policy*. He is the co-author of "In re Gary Glass and Zoltan Guttman," CFTC Docket No. 93-4, *Futures & Derivatives Law Report*, July/August, 1998.

KATE MCGUIRE: *admitted*: New York; U.S. District Courts for the Southern and Eastern Districts of New York.  *Education*: University of California at Santa Cruz (B.A. 1995), Georgetown University Law Center (J.D., 1998); Member: *Georgetown Immigration Law Journal*.

GUSTAVO BRUCKNER:  *admitted*:  New York; New Jersey; United States District Courts for the Districts of New Jersey, Eastern District of New York, and the Southern District of New York; the United States Court of Appeals for Second Circuit and the Supreme Court of the United States.  *Education*: New York University (B.S., 1988); New York University (M.B.A. 1989); Benjamin N. Cardozo School of Law, Yeshiva University (J.D., 1992).

STACEY T. KELLY: *admitted*:  New York; New Jersey; U.S. District Courts for the Southern and Eastern Districts of New York.  *Education*: New York University (B.A., 1997); Rutgers School of Law - Newark (J.D., 2000). Member: New York State Bar Association; New York County Lawyers Association

PAULETTE S. FOX: *admitted*:  New York; New Jersey U.S. District Courts for the  Southern and Eastern Districts of New York.  *Education*: Benjamin N. Cardozo School of Law (J.D. 2001); Syracuse University (B.A. in Public Policy, *summa cum laude*, Phi Beta Kappa, 1998).

MATTHEW GUINEY:  *admitted:* New York.  *Education*: The College of William & Mary (B.A. in Government and Economics 1998); Georgetown University Law Center (J.D. 2002).

MARTIN RESTITUYO: *admitted:* New York. *Education*: Queens College (B.A., 1998); Hofstra University School of Law (J.D. 2002); Hofstra University, Frank G. Zarb School of Business (M.B.A., Finance, 2005).  Mr. Restituyo did postgraduate work at the Universidad Autonoma de Santo Domingo, Santo Domingo, in the Dominican Republic, and studied at Faculte de Droit de l'Universite de Nice, in Nice, France.  Mr. Restituyo was the Assistant Town Attorney for North Hempstead, New York (2004-2006),

22

an Adjunct Professor at John Jay College of Criminal Justice (2005), and was in the Nassau County Department of Economic Development (2002-2004). In 2003, he was awarded the "Distinguished Alumni Award" from Hofstra University's Clinical Program.  He is a member of the Nassau County Bar Association, the Women's Bar Association, the Hispanic Bar Association, the Dominican Bar Association and Hofstra University School of Law, Alumni Board.

**MARISA C. LIVESAY**:  *admitted*:  California; U.S. Court of Appeals for the Ninth Circuit; U.S. District Courts for the Central, Southern and Northern Districts of California. *Education*:  University of Arizona (B.A. 1999, Dean's List with Distinction), where she served on the Associated Student Senate; University of California, Los Angeles (J.D. 2002, Corporate Specialization), where she was a member of the Moot Court Executive Board and staff member of the Journal of International Law and Foreign Affairs.  Member: State Bar of California.

**IONA M. EVANS:** *admitted*: New York. *Education*: University of New Hampshire (B.A., 1999); Boston University School of Law (J.D., 2004), where she served as Staff Writer and Business Editor on the *International Law Journal*.

**GEORGE T. PETERS:** *admitted*: New York, U. S. District Courts for the Southern & Eastern Districts of New York.  *Education:* Eastern Illinois University, B.A. 1991; attended Howard University School of Law and fulfilled remaining law studies at Wolf Haldenstein Adler Freeman and Herz LLP.  Member of the New York State Bar Association.

**ALEXANDRA SILVERBERG**: *admitted*: New York. *Education*: Brandeis University (B.A. in Politics and concentration in Film Studies); Brooklyn Law School, (J.D. 2004). Member: New York County Lawyer's Association.

**RACHEL S. POPLOCK:** *admitted:* New York, U.S. District Courts for the Southern & Eastern Districts of New York. *Education:* Cornell University (B.S. Human Development, 2002), Fordham Law School (J.D. 2005) where she was a member of the Fordham Urban Law Journal and received the Archibald R. Murray Public Service Award for her participation in the Family Advocacy Clinic.

23

**LAURENCE J. HASSON**:  *admitted*: New York, U.S. District Courts for the Southern & Eastern Districts of New York.  *Education*: Brandeis University (B.A. History and American Studies, *magna cum laude*, Phi Beta Kappa and Phi Alpha Theta honors, 2003); Benjamin N. Cardozo School of Law (J.D. 2006) where Mr. Hasson was an Heyman Scholar at the Samuel and Ronnie Heyman Center on Corporate Governance, a Memorandum of Law Editor, and an executive board member of the Moot Court Honor Society; Oxford University (Seminar on comparative corporate governance, Summer 2005). Prior to joining the firm, Mr. Hasson interned at Cardozo's Bet Tzedek Legal Services Clinic, representing elderly and disabled people seeking health, disability, and housing benefits that they could not receive without clinical assistance.



### WOLF HALDENSTEIN PARTNERS WHO REGULARLY PROVIDE THEIR NON-LITIGATION EXPERTISE TO CLASS ACTION LITIGATION MATTERS

**CHARLES H. BALLER**:  *admitted*:  New York.  *Education*: New York University (B.S., *magna cum laude*, 1954); Columbia University (LL.B., 1957); New York University (L.L.M., Taxation, 1962).  Beta Gamma Sigma; Beta Alpha Psi. Harlan Fiske Stone Scholar.  Co-Editor and Contributing Author, April, 1981, with 1986 Supplement, *Business Acquisitions*, Practicing Law Institute. Member: The Association of the Bar of the City of New York; New York State and American Bar Associations.  Mr. Baller has worked in the office of Chief Counsel, Internal Revenue Service (Interpretative Division). A lecturer and author for the Practicing Law Institute (co-editor of the reference work *Business Acquisitions: Planning and Practice*), Mr. Baller is a corporate and tax attorney with extensive expertise in mergers and acquisitions, complex estate planning (particularly relating to corporate and business holdings), and employee benefits and compensation, including ERISA.

**ERIC B. LEVINE**:  *admitted*:  New York; U.S. Courts of Appeals for the Second and Eleventh Circuits; U.S. District Courts for the Southern and Eastern Districts of New York, and Eastern District of Michigan; U.S. Tax Court.  *Education*:  State University of New York at Buffalo (B.A., *summa cum laude*, 1974); University of Pennsylvania (J.D., *cum laude*, 1977).  Order of the Coif, Phi Beta Kappa. Associate Editor, *University of Pennsylvania Law Review*, 1976-1977.  Member: The Association of the Bar of the City of New

WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP

York; New York State Bar Association.  Mr. Levine's practice focuses on complex commercial and civil litigation, including in the area of bankruptcy and receivership litigation, creditors' rights, and lender liability.

**MARK C. SILVERSTEIN**: *admitted*:  New York.  *Education*: State University of New York at Binghamton (B.S., *summa cum laude*, 1980); New York University (J.D., *cum laude*, 1983).  Order of the Coif.  Editor, Journal of International Law and Politics, 1982-1983.  Member: the Association of the Bar of the City of New York; New York State; American Bar Associations.  Mr. Silverstein serves as general counsel to corporations and handles matters involving tax planning and mergers and acquisitions.  He also provides counseling in the structure of complex settlements and the administration of complex claims administrations.

**ELI D. GREENBERG**:  *admitted*:  New York.  *Education*: New York University (B.S., *magna cum laude*, 1981.  New York University (J.D., 1984).  Beta Gamma Sigma. Lecturer, New York University.  Member: American Health Lawyers Association.  Mr. Greenberg has extensive experience in pension, tax, benefits, and ERISA.

### SUBSTANTIAL RECOVERIES OBTAINED IN REPRESENTATIVE PAST CLASS ACTION CASES IN WHICH WOLF HALDENSTEIN WAS LEAD COUNSEL OR HAD ANOTHER SIGNIFICANT ROLE

- *In re BankAmerica Corp. Securities Litigation,* MDL Docket No. 1264 (JFN) (E.D. Mo.) (class recovered $490 million).

- *In re Dynamic Random Access Memory Antitrust Litigation,* (MD-02 1486 (N.D. Cal.) (class recovered $325 million).

- *In re MicroStrategy, Inc. Securities Litigation,* Civ. No. 00-473-A (E.D. Va.) (class recovered $160 million in cash and securities).

- *Kurzweil v. Philip Morris Cos.,* 94 Civ. 2373, 94 Civ. 2546 (S.D.N.Y.) (securities fraud) (class recovered $116.5 million in cash).

- *In re Starlink Corn Products Liability Litigation,* (N.D. Ill.) (class recovered $110 million).

- *In Computer Associates 2002 Class Action Sec. Litigation,* 2:02-CV-1226 (E.D.N.Y.) ($130 million settlement in this and two related actions).

- *In re Sepracor Inc. Securities Litigation, Civ. No.* 02-12338 (MEL) (D. Mass.) (classes recovered $52.5 million).



WOLF
HALDENSTEIN
ADLER FREEMAN
& HERZ LLP

- *In re Merrill Lynch & Co., Inc. Global Technology Fund Securities Litigation,* 02 CV 7854 (JFK) (SDNY); and *In re Merrill Lynch & Co., Inc. Focus Twenty Fund Securities Litigation*, 02 CV 10221 (JFK) (SDNY) (class recovered $39 million in combined cases).

- *In re CNL Hotels & Resorts, Inc. Securities Litigation,* No. 6:04-cv-1231 (Orl-31) (class recovered $35 million, and lawsuit also instrumental in $225 million benefit to corporation).

- *Berger v. Compaq Computer Corp.,* Docket No. 98-1148 (S.D. Tex.) (class recovered $29 million).

- *In re Arakis Energy Corporation Securities Litigation,* 95 CV 3431 (E.D.N.Y.) (class recovered $24 million in cash).

- *In re E.W. Blanche Holdings, Inc. Securities Litigation*, Civ. No. 01-258 (D. Minn.) (class recovered $20 million).

- *In re Globalstar Securities Litigation,* Case No. 01-CV-1748 (SHS) (S.D.N.Y.) (class recovered $20 million).

- *In re Luxottica Group S.p.A. Securities Litigation,* No. CV 01-3285 (E.D.N.Y) (class recovered $18.25 million).

- *In re Musicmaker.com Securities Litigation,* CV-00-2018 (C.D. Cal.) (class recovered $13.75 million).

- *In re Comdisco Securities Litigation,* No. 01 C 2110 (MIS) (N.D. Ill.) (class recovered $13.75 million).

- *In re Acclaim Entertainment, Inc., Securities Litigation,* C.A. No. 03-CV-1270 (E.D.N.Y.) (class recovered $13.65 million).

- *In re Concord EFS, Inc. Securities Litigation*, No. 02-2097 (MA) (W.D. Tenn) (class recovered $13.25 million).

- *In re Bausch & Lomb, Inc. Securities Litigation,* 01 Civ. 6190 (CJS) (W.D.N.Y.) (class recovered $12.5 million).

- *In re Allaire Corp. Securities Litigation,* 00-11972 (D. Mass.) (class recovered $12 million).

- *Bamboo Partners LLC v. Robert Mondavi Corp.,* No. 26-27170 (Cal. Sup. Ct.) (class recovered $10.8 million).

- *Curative Health Services Securities Litigation,* 99-2074 (E.D.N.Y.) (class recovered $10.5 million).



WOLF
HALDENSTEIN
ADLER FREEMAN
& HERZ LLP

- *City Partnership Co. v. Jones Intercable*, 99 WM-1051 (D. Colo.) (class recovered $10.5 million).

- *In re Tenfold Corporation Securities Litigation,* 2:00-CV-652 (D. Utah) (class recovered $5.9 million).

- *In re Realogy Corp. Shareholder Litigation*, No. 2621-N (Del. Ch.).

- *In re Industrial Gas Antitrust Litigation*, 80 C 3479 and related cases (N.D. Ill.) (class recovered $50 million in cash and coupons).

- *In re Chor-Alkalai and Caustic Soda Antitrust Litigation*, 86-5428 and related cases (E.D. Pa.) (class recovered $55 million).

- *In re Infant Formula Antitrust Litigation,* MDL No. 878 (N.D. Fla.) (class recovered $126 million).

- *In re Brand Name Prescription Drug Antitrust Litigation,* M.D.L. 940 (N.D. Ill.) (class recovered $715 million).

- *Landon v. Freel,* M.D.L. No. 592 (S.D. Tex.) (class recovered $12 million).

- *Holloway v. Peat, Marwick, Mitchell & Co.,* No. 84 C 814 EU (N.D. Okla.) (class recovered $38 million).

- *In re The Chubb Corp.* Drought Insurance Litigation, C-1-88-644 (S.D. Ohio) (class recovered $100 million.).

- *Wong v. Megafoods,* Civ-94-1702 (D. Ariz.) (securities fraud) (class recovered $12.25 million).

- *In re Del Val Financial Corp. Securities Litigation,* 92 Civ 4854 (S.D.N.Y.) (class recovered $11.5 million).

- *In re Home Shopping Network Shareholders Litigation,* Consolidated Civil Action No. 12868, (Del. Ch. 1995) (class recovered $13 million).

- *In re Paine Webber Limited Partnerships Litigation,* 94 Civ 8547 (S.D.N.Y.) (class recovered $200 million).

- *In re Bristol-Meyers Squibb Co. Securities Litigation,* 92 Civ 4007 (S.D.N.Y.) (class recovered $19 million).

- *In re Spectrum Information Technologies Securities Litigation,* CV 93-2245 (E.D.N.Y.) (class recovered $13 million).



WOLF
HALDENSTEIN
ADLER FREEMAN
& HERZ LLP

- *In re Chase Manhattan Securities Litigation,* 90 Civ. 6092 (LJF) (S.D.N.Y.) (class recovered $17.5 million).

- *Prostic v. Xerox Corp.,* No. B-90-113 (EBB) (D. Conn.) (class recovered $9 million).

- *Steiner v. Hercules,* Civil Action No. 90-442-RRM (D. Del.) (class recovered $18 million).

- *In re Ambase Securities Litigation,* 90 Civ 2011 (S.D.N.Y.) (class recovered $14.6 million).

- *Steiner v. Phillips (In re Southmark Securities Litigation),* CA No. 3-89-1402-D (N.D. Tex.) (class recovered $70 million).

- *Steiner v. Ideal Basic Industries, Inc.,* No. 86-M 456 (D. Colo. 1989) (securities fraud) (class recovered $18 million).

- *Tucson Electric Power Derivative Litigation,* 2:89 Civ. 01274 TUC. ACM (corporation recovered $30 million).

- *Alleco Stockholders Litigation,* (Md.Cir.Ct. Pr. Georges County) (class recovered $16 million).

- *In re Revlon Group, Inc. Shareholders Litigation,* No. 8362 (Del. Ch.) (class recovered $30 million).

- *In re Taft Broadcasting Company Shareholders Litigation,* No. 8897 (Del. Ch.) (class recovered $20 million).

- *In re Southland Corp. Securities Litigation,* No. 87-8834-K (N.D.Tex.) (class recovered $20 million).

- *In re Crocker Bank Securities Litigation,* CA No. 7405 (Del. Ch.) (class recovered $30 million).

- *In re Warner Communications Securities Litigation,* No. 82 Civ. 8288 (JFK) (S.D.N.Y.) (class recovered $17.5 million).

- *Joseph v. Shell Oil,* CA No. 7450 (Del. Ch.) (securities fraud) (class recovered $200 million).

- *In re Flight Transportation Corp. Securities Litigation,* Master Docket No. 4-82-874, MDL No. 517 (D. Minn.) (class recovered $50 million.).

- *In re Whittaker Corporation Securities Litigation,* CA000817 (Cal. Super. Ct., Los Angeles County) (class recovered $18 million).



- *Naevus International, Inc. v. AT&T Corp.,* C.A. No. 602191/99 (N.Y. Sup. Ct.) (consumer fraud) (class recovered $40 million).

- *Sewell v. Sprint PCS Limited Partnership*, C.A. No. 97-188027/CC 3879 (Cir. Ct. for Baltimore City) (consumer fraud) (class recovered $45.2 million).

## REPRESENTATIVE REPORTED OPINIONS SINCE 1990 IN WHICH WOLF HALDENSTEIN WAS LEAD COUNSEL OR HAD ANOTHER SIGNIFICANT ROLE

### FEDERAL APPEALS COURT OPINIONS

- *Harzewski v. Guidant Corp.,* 489 F.3d 799 (7th Cir. 2007).

- *In re Pharmatrak, Inc. Privacy Litig.*, 2003 U.S. App. LEXIS 8758 (1st Cir. May 9, 2003).

- *Berger v. Compaq Computer Corp.,* 257 F.3d 475 (2001), clarified, 279 F.3d 313 (5th Cir. 2002).

- *In re Bankamerica Corp. Securities Litigation*, 263 F.3d 795 (8th Cir. 2001).

- *Wright v. Ernst & Young LLP,* 152 F.3d 169 (2d Cir. 1998).

- *Romine v. Compuserve Corp.,* 160 F.3d 337 (6th Cir. 1998).

- *Felzen v. Andreas,* 134 F.3d 873 (7th Cir. 1998).

- *Brown v. Radica Games (In re Radica Games Securities Litigation),* No. 96-17274, 1997 U.S. App. LEXIS 32775 (9th Cir. Nov. 14, 1997).

- *Robbins v. Koger Properties,* 116 F.3d 1441 (11th Cir. 1997).

- *In re Painewebber Inc. Limited Partnerships Litigation,* 94 F.3d 49 (2d Cir. 1996).

- *Glassman v. Computervision Corp.,* 90 F.3d 617 (1st Cir. 1996).

- *Alpern v. Utilicorp United, Inc.,* 84 F.3d 1525 (8th Cir. 1996).

- *Shaw v. Digital Equipment Corp.,* 82 F.3d 1194 (1st Cir. 1996).

- *Riley v. Simmons*, 45 F.3d 764 (3d Cir. 1995).

- *Stepak v. Addison,* 20 F.3d 398 (11th Cir. 1994).



WOLF
HALDENSTEIN
ADLER FREEMAN
& HERZ LLP

- *County of Suffolk v. Long Island Lighting Co.,* 907 F.2d 1295 (2d Cir. 1990).

### FEDERAL DISTRICT COURT OPINIONS

- *Schoenbaum v. E.I. Dupont De Nemours and Co.*, 2007 WL 2768383 (E.D. Mo. Sept. 20, 2007).

- *Jeffries v. Pension Trust Fund,* 99 Civ. 4174 (LMM), 2007 U.S. Dist. LEXIS 61454 (S.D.N.Y. Aug. 20, 2007).

- *Klein v. Ryan Beck,* 06-Civ. 3460 (WCC), 2007 U.S. Dist. LEXIS 51465 (S.D.N.Y. July 13, 2007).

- *Cannon v. MBNA Corp.* No. 05-429 GMS, 2007 U.S. Dist. LEXIS 48901 (D. Del. 2007).

- *In re Aquila ERISA Litig.*, 237 F.R.D. 202 (W.D. Mo. 2006).

- *Smith v.* Aon Corp., 238 F.R.D. 609 (N.D. Ill. 2006).

- *In re Sepracor Inc. Securities Litigation,* 233 F.R.D. 52 (D. Mass. 2005).

- *In re Transkaryotic Therapies, Inc. Securities Litigation,* No. 03-10165, 2005 U.S. Dist. LEXIS 29656 (D. Mass. Nov. 28, 2005).

- *In re Luxottica Group, S.p.A. Securities Litigation,* 2005 U.S. Dist. LEXIS 9071 (E.D.N.Y. May 12, 2005).

- *In re CNL Hotels & Resorts, Inc. Securities Litigation,* 2005 U.S. Dist. LEXIS 38876, No. 6:04-cv-1231-Orl-31KRS (M.D. Fla. May 9, 2005).

- *Johnson v. Aegon USA, Inc.,* 1:01-CV-2617 (N.D. Ga. Sept. 20, 2004).

- *Freeland v. Iridium World Communications, Ltd.,* 99-1002 (D.D.C. Aug. 31, 2004).

- *In re Acclaim Entertainment, Inc. Securities Litigation,* 03-CV-1270 (E.D.N.Y. June 22, 2004).

- *In re Sepracor Inc. Securities Litigation,* 308 F. Supp. 2d 20 (D. Mass. 2004).

- *In re Concord EFS, Inc. Securities Litigation,* No. 02-2697 (W.D. Tenn. Jan. 7, 2004).



WOLF
HALDENSTEIN
ADLER FREEMAN
& HERZ LLP

- *In re Enterprise Mortgage Acceptance Co., LLC, Sec. Litig.*, 02-Civ. 10288 (SWK) (S.D.N.Y. Nov. 5, 2003).

- *In re PerkinElmer, Inc. Securities Litigation,* 286 F. Supp. 2d 46 (D. Mass. 2003).

- *In re Initial Public Offering Securities Litigation,* 241 F. Supp. 2d 281 (S.D.N.Y. 2003).

- *In re Comdisco Securities Litigation,* No. 01 C 2110, 2003 U.S. Dist. LEXIS 5047 (N.D. Ill. Mar. 31, 2003).

- *City Partnership Co. v. Cable TV Fund* 14-B, 213 F.R.D. 576 (D. Colo. 2002).

- *In re Allaire Corporation Securities Litigation,* Docket No. 00-11972 - WGY, 2002 U.S. Dist. LEXIS 18143 (D. Mass., Sept. 27, 2002).

- *In re StarLink Corn Products Liability Litigation,* 212 F.Supp.2d 828 (N.D. Ill. 2002)

- *In re Comdisco Securities Litigation,* 166 F.Supp.2d 1260 (N.D. Ill. 2001).

- *In re Crossroads Systems, Inc. Securities Litigation,* Master File No. A-00-CA-457 JN, 2001 U.S. Dist. LEXIS 14780 (W.D. Tx. Aug. 15, 2001).

- *In re MicroStrategy, Inc. Securities Litigation,* 150 F. Supp. 2d 896 (E.D. Va. 2001).

- *Lindelow v. Hill,* No. 00 C 3727, 2001 U.S. Dist. LEXIS 10301 (N.D. Ill. July 19, 2001).

- *In re MicroStrategy, Inc. Securities Litigation,* 148 F. Supp. 2d 654 (E.D. Va. 2001).

- *Jeffries v. Pension Trust Fund of the Pension, Hospitalization & Benefit Plan of the Electrical Industry,* 172 F. Supp. 2d 389 (S.D.N.Y. 2001).

- *Carney v. Cambridge Technology Partners, Inc.,* 135 F. Supp. 2d 235 (D. Mass. 2001).

- *Weltz v. Lee,* 199 F.R.D. 129 (S.D.N.Y. 2001).

- *Schoers v. Pfizer, Inc.,* 00 Civ. 6121, 2001 U.S. Dist. LEXIS 511 (S.D.N.Y. Jan. 23, 2001).



WOLF
HALDENSTEIN
ADLER FREEMAN
& HERZ LLP

- *Kurzweil v. Philip Morris Cos.,* 94 Civ. 2373 (MBM), 2001 U.S. Dist. LEXIS 83 (S.D.N.Y. Jan. 9, 2001).

- *Goldberger v. Bear, Stearns & Co.,* 98 Civ. 8677 (JSM), 2000 U.S. Dist. LEXIS 18714 (S.D.N.Y. Dec. 28, 2000).

- *In re Newell Rubbermaid, Inc., Securities Litigation,* Case No. 99 C 6853, 2000 U.S. Dist. LEXIS 15190 (N.D. Ill. Oct. 2, 2000).

- *Stanley v. Safeskin Corp.,* Case No. 99 CV 454 BTM (LSP), 2000 U.S. Dist. LEXIS 14100, Fed. Sec. L. Rep. (CCH) P91, 221 (S.D. Cal. Sept. 18, 2000).

- *In re MicroStrategy, Inc. Securities Litigation,* 115 F. Supp. 2d 620 (E.D. Va. 2000).

- *In re USA Talks.com, Inc. Securities Litigation,* 2000 U.S. Dist. LEXIS 14823, Fed. Sec. L. Rep. (CCH) P91, 231 (S.D. Cal. Sept. 14, 2000).

- *In re Sotheby's Holdings, Inc. Securities Litigation,* 00 CIV. 1041 (DLC), 2000 U.S. Dist. LEXIS 12504, Fed. Sec. L. Rep. (CCH) P91, 059 (S.D.N.Y. Aug. 31, 2000).

- *Dumont v. Charles Schwab & Co., Inc.,* Civil Action No. 99-2840 2000 U.S. Dist. LEXIS 10906 (E.D. La. July 21, 2000).

- *Berger v. Compaq Computer Corp.,* Civil Action No. H-98-1148, 2000 U.S. Dist. LEXIS 21424 (S.D. Tex. July 17, 2000).

- *In re BankAmerica Corp. Securities Litigation,* 95 F. Supp. 2d 1044 (E.D. Mo. 2000).

- *In re Carnegie International Corp. Securities Litigation,* 107 F. Supp. 2d 676 (D. Md. 2000).

- *Berger v. Compaq Computer Corp.,* Civil Action No. H-98-1148, 2000 U.S. Dist. LEXIS 21423 (S.D. Tex. Mar. 13, 2000).

- *In re Imperial Credit Industries Securities Litigation,* CV 98-8842 SVW, 2000 U.S. Dist. LEXIS 2340 (C.D.Cal. Feb. 23, 2000).

- *Sturm v. Marriott Marquis Corp.,* 85 F. Supp. 2d 1356 (N.D. Ga. 2000).

- *In re Health Management Systems Securities Litigation,* 82 F. Supp. 2d 227 (S.D.N.Y. 2000).

- *Dumont v. Charles Schwab & Co., Inc.*, Civil Action No. 99-2840, 2000 U.S. Dist. LEXIS 619 (E.D. La. Jan. 19, 2000).



WOLF
HALDENSTEIN
ADLER FREEMAN
& HERZ LLP

- *In re MicroStrategy, Inc. Securities Litigation,* 110 F. Supp. 2d 427 (E.D. Va. 2000).

- *In re BankAmerica Corp. Securities Litigation,* 78 F. Supp. 2d 976 (E.D. Mo. 1999).

- *Kurzweil v. Philip Morris Cos.,* 94 Civ. 2373 (MBM), 1999 U.S. Dist. LEXIS 18378 (S.D.N.Y. Nov. 24, 1999).

- *In re Nanophase Technologies Corp. Litigation,* 98 C 3450, 1999 U.S. Dist. LEXIS 16171 (N.D. Ill. Sept. 27, 1999).

- *In re Clearly Canadian Securities Litigation,* File No. C-93-1037-VRW, 1999 U.S. Dist. LEXIS 14273 Cal. Sept. 7, 1999).

- *Yuan v. Bayard Drilling Technologies, Inc.,* 96 F. Supp. 2d 1259 (W.D. Okla. 1999).

- *In re Spyglass, Inc. Securities Litigation,* No. 99 C 512, 1999 U.S. Dist. LEXIS 11382 (N.D. Ill. July 20, 1999).

- *Carley Capital Group v. Deloitte & Touche, L.L.P.,* 1:97-CV-3183-TWT, 1999 U.S. Dist. LEXIS 11595 (N.D.Ga. June 30, 1999).

- *Carley Capital Group v. Deloitte & Touche, L.L.P.,* 1:97-CV-3183-TWT, 1999 U.S. Dist. LEXIS 11596 (N.D. Ga. June 30, 1999).

- *Blue Cross & Blue Shield of N.J., Inc. v. Philip Morris, Inc.,* 98 CV 3287, 1999 U.S. Dist. LEXIS 11363 (E.D.N.Y. June 1, 1999).

- Carley Capital Group v. Deloitte & Touche, L.L.P., 1:97-CV-3183-TWT, 1999 U.S. Dist. LEXIS 1368, Fed. Sec. L. Rep. (CCH) P90, 429 (N.D. Ga. Jan. 19, 1999).

- Longman v. Food Lion, Inc., 186 F.R.D. 331 (M.D.N.C. 1999).

- Walsingham v. Biocontrol Technology, Inc., 66 F. Supp. 2d 669 (W.D. Pa. 1998).

- *Sturm v. Marriott Marquis Corp.,* 26 F. Supp. 2d 1358 (N.D. Ga. 1998).

- *Carley Capital Group v. Deloitte & Touche, L.L.P.,* 27 F. Supp. 2d 1324 (N.D. Ga. 1998).

- *In re MobileMedia Securities Litigation,* 28 F.Supp.2d 901 (D.N.J. 1998).

- *Weikel v. Tower Semiconductor, Ltd.,* 183 F.R.D. 377 (D.N.J. 1998).

33



WOLF
HALDENSTEIN
ADLER FREEMAN
& HERZ LLP

- *In re Health Management Systems Securities Litigation,* 97 Civ. 1865 (HB), 1998 U.S. Dist. LEXIS 8061 (S.D.N.Y. May 27, 1998).

- *In re Painewebber Ltd. Partnership Litigation,* 999 F. Supp. 719 (S.D.N.Y. 1998).

- *Carley Capital Group v. Deloitte & Touche, L.L.P.,* 1:97-cv-3183-TWT, 1998 U.S. Dist. LEXIS 23222 (N.D. Ga. Feb. 10, 1998).

- *In re TCW/DW North American Government Income Trust Securities Litigation*, 95 Civ. 0167 (PKL), 1997 U.S. Dist. LEXIS 18485 (S.D.N.Y. Nov. 20, 1997).

- *Wright v. Ernst & Young, LLP,* 97 Civ. 2189 (SAS), 1997 U.S. Dist. LEXIS 13630 (S.D.N.Y. Sept. 9, 1997).

- *Felzen v. Andreas,* No. 95-2279, 1997 U.S. Dist. LEXIS 23646 (C.D. Ill. July 7, 1997).

- *Felzen v. Andreas,* No. 95-2279, 1997 U.S. Dist. LEXIS 23647 (C.D. Ill. July 7, 1997).

- *A. Ronald Sirna, Jr., P.C. Profit Sharing Plan v. Prudential Securities, Inc.,* 964 F. Supp. 147 (S.D.N.Y. 1997).

- *Kurzweil v. Philip Morris Companies,* 94 Civ. 2373 (MBM), 1997 U.S. Dist. LEXIS 4451 (S.D.N.Y. April 8, 1997).

- *Bobrow v. Mobilmedia, Inc.,* Civil Action No. 96-4715, 1997 U.S. Dist. LEXIS 23806 (D.N.J. March 31, 1997).

- *Kalodner v. Michaels Stores, Inc.,* 172 F.R.D. 200 (N.D.Tex. 1997).

- *In re Painewebber Ltd. Partnerships Litigation,* 171 F.R.D. 104 (S.D.N.Y. 1997).

- *A. Ronald Sirna, Jr., P.C. Profit Sharing Plan v. Prudential Securities, Inc.,* 95 Civ. 8422 (LAK), 1997 U.S. Dist. LEXIS 1226 (S.D.N.Y. Feb. 7, 1997).

- *Dresner Co. Profit Sharing Plan v. First Fidelity Bank, N.A.,* 95 Civ. 1924 (MBM), 1996 U.S. Dist. LEXIS 17913 (S.D.N.Y. Dec. 3, 1996).

- *Simon v. American Power Conversion Corp.,* 945 F. Supp. 416 (D.R.I. 1996).

- *TII Industries, Inc.,* 96 Civ. 4412 (SAS), 1996 U.S. Dist. LEXIS 14466 (S.D.N.Y. Oct. 1, 1996).



- *In re TCW/DW North American Government Income Trust Securities Litigation,* 941 F. Supp. 326 (S.D.N.Y. Oct. 1, 1996).

- *In re Painewebber Ltd. Partnership Litigation,* 94 Civ. 8547 (SHS), 1996 U.S. Dist. LEXIS 9195 (S.D.N.Y. June 28, 1996).

- *In re Tricord Systems, Inc., Securities Litigation,* Civil No. 3-94-746, 1996 U.S. Dist. LEXIS 20943 (D. Minn. April 5, 1996).

- *In re Painewebber Limited Partnership Litigation,* 94 Civ. 8547 (SHS), 1996 U.S. Dist. LEXIS 1265 (S.D.N.Y. Feb. 6, 1996).

- *Zitin v. Turley,* [1991 Transfer Binder] Fed. Sec. L. Rep. (CCH) ¶ 96,123 (D. Ariz. June 20, 1994).

- In re Southeast Hotel Properties Limited Partnership Investor Litigation, 151 F.R.D. 597 (W.D.N.C. 1993).

## State Court Opinions

- *In re Tyson Foods, Inc., Consolidated Shareholder Litigation,* 919 A. 2d 563 (Del. Ch. 2007).

- *Naevus Int'l v. AT&T Corp.,* 283 A.D.2d 171, 724 N.Y.S.2d 721 (2001).

- *Paramount Communications, Inc. v. QVC Network, Inc.,* 637 A.2d 34 (Del. Super. Ct. 1994).

- *In re Western National Corp. Shareholders Litigation,* Consolidated C.A. No. 15927, 2000 Del. Ch. LEXIS 82 (May 22, 2000).

- *In re Cencom Cable Income Partners, L.P. Litigation,* C.A. No. 14634, 2000 Del. Ch. LEXIS 90 (May 5, 2000).

- *In re Cencom Cable Income Partners, L.P. Litigation,* Consolidated C.A. No. 14634, 2000 Del. Ch. LEXIS 10 (Jan. 27, 2000).

- *In re Marriott Hotels Properties II Limited Partnership Unitholders Litigation,* Consolidated C.A. No. 14961, 2000 Del. Ch. LEXIS 17 (Jan. 24, 2000).

- *Romig v. Jefferson-Pilot Life Insurance Company,* 132 N.C. App. 682, 513 S.E.2d 598 (Ct. App. 1999), aff'd, 351 N.C. 349, 524 S.E.2d 804 (N.C.S. Ct. 2000).

- *Wallace v. Wood,* 752 A.2d 1175 (Del. Ch. 1999).


WOLF
HALDENSTEIN
ADLER FREEMAN
& HERZ LLP

- *Greenwald v. Batterson*, C.A. No. 16475, 1999 Del. Ch. LEXIS 158 (July 26, 1999).

- *Brown v. Perrette*, Civil Action No. 13531, 1999 Del. Ch. LEXIS 92 (May 18, 1999).

- *In re Cencom Cable Income Partners, L.P. Litigation*, C.A. No. 14634, 1997 Del. Ch. LEXIS 146 (Oct. 15, 1997).

- *In re Marriott Hotel Properties II Limited Partnership Unitholders Litigation*, Consolidated C.A. No. 14961, 1997 Del. Ch. LEXIS 128 (Sept. 17, 1997).

- *In re Cheyenne Software Shareholders Litigation*, Consolidated C.A. No. 14941, 1996 Del. Ch. LEXIS 142 (Nov. 7, 1996).

- *Seinfeld v. Robinson*, 246 A.D.2d 291, 676 N.Y.S.2d 579 (N.Y. 1998).

- *Werner v. Alexander*, 130 N.C. App. 435, 502 S.E.2d 897 (N.C. Ct. App. 1998).

## NON-DISCRIMINATION POLICIES

Wolf Haldenstein does not discriminate or tolerate harassment against any employee or applicant because of race, creed, color, national origin, sex, age, disability, marital status, sexual orientation, or alienage or citizenship status and designs its hiring practices to ensure that minority group members and women are afforded equal employment opportunities without discrimination.  The Firm is in compliance with all applicable Federal, State, County, and City equal employment opportunity laws.

Wolf Haldenstein is proud of its long history of support for the rights of, and employment opportunities for, women, the disadvantaged, and minority group persons, including the participation in civil rights and voter registration activities in the South in the early 1960's by partners of the Firm; the part-time employment of disadvantaged youth through various public school programs; the varied *pro bono* activities performed by many of the Firm's lawyers; the employment of many women and minority group persons in various capacities at the Firm, including at the partner level; the hiring of ex-offenders in supported job training programs; and the use of minority and women-owned businesses to provide services and supplies to the Firm.



WOLF
HALDENSTEIN
ADLER FREEMAN
& HERZ LLP



**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**
270 MADISON AVENUE
NEW YORK, NY 10016
Telephone: 212-545-4600
Telecopier: 212-545-4653

www.whafh.com

SYMPHONY TOWERS
750 B STREET, SUITE 2770
SAN DIEGO, CA 92101
Telephone: 619-239-4599
Telecopier: 619-234-4599

55 WEST MONROE STREET
SUITE 1111
CHICAGO, IL 60603
Telephone: 312-984-0000
Telecopier: 312-984-0001

625 NORTH FLAGLER DRIVE
WEST PALM BEACH, FL 33401
Telephone: 561-833-1776

WOLF
HALDENSTEIN
ADLER FREEMAN
& HERZ LLP