UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSEPH S. GELMIS, Individually and on behalf of all others similarly situated,<br><br>       Plaintiff,<br><br>    -v-<br><br>EARL W. COLE, III, MICHAEL L. FALCONE, WILLIAM S. HARRISON, MARK K. JOSEPH, MELANIE M. LUNDQUIST, GARY A. MENTESANA, ROBERT J. BANKS, CHARLES C. BAUM, RICHARD O. BERNDT, EDDIE C. BROWN, ROBERT S. HILLMAN, DOUGLAS A. McGREGOR, ARTHUR S. MEHLMAN, FRED N. PRATT, JR., and MUNICIPAL MORTGAGE & EQUITY, LLC.,<br><br>       Defendants. | Case No.: 08-cv-00980<br><br>ECF CASE |

(add'l captions to follow)

NOTICE OF WITHDRAWAL OF
ARNOLD J. ROSS'S MOTION FOR LEAD PLAINTIFF

            ABBEY SPANIER RODD & ABRAMS, LLP
            Nancy Kaboolian (NK 6346)
            212 East 39th Street
            New York, New York 10016
            nkaboolian@abbeyspanier.com
            Tel: (212) 889-3700
            Fax: (212) 684-5191

| | |
|---|---|
| JULES ROTHAS, Individually and on behalf of all others similarly situated,<br><br>                Plaintiff,<br><br>    -v-<br><br>MUNICIPAL MORTGAGE & EQUITY, LLC., MARK K. JOSEPH, MICHAEL L. FALCONE, WILLIAM S. HARRISON, MELANIE M. LUNDQUIST and DAVID B. KAY,<br><br>                Defendants. | Case No. 08-cv-01120 |
| ARNOLD J. ROSS, Individually and on behalf of all others similarly situated,<br><br>                Plaintiff,<br><br>    -v-<br><br>EARL W. COLE, III, MICHAEL L. FALCONE, WILLIAM S. HARRISON, MARK K. JOSEPH, and MUNICIPAL MORTGAGE & EQUITY, LLC.<br><br>                Defendants. | Case No. 08-cv-1299 |

| | |
|---|---|
| ALEX D'ANGELO, Individually and on behalf of all others similarly situated,<br><br>                              Plaintiff,<br><br>                    -v-<br><br>MUNICIPAL MORTGAGE & EQUITY, LLC, EARL W. COLE, III, MICHAEL L. FALCONE, WILLIAM S. HARRISON, MARK K. JOSEPH, MELANIE M. LUNDQUIST, GARY A. MENTESANA, ROBERT J. BANKS, CHARLES C. BAUM, RICHARD O. BERNDT, EDDIE C. BROWN, ROBERT S. HILLMAN, DOUGLAS A. McGREGOR, ARTHUR S. MEHLMAN, AND FRED N. PRATT, JR.,<br><br>                              Defendants. | Case No. 08-cv-01331 RMB |
| NAOMI RAPHAEL, Individually and on behalf of all others similarly situated,<br><br>                              Plaintiff,<br><br>                    -v-<br><br>MUNICIPAL MORTGAGE & EQUITY, LLC., MARK J. JOSEPH, MICHAEL L. FALCONE, WILLIAM S. HARRISON, MELANIE M. LUNDQUIST, DAVID B. KAY, CHARLES C. BAUM, EDDIE C. BROWN, ROBERT S. HILLMAN, ARTHUR S. MEHLMAN, and FRED N. PRATT, JR.,<br><br>                              Defendants. | Case No. 08-cv-02190 |

PLEASE TAKE NOTICE that proposed Lead Plaintiff Arnold J. Ross, having motive before this Court: (a) to consolidated various related securities fraud actions filed against Municipal Mortgage & Equity, LLC. and other defendants, (b) to be appointed as Lead Plaintiff Section 21D(a)(3)(B) of the Securities Exchange Act of 1934 (the "Exchange Act"), as amended by the Private Securities Litigation Reform Act of 1995 ("PSLRA"), and (c) and approving Lead Plaintiff's choice of counsel as Lead Counsel for the Class, hereby withdraws his Lead Plaintiff motion.

This Withdrawal shall have no effect upon Arnold J. Ross's rights as a member of the proposed class, including but not limited to the right to share in any recovery.

Dated: April 10, 2008

                                        **ABBEY SPANIER RODD &**
                                        **ABRAMS, LLP**

                                        By: /s/ Nancy Kaboolian
                                            Nancy Kaboolian (NK 6346)
                                        212 East 39th Street
                                        New York, New York 10016
                                        Telephone: (212) 880-3700
                                        Facsimile: (212) 779-2418

                                        Proposed Lead Counsel

# CERTIFICATE OF SERVICE

I, Carolyn Davila, hereby certify that on April 10, 2008, I caused a copy of the accompanying documents:

NOTICE OF WITHDRAWAL OF ARNOLD J. ROSS'S MOTION FOR LEAD PLAINTIFF

to be served upon the persons/entities listed on the attached service list by U.S. mail and the ECF filing rules.

_____
Carolyn Davila

## SERVICE LIST

**Counsel for Plaintiffs**

Laurence Matthew Rosen
Phillip C. Kim
The Rosen Law Firm PA
350 Fifth Avenue
Suite 5508
New York, New York 10118
Tel: (212) 686-1060
Fax: (212) 202-3827
lrosen@rosenlegal.com
pkim@rosenlegal.com

Samuel H. Rudman
Coughlin Stoia Geller Rudman & Robbins, LLP
58 South Service Road
Suite 200
Melville, NY 11747
Tel: (631) 367-7100
Fax: (631) 367-1173
srudman@csgrr.com

Evan J. Smith
Brodsky & Smith LLC
240 Mineola Blvd.
Mineola, New York 11501
Tel: (516) 741-4977
esmith@brodsky-smith.com

Marc I. Gross
Fei-Lu Qian
Pomerantz Haudek Block Grossman & Gross, LLP
100 Park Avenue, 26th floor
New York, New York 10017
Tel: (212) 661-1100
Fax: (212) 661-8665
migross@pomlaw.com

Klari Neuwelt
Law Office of Klari Neuwelt
110 East 59th Street
New York, New York 10022
Tel: (212) 593-8800
Fax: (212) 593-9131

**Counsel for Defendants**

David William Tod Daniels
Michael David Mann
Richard Kibbe & Orbe, LLP
701 8th Street, NW
Washington, DC 20001
Tel: (202) 261-2967
Fax: (202) 261-2999
ddaniels@rkollp.com
mmann@rkollp.com