UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**MEMO ENDORSED**

| | |
|---|---|
| JOSEPH S. GELMIS, Individually and on behalf of all others similarly situated, | Case No.: 08-cv-00980 |
| Plaintiff, | ECF CASE |
| -v- | |
| EARL W. COLE, III, MICHAEL L. FALCONE, WILLIAM S. HARRISON, MARK K. JOSEPH, MELANIE M. LUNDQUIST, GARY A. MENTESANA, ROBERT J. BANKS, CHARLES C. BAUM, RICHARD O. BERNDT, EDDIE C. BROWN, ROBERT S. HILLMAN, DOUGLAS A. McGREGOR, ARTHUR S. MEHLMAN, FRED N. PRATT, JR., and MUNICIPAL MORTGAGE & EQUITY, LLC., | |
| Defendants. | |
| (add'l captions to follow) | |

Motion to Withdraw (#33) Granted. Motion to Appoint (#7) is denied as moot.

SO ORDERED:
Date: 4/11/08
Richard M. Berman, U.S.D.J.

### NOTICE OF WITHDRAWAL OF ARNOLD J. ROSS'S MOTION FOR LEAD PLAINTIFF

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/11/08

ABBEY SPANIER RODD & ABRAMS, LLP
Nancy Kaboolian (NK 6346)
212 East 39th Street
New York, New York 10016
nkaboolian@abbeyspanier.com
Tel: (212) 889-3700
Fax: (212) 684-5191

| | |
|---|---|
| JULES ROTHAS, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>-v-<br><br>MUNICIPAL MORTGAGE & EQUITY, LLC., MARK K. JOSEPH, MICHAEL L. FALCONE, WILLIAM S. HARRISON, MELANIE M. LUNDQUIST and DAVID B. KAY,<br><br>Defendants. | Case No. 08-cv-01120 |
| ARNOLD J. ROSS, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>-v-<br><br>EARL W. COLE, III, MICHAEL L. FALCONE, WILLIAM S. HARRISON, MARK K. JOSEPH, and MUNICIPAL MORTGAGE & EQUITY, LLC.<br><br>Defendants. | Case No. 08-cv-1299 |

| | |
|---|---|
| ALEX D'ANGELO, Individually and on behalf of all others similarly situated,<br><br>     Plaintiff,<br><br>  -v-<br><br>MUNICIPAL MORTGAGE & EQUITY, LLC, EARL W. COLE, III, MICHAEL L. FALCONE, WILLIAM S. HARRISON, MARK K. JOSEPH, MELANIE M. LUNDQUIST, GARY A. MENTESANA, ROBERT J. BANKS, CHARLES C. BAUM, RICHARD O. BERNDT, EDDIE C. BROWN, ROBERT S. HILLMAN, DOUGLAS A. McGREGOR, ARTHUR S. MEHLMAN, AND FRED N. PRATT, JR.,<br><br>     Defendants. | Case No. 08-cv-01331 RMB |
| NAOMI RAPHAEL, Individually and on behalf of all others similarly situated,<br><br>     Plaintiff,<br><br>  -v-<br><br>MUNICIPAL MORTGAGE & EQUITY, LLC., MARK J. JOSEPH, MICHAEL L. FALCONE, WILLIAM S. HARRISON, MELANIE M. LUNDQUIST, DAVID B. KAY, CHARLES C. BAUM, EDDIE C. BROWN, ROBERT S. HILLMAN, ARTHUR S. MEHLMAN, and FRED N. PRATT, JR.,<br><br>     Defendants. | Case No. 08-cv-02190 |

PLEASE TAKE NOTICE that proposed Lead Plaintiff Arnold J. Ross, having motive before this Court: (a) to consolidated various related securities fraud actions filed against Municipal Mortgage & Equity, LLC. and other defendants, (b) to be appointed as Lead Plaintiff Section 21D(a)(3)(B) of the Securities Exchange Act of 1934 (the "Exchange Act"), as amended by the Private Securities Litigation Reform Act of 1995 ("PSLRA"), and (c) and approving Lead Plaintiff's choice of counsel as Lead Counsel for the Class, hereby withdraws his Lead Plaintiff motion.

This Withdrawal shall have no effect upon Arnold J. Ross's rights as a member of the proposed class, including but not limited to the right to share in any recovery.

Dated: April 10, 2008

                          ABBEY SPANIER RODD &
                          ABRAMS, LLP

                          By: /s/ Nancy Kaboolian
                               Nancy Kaboolian (NK 6346)
                          212 East 39th Street
                          New York, New York 10016
                          Telephone: (212) 880-3700
                          Facsimile: (212) 779-2418

                          Proposed Lead Counsel