UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
———————————————————————X
JOSEPH GELMIS, Individually and On Behalf   :   Civil Action No.1:08-cv-00980-RMB
of All Others Similarly Situated,           :
                                            :   CLASS ACTION
                    Plaintiff,              :
                                            :
    vs.                                     :
                                            :
MUNICIPAL MORTGAGE & EQUITY, LLC.,          :
                                            :
                                            :   **MEMO ENDORSED**
                    Defendants.             :
                                            :
———————————————————————X
[Caption continued on following page.]

NOTICE OF WITHDRAWAL OF
TONY BROY MOTION FOR LEAD PLAINTIFF

BULL & LIFSHITZ, LLP
Joshua M. Lifshitz, Esq. (JL-9172)
Peter D. Bull, Esq. (PB-9118)
18 East 41st Street
New York, NY 10017
Tel: (212) 213-6222
Fax: (212) 213-9405



Motion #11 dismissed. Counsel's withdrawal accepted.
SO ORDERED:
RICHARD M. BERMAN U.S.D.J.
4/17/08

```
_____X
JULES ROTHAS, Individually and On Behalf   :   Civil Action No.1:08-cv-01120-RMB
of All Others Similarly Situated,          :
                                           :   CLASS ACTION
                     Plaintiff,            :
                                           :
     vs.                                   :
                                           :
MUNICIPAL MORTGAGE & EQUITY, LLC.,         :
et al.,                                    :
                                           :
                     Defendants.           :
                                           :
_____X

_____X
ARNOLD ROSS, Individually and On Behalf    :   Civil Action No.1:08-cv-01299-RMB
of All Others Similarly Situated,          :
                                           :   CLASS ACTION
                     Plaintiff,            :
                                           :
     vs.                                   :
                                           :
MUNICIPAL MORTGAGE & EQUITY, LLC.,         :
et al.,                                    :
                                           :
                     Defendants.           :
_____X
```

[Caption continued on following page.]

```
_____X
ALEX D'ANGELO, Individually and On Behalf  :    Civil Action No.1:08-cv-01331-RMB
of All Others Similarly Situated,          :
                                           :    CLASS ACTION
                      Plaintiff,           :
                                           :
    vs.                                    :
                                           :
MUNICIPAL MORTGAGE & EQUITY, LLC.,         :
et al.,                                    :
                                           :
                      Defendants.          :
                                           :
_____X
NAOMI RAPAHEL, Individually and On Behalf  :    Civil Action No.1:08-cv-02190-RMB
of All Others Similarly Situated,          :
                                           :    CLASS ACTION
                      Plaintiff,           :
                                           :
    vs.                                    :
                                           :
MUNICIPAL MORTGAGE & EQUITY, LLC.,         :
et al.,                                    :
                                           :
                      Defendants.          :
                                           :
_____X
```

PLEASE TAKE NOTICE that proposed Lead Plaintiff Tony Broy ("Broy"), having moved before this Court: (a) to consolidate various related securities fraud actions filed against Municipal Mortgage & Equity, LLC. and other defendants; (b) to be appointed as Lead Plaintiff Section 21D(a)(3)(B) of the Securities Exchange Act of 1934 (the "Exchange Act"), as amended by the Private Securities Litigation Reform Act of 1995 ("PSLRA"); and (c) and approving Lead Plaintiff's choice of counsel as Lead Counsel for the Class, hereby withdraws his Lead Plaintiff motion.

This Withdrawal shall have no effect upon Tony Broy's rights as a member of the proposed class, including but not limited to the right to share in any recovery.

DATED: April 17, 2008                    Respectfully Submitted,

/s/_____
**BULL & LIFSHITZ, LLP**
Joshua M. Lifshitz (JL-9172)
Peter D. Bull (PB-9118)
18 East 41st Street
New York, New York 10017
(212) 213-6222

[Proposed] Lead Counsel for Plaintiff

1