UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| JOSEPH S. GELMIS, Individually and on Behalf of All Others Similarly Situated, | : : : | Electronically Filed |
| Plaintiff, | : : | |
| v. | : : : | |
| EARL W. COLE, III, MICHAEL L. FALCONE, WILLIAM S. HARRISON, MARK K. JOSEPH, MELANIE M. LUNDQUIST, GARY A. MENTESANA, ROBERT J. BANKS, CHARLES C. BAUM, RICHARD O. BERNDT, EDDIE C. BROWN, ROBERT S. HILLMAN, DOUGLAS A. McGREGOR, ARTHUR S. MEHLMAN, FRED N. PRATT, JR., and MUNICIPAL MORTGAGE & EQUITY, LLC, | : : : : : : : : : : | Civil Action No.: 1:08-cv-00980 (RMB) (ECF Case) |
| Defendants. | : : | |

*(Additional Captions on the Following Pages)*

**CERTIFICATE OF SERVICE**

|  |  |
|---|---|
| ———————————————————— x | |
| JULES ROTHAS, Individually and on Behalf of All Others Similarly Situated, | : : : |
| Plaintiff, | : Electronically Filed : |
| v. | : : |
| MUNICIPAL MORTGAGE & EQUITY L.L.C., MARK K. JOSEPH, MICHAEL L. FALCONE, WILLIAM S. HARRISON, MELANIE M. LUNDQUIST and DAVID B. KAY, | : Civil Action No.: 1:08-cv-01120 (RMB) : (ECF Case) : : : |
| Defendants. | : |
| ———————————————————— x | |
| ARNOLD J. ROSS, Individually and on behalf of all others similarly situated, | : : |
| Plaintiff, | : Electronically Filed : |
| v. | : : |
| EARL W. COLE, III, MICHAEL L. FALCONE, WILLIAM S. HARRISON, MARK K. JOSEPH, and MUNICIPAL MORTGAGE & EQUITY, LLC., | : Civil Action No.: 1:08-CV-1299 (RMB) : (ECF Case) : : |
| Defendants. | : |
| ———————————————————— x | |
| ALEX D'ANGELO, Individually and On Behalf of All Others Similarly Situated, | : : |
| Plaintiff, | : |
| v. | : Electronically Filed : |
| MUNICIPAL MORTGAGE & EQUITY, LLC, MICHAEL L. FALCONE, WILLIAM S. HARRISON, EARL W. COLE, III, MARK K. JOSEPH, MELANIE M. LUNDQUIST, GARY A MENTESANA, CHARLES M. PINCKNEY ROBERT J. BANKS, CHARLES C. BAUM, RICHARD O. BERNDT, EDDIE C. BROWN, ROBERT S. HILLMAN, DOUGLAS A. McGREGOR, ARTHUR MEHLMAN and FRED N. PRATT, JR., | : : Civil Action No. 1:08-CV-1331 (RMB) : (ECF Case) : : : : : : : : |
| Defendants. | : |
| ———————————————————— x | |

|  |  |  |
|---|---|---|
| ─────────────────────────── x | | |
| NAOMI RAPHAEL, Individually and On Behalf of All Others Similarly Situated, | : : : | |
| Plaintiff, | : | Electronically Filed |
| v. | : : | |
| MUNICIPAL MORTGAGE & EQUITY, LLC, MARK J. JOSEPH, MICHAEL L. FALCONE, WILLIAM S. HARRISON, MELANIE M. LUNDQUIST, DAVID B. KAY, CHARLES C. BAUM, EDDIE C. BROWN, ROBERT S. HILLMAN, ARTHUR S. MEHLMAN, and FRED N. PRATT, JR., | : : : : : : : : | Civil Action No. 1:08-CV-2190 (RMB) (ECF Case) |
| Defendants. | : | |
| ─────────────────────────── x | | |

I, Christopher J. Keller, hereby certify, that on April 17, 2008, I electronically filed a true and correct copy of the foregoing document:

- The Rawden Group's Response to Competing Motions For Consolidation, Appointment of Lead Plaintiff and Approval of Selection of Lead Counsel

with the Clerk of the Court using the ECF system which will send notification to the following:

brower@browerpiven.com; burt@whafh.com; ddaniels@rkollp.com;

nkaboolian@abbeyspanier.com; pkim@rosenlegal.com; jml@nyclasslaw.com;

mmann@rkollp.com; lrosen@rosenlegal.com; and drosenfeld@csgrr.com.


/s/   Christopher J. Keller
Christopher J. Keller (CK-2347)