UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

―――――――――――――――――――――――――X
JOSEPH GELMIS, Individually and On Behalf    :    Civil Action No.1:08-cv-00980-RMB
of All Others Similarly Situated,            :
                                             :    <u>CLASS ACTION</u>
                Plaintiff,                   :
                                             :
        vs.                                  :
                                             :
MUNICIPAL MORTGAGE & EQUITY, LLC.,           :
                                             :
                Defendants.                  :
                                             :
―――――――――――――――――――――――――X

[Caption continued on following page.]


## NOTICE OF WITHDRAWAL OF
## TONY BROY MOTION FOR LEAD PLAINTIFF

**BULL & LIFSHITZ, LLP**
Joshua M. Lifshitz, Esq. (JL-9172)
Peter D. Bull, Esq. (PB-9118)
18 East 41st Street
New York, NY 10017
Tel: (212) 213-6222
Fax: (212) 213-9405

|  |  |
|---|---|
| _____X | |
| JULES ROTHAS, Individually and On Behalf of All Others Similarly Situated, : | Civil Action No.1:08-cv-01120-RMB |
| : | |
| : | CLASS ACTION |
| Plaintiff, : | |
| : | |
| vs. : | |
| : | |
| MUNICIPAL MORTGAGE & EQUITY, LLC., et al., : | |
| : | |
| Defendants. : | |
| : | |
| _____X | |
| ARNOLD ROSS, Individually and On Behalf of All Others Similarly Situated, : | Civil Action No.1:08-cv-01299-RMB |
| : | |
| : | CLASS ACTION |
| Plaintiff, : | |
| : | |
| vs. : | |
| : | |
| MUNICIPAL MORTGAGE & EQUITY, LLC., et al., : | |
| : | |
| Defendants. : | |
| _____ X | |

[Caption continued on following page.]

| | | |
|---|---|---|
| ─────────────────────────────────X <br> ALEX D'ANGELO, Individually and On Behalf of All Others Similarly Situated, <br><br>                 Plaintiff, <br><br>   vs. <br><br> MUNICIPAL MORTGAGE & EQUITY, LLC., et al., <br><br>                 Defendants. <br> ─────────────────────────────────X | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : | Civil Action No.1:08-cv-01331-RMB <br><br> <u>CLASS ACTION</u> |
| ─────────────────────────────────X <br> NAOMI RAPAHEL, Individually and On Behalf of All Others Similarly Situated, <br><br>                 Plaintiff, <br><br>   vs. <br><br> MUNICIPAL MORTGAGE & EQUITY, LLC., et al., <br><br>                 Defendants. <br> ─────────────────────────────────X | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : | Civil Action No.1:08-cv-02190-RMB <br><br> <u>CLASS ACTION</u> |

PLEASE TAKE NOTICE that proposed Lead Plaintiff Tony Broy ("Broy"), having moved before this Court: (a) to consolidate various related securities fraud actions filed against Municipal Mortgage & Equity, LLC. and other defendants; (b) to be appointed as Lead Plaintiff Section 21D(a)(3)(B) of the Securities Exchange Act of 1934 (the "Exchange Act"), as amended by the Private Securities Litigation Reform Act of 1995 ("PSLRA"); and (c) and approving Lead Plaintiff's choice of counsel as Lead Counsel for the Class, hereby withdraws his Lead Plaintiff motion.

This Withdrawal shall have no effect upon Tony Broy's rights as a member of the proposed class, including but not limited to the right to share in any recovery.

DATED: April 17, 2008                    Respectfully Submitted,

/s/_____
**BULL & LIFSHITZ, LLP**
Joshua M. Lifshitz (JL-9172)
Peter D. Bull (PB-9118)
18 East 41st Street
New York, New York 10017
(212) 213-6222

[Proposed] Lead Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on April 17, 2008, the foregoing NOTICE OF WITHDRAWAL OF TONY BROY MOTION FOR LEAD PLAINTIFF was filed electronically with the Court's Case Management/Electronic Case Files (CM/ECF) docketing system. Notice of this filing will be sent to all parties by operation of the CM/ECF system. Parties may access this filing through the CM/ECF system.

s/_____
BULL & LIFSHITZ, LLP
Peter D. Bull (PB-9118)
Joshua M. Lifshitz (JL-9172)
18 East 41st Street
New York, New York 10017
Telephone: (212) 213-6222

*Counsel for Tony Broy*