UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| JOSEPH S. GELMIS, Individually and on Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br>  vs.<br><br>EARL W. COLE, III, et al.,<br><br>        Defendants. | : : : : : : : : : : : : | Civil Action No. 1:08-cv-00980-RMB<br><br><u>CLASS ACTION</u> |
| JULES ROTHAS, Individually and on Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br>  vs.<br><br>MUNICIPAL MORTGAGE & EQUITY L.L.C., et al.,<br><br>        Defendants. | : : : : : : : : : : : : : | Civil Action No. 08-cv-01120-RMB<br><br><u>CLASS ACTION</u> |
| ARNOLD J. ROSS, Individually and on Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br>  vs.<br><br>EARL W. COLE, III, et al.,<br><br>        Defendants. | : : : : : : : : : : : : | Civil Action No. 1:08-cv-01299-RMB<br><br><u>CLASS ACTION</u> |

[Caption continued on following page.]

RESPONSE TO APRIL 29, 2008 COURT ORDER

|  |  |
|---|---|
| ALEX D'ANGELO, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>MUNICIPAL MORTGAGE & EQUITY, LLC, et al.,<br><br>　　　　　　　Defendants. | Civil Action No. 1:08-cv-01331-RMB<br><br><u>CLASS ACTION</u> |
| NAOMI RAPHAEL, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>MUNICIPAL MORTGAGE & EQUITY, LLC, et al.,<br><br>　　　　　　　Defendants. | Civil Action No. 1:08-cv-02190-RMB<br><br><u>CLASS ACTION</u> |

The Yates Group[1] respectfully submits this response to the Court's Order dated April 29, 2008 ("Order"). The Order directed that the parties update the Court every 30 days beginning on May 12, 2008 on the status of the MDL Panel proceeding and of the actions pending in the District of Maryland.

With respect to the MDL Panel proceeding, on April 21, 2008, Defendants filed a motion to transfer the District of Maryland actions to the Southern District of New York. Responses are due by May 19, 2008.

With respect to the actions pending in the District of Maryland, only four motions were filed on behalf of investors seeking appointment as Lead Plaintiff: (i) the Yates Group, (ii) Beth Rawden, Joseph Rawden, Richard & Isabel Bordow and Niel Nielsen (a.k.a. the "Rawden Group"); (iii) Norman Feinberg, Robert Stark, Leonard Klorfine, Daryl Bonyor and Alan Fetch (a.k.a. "MMA Investors"); and (iv) David Kremser, Elk Meadows Investments LLC, Richard Martin, Harrison J. Kornfield, Jay L. Goozh and William D. Felix (a.k.a. the "Kremser Group"). However, on May 1, 2008, after the motions in Maryland were fully briefed, First Affirmative Financial Network, KT Investments LLC and Kendall Investments LLC ("FAFN/Slater Group"),[2] an investor who had filed a motion for lead plaintiff in the Southern District of New York actions, filed a motion to intervene in the District of Maryland. Responses to the FAFN/Slater Group's motion to intervene are due by May 19, 2008. In addition, counsel for the lead plaintiff movants are scheduled to appear before

---

[1] The Yates Group is comprised of class members Robert Yates, as Trustee for Robert L. Yates Living Trust, Debra Yates Jerdon Family Trust and Kathleen Yates Carter Family Trust; Alan S. Barry; David Young; Carlo Hornsby; and Ed Friedlander, as Trustee for the Ed Friedlander Trust.

[2] FAFN/Slater Group did not file a timely motion in the District of Maryland.

Judge Garbis in the District of Maryland on June 6, 2008 for oral argument with regard to the pending lead plaintiff motions.

DATED: May 12, 2008
COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
SAMUEL H. RUDMAN
DAVID A. ROSENFELD
MARIO ALBA JR.

/s/ *David A. Rosenfeld*
DAVID A. ROSENFELD

58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)

BERGER & MONTAGUE, P.C.
SHERRIE R. SAVETT
BARBARA A. PODELL
ERIC LECHTZIN
1622 Locust Street
Philadelphia, PA  19103
Telephone:  215/875-3000
215/875-4604 (fax)

[Proposed] Co-Lead Counsel for Plaintiffs

**CERTIFICATE OF SERVICE**

      I, Mario Alba, Jr., hereby certify that on May 12, 2008, I caused a true and correct copy of the attached:

      Response to April 29, 2008 Court Order

to be served: (i) electronically on all counsel registered for electronic service for this case; and (ii) by first-class mail to any additional counsel on the attached service list.

                                                                /s/ *Mario Alba, Jr.*
                                                                  Mario Alba, Jr.

MUNIMAE (NY)

Service List - 4/3/2008    (08-0030)

Page 1 of 2

**Counsel For Defendant(s)**

David W.T. Daniels
Michael D. Mann
Richards Kibbe & Orbe LLP
701 8th Street, N.W.
Washington, DC  20001
   202/261-2990
   202/261-2999 (Fax)


**Counsel For Plaintiff(s)**

Arthur N. Abbey
Nancy Kaboolian
Abbey Spanier Rodd & Abrams, LLP
212 East 39th Street
New York, NY  10016
   212/889-3700
   212/684-5191 (Fax)

Sherrie R. Savett
Barbara A. Podell
Eric Lechtzin
Berger & Montague, P.C.
1622 Locust Street
Philadelphia, PA  19103
   215/875-3000
   215/875-4604 (Fax)

Evan J. Smith
Brodsky & Smith, LLC
240 Mineola Blvd., 1st Floor
Mineola, NY  11501
   516/741-4977
   516/741-0626 (Fax)

David A.P. Brower
Brower Piven, P.C.
488 Madison Avenue, 8th Floor
New York, NY  10022
   212/501-9000
   212/501-0300 (Fax)

Joshua M. Lifshitz
Bull & Lifshitz LLP
18 East 41st Street, 11th Floor
New York, NY  10017
   212/213-6222
   212/213-9405 (Fax)

Samuel H. Rudman
David A. Rosenfeld
Mario Alba, Jr.
Coughlin Stoia Geller Rudman & Robbins LLP
58 South Service Road, Suite 200
Melville, NY  11747
   631/367-7100
   631/367-1173 (Fax)

MUNIMAE (NY)

Service List -  4/3/2008    (08-0030)

Page 2 of  2

Christopher J. Keller
Labaton Sucharow LLP
140 Broadway, 34th Floor
New York, NY  10005
   212/907-0700
   212/818-0477 (Fax)

Phillip  Kim
Laurence M. Rosen
The Rosen Law Firm P.A.
350 Fifth Avenue
New York, NY  10118
   212/686-1060
   212/202-3827 (Fax)

Thomas H. Burt
Wolf Haldenstein Adler Freeman & Herz, LLP
270 Madison Avenue
New York, NY  10016
   212/545-4600
   212/545-4653 (Fax)