**THE ROSEN LAW FIRM, P.A.**
Phillip Kim, Esq. (PK 9384)
Laurence M. Rosen, Esq. (LR 5733)
350 Fifth Avenue, Suite 5508
New York, New York 10118
Telephone: (212) 686-1060
Fax: (212) 202-3827
Email: pkim@rosenlegal.com
Email: lrosen@rosenlegal.com

[Proposed] Lead Counsel for Plaintiffs and Class




UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JOSEPH S. GELMIS, INDIVIDUALLY AND ON BEHALF   CASE No.: 08-CV-980 (RMB)
OF ALL OTHERS SIMILARLY SITUATED,

        Plaintiff,

**MMA INVESTORS' STATUS REPORT**

        vs.

<u>CLASS ACTION</u>

EARL W. COLE, III, MICHAEL L. FALCONE,
WILLIAM S. HARRISON, MARK K. JOSEPH, MELANIE
M. LUNDQUIST, GARY A. MENTESANA, ROBERT J.
BANKS, CHARLES C. BAUM, RICHARD O. BERNDT,
EDDIE C. BROWN, ROBERT S. HILLMAN, DOUGLAS A.
McGREGOR, ARTHUR S. MEHLMAN, FRED N. PRATT,
JR., and MUNICIPAL MORTGAGE & EQUITY, LLC,

**MEMO ENDORSED**

        Defendants.
-----------------------------------------------------------------X
*[caption continues]*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/14/08

Joint report application granted.

SO ORDERED:
Date: 5/14/08    Richard M. Berman
Richard M. Berman, U.S.D.J.

```
------------------------------------------------------------------X
JULES ROTHAS, Individually and on Behalf of All Others      CASE NO. 08-CV-01120 (RMB)
Similarly Situated,

        Plaintiff,                                          CLASS ACTION

        vs.

MUNICIPAL MORTGAGE & EQUITY, LLC, MARK K.
JOSEPH, MICHAEL L. FALCONE,
WILLIAM S. HARRISON, and DAVID B. KAY,

        Defendants.
------------------------------------------------------------------X

------------------------------------------------------------------X
ARNOLD J. ROSS, Individually and on Behalf of All Others    CASE NO. 08-CV-1299 (RMB)
Similarly Situated,

        Plaintiff,                                          CLASS ACTION

        vs.

EARL W. COLE, III, MICHAEL L. FALCONE,
WILLIAM S. HARRISON, MARK K. JOSEPH, and
MUNICIPAL MORTGAGE & EQUITY, LLC,

        Defendants.
------------------------------------------------------------------X

------------------------------------------------------------------X
ALEX D'ANGELO, Individually and on Behalf of All Others     CASE NO. 08-CV-01331 (RMB)
Similarly Situated,

        Plaintiff,                                          CLASS ACTION

        vs.

MUNICIPAL MORTGAGE & EQUITY, LLC, MICHAEL L.
FALCONE, WILLIAM S. HARRISON, EARL W. COLE,
III, MARK K. JOSEPH, and MELANIE M. LUNDQUIST,

        Defendants.
------------------------------------------------------------------X
```

*[Caption continues]*

2

------------------------------------------------------------------------X
NAOMI RAPHAEL, Individually and on Behalf of All Others Similarly Situated,

        Plaintiff,

vs.

MUNICIPAL MORTGAGE & EQUITY, LLC, MARK J. JOSEPH, MICHAEL L. FALCONE, WILLIAM S. HARRISON, MELANIE M. LUNQUIST, DAVID B. KAY, CHARLES C. BAUM, EDDIE C. BROWN, ROBERT S. HILLMAN, ARHTUR S. MEHLMAN, and FRED N. PARATT, JR.

        Defendants.
------------------------------------------------------------------------X

CASE NO. 08-CV-02190 (RMB)

CLASS ACTION

## STATUS REPORT

Plaintiffs Norman Feinberg, Robert W. Stark, Leonard Klorfine, Daryl Bonyor, and Alan Fetch (collectively "MMA Investors") respectfully submit this Status Report pursuant to the Court's Order of April 29, 2008 (Docket no. 54).

For the sake of brevity, the MMA Investors group does not object, and adopts, the factual representations made in the Status Reports filed by defendant Municipal Mortgage & Equity, LLC (docket no. 56) and lead plaintiff movant the Yates Group (docket no. 57).

Additionally, the MMA Investors group respectfully requests that the Court direct the parties to submit all future Status Reports (via letter or court filing) jointly, in order to avoid duplicative submissions or filings with the Court.

Dated: May 12, 2008

                              **THE ROSEN LAW FIRM, P.A.**

                              _____/s/ Phillip Kim_____
                              Phillip Kim, Esq. (PK 9384)
                              Laurence M. Rosen, Esq. (LR 5733)

                              [Proposed] Lead Counsel for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of May, 2008, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.


/s/ Phillip Kim