# BROWER PIVEN

DAVID A.P. BROWER
brower@browerpiven.com

A PROFESSIONAL CORPORATION
488 MADISON AVENUE
EIGHTH FLOOR
NEW YORK, NEW YORK 10022
Telephone (212) 501-9000
Facsimile (212) 501-0300

August 11, 2008

**BY ecf and Federal Express**
Honorable Richard M. Berman
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

    Re:    *Gelmis v. Earl W. Cole, III, et al.*, No. 1:08-cv-00980-RMB
              *Rothas v. Municipal Mortgage & Equity, LLC, et al.*, No. 1:08-cv-01120-RMB
              *Ross v. Earl W. Cole, III, et al.*, No. 1:08-cv-01299-RMB
              *Raphael v. Municipal Mortgage & Equity, LLC, et al.*, No. 1:08-cv-02190-RMB
              *Greenberg v. Michael L. Falcone, et al.*, No. 1:08-cv-02005-RMB

Dear Judge Berman:

We are counsel for lead plaintiff movant, the Kremser Group. We write on behalf of all parties, as Ordered by the Court, to provide this brief joint status report regarding the above-entitled actions as well as the related Municipal Mortgage & Equity LLC ("MuniMae") securities and shareholder derivative actions pending before the Honorable Marvin J. Garbis in the United States District Court for the District of Maryland (the "Maryland Actions").

On July 31, 2008, the Judicial Panel for Multidistrict Litigation ("JPMDL") heard oral argument regarding the motions for transfer and coordination of the MuniMae securities class actions and shareholder derivative actions in either the Southern District of New York or the District of Maryland. The JPMDL has yet to rule with respect to those motions.

In addition, on August 6, 2008, Judge Garbis issued a letter to all parties in the Maryland Actions and all lead plaintiff movants in the securities class actions concerning supplemental submissions to His Honor on the lead plaintiff issue. A copy of Judge Garbis' communications to the parties is annexed hereto as Exhibit A.

Should the Court have any questions, the parties stand ready to respond.

                                                              Respectfully yours,

                                                              David A.P. Brower

**BROWER PIVEN**  A PROFESSIONAL CORPORATION

Honorable Richard M. Berman
August 11, 2008
Page 2

cc:   Hon. Marvin J. Garbis
      All Counsel of Record via ECF
      and email

# EXHIBIT A

Case 1:08-cv-00980-RMB    Document 61    Filed 08/11/2008    Page 3 of 8



# UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND
101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201

Chambers of
Hon. Marvin J. Garbis
United States District Judge
410-962-7700

August 6, 2008

TO ALL COUNSEL OF RECORD

Re: <u>Municipal Mortgage Class Action Cases,
MJG-08-269, 292, 386, 476 & 579</u>

Dear Sir/Madam:

I understand that there has been a hearing before the Multi-District Panel in regard to pending cases involving Municipal Mortgage and Equity LLC regarding the transfer of all pending cases to a single district. I further understand that the parties have contended that the transfer should be either to the Southern District of New York or the District of Maryland.

In the event the Panel should decide to transfer all cases to the District of Maryland, I would wish to commence the litigation promptly. Accordingly, I wish to advise all counsel in pertinent <u>Municipal Mortgage</u> class action cases that, in the event there is a decision to transfer the cases to Maryland, I will promptly after being notified of the transfer issue an Order regarding the selection of Lead Plaintiffs and Counsel in the class actions, and shortly thereafter intend to proceed to designate Lead and Liaison Plaintiffs' Counsel in the derivative cases.

In the interim, counsel for any putative Lead Plaintiff may supplement their presentations <u>with information that was not available at the hearing held in this matter</u>. In addition, in view of the positions taken by counsel for the Kremser and Yates Groups, if they wish me to consider their joint selection, they should advise me and also state who would be the one Lead Plaintiffs' attorney with whom I would be communicating if they were selected.

COUNSEL OF RECORD
August 6, 2008
Page No. 2


	Finally, please be advised that I have sent a letter to counsel for Plaintiffs in the related derivative suits and enclose a copy for your information.

				Yours truly,

				Marvin J. Garbis
				United States District Judge



# UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND
### 101 W. LOMBARD STREET
### BALTIMORE, MARYLAND 21201

Chambers of
**Hon. Marvin J. Garbis**
United States District Judge
410-962-7700

August 6, 2008

TO ALL COUNSEL OF RECORD

    Re: <u>Municipal Mortgage Derivative Cases,</u>
        (MJG-08-670,802,805,1258)

Dear Sir/Madam:

    I understand that there has been a hearing before the Multi-District Panel in regard to pending cases involving Municipal Mortgage and Equity LLC regarding the transfer of all pending cases to a single district. I further understand that the parties have contended that the transfer should be either to the Southern District of New York or the District of Maryland.

    In the event the Panel should decide to transfer all cases to the District of Maryland, I would wish to commence the litigation promptly. Accordingly, I wish to advise all counsel in pertinent <u>Municipal Mortgage</u> derivative cases that, in the event there is a decision to transfer the cases to Maryland, I will immediately upon being notified of the transfer issue an Order that will require counsel in all such cases to, within a week:

        1.    Provide any further submissions that may be appropriate regarding presently pending motions.

        2.    Provide their respective positions regarding further proceedings in these derivative cases, including:

            a.    Which case (or cases) should actively proceed and which should be stayed.

COUNSEL OF RECORD
August 6, 2008
Page No. 2

      b.    The selection of lead counsel for the Plaintiffs in the derivative cases.

      c.    The coordination of the derivative cases with the related class action litigation.

I am providing a copy of this letter to counsel in Greenberg v. Falcone, Case No. 08-2005 (S.D.N.Y.) and ask defense counsel (1) to provide a copy of this letter to counsel in any other derivative case that may be pending and (2) advise me by letter of any such counsel to whom a copy of the letter has been sent.

Yours truly,

Marvin J. Garbis
United States District Judge

# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

# FACSIMILE COVER SHEET

*from:*



The Hon. Marvin J. Garbis
5-C United States Courthouse
101 W. Lombard Street
Baltimore, MD 21201
(410) 962-7700
(410) 962-0896 (fax)



| TO | FAX NO. | PHONE NO. |
|---|---|---|
| Charles J. Piven, Esquire<br>Marshall N Perkins, Esquire | 410-685-1300 | 410-332-0030 |
| Paul Stephen Caiola, Esquire<br>Kevin P Sullivan, Esquire | 410-468-2786 | 410-727-7702 |
| Andrew Radding, Esquire<br>Gregory M Kline, Esquire | 410-539-5834 | 410-539-5195 |
| David Avi Rosenfeld, Esquire<br>Mario Alba, Jr, Esquire | 631-367-1173 | 631-367-7100 |
| Steven J. Toll, Esquire | 202-408-4699 | 202-408-4600 |
| Glenn Edward Mintzer, Esquire | 410-649-2148 | 410-649-2000 |
| Robert G. Houck, Esquire | 212-878-8375 | 212-878-3224 |
| James B. Weidner, Esquire | 212-878-8375 | 212-878-8235 |
| David William Tod Daniels, Esquire<br>Sarah Putnan Swanz, Esquire | 202-261-2999 | 202-261-2967 |
| Michael F Flanagan, Esquire | 202-530-9549 | 202-955-8500 |

## MESSAGE

Re: Municipal Mortgage & Equity, LLC
    Case Nos. MJG-08-269, 292, 386, 476 and 579

DATE OF TRANSMISSION: August 7, 2008
TOTAL NO. OF PAGES (including cover): 5